CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CO-932
Rev. 4/96

NOTICE OF DESIGNATION OF RELATED CIVIL CASES PENDING
IN THIS OR ANY OTHER UNITED STATES COURT

07 1616

FILED

SEP 1 0 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Civil Action No. _____
(To be supplied by the Clerk)

NOTICE TO PARTIES:

Pursuant to Rule 40.5(b)(2), you are required to prepare and submit this form at the time of filing any civil action which is related to any pending cases or which involves the same parties and relates to the same subject matter of any dismissed related cases. This form must be prepared in sufficient quantity to provide one copy for the Clerk's records, one copy for the Judge to whom the cases is assigned and one copy for each defendant, so that you must prepare 3 copies for a one defendant case, 4 copies for a two defendant case, etc.

NOTICE TO DEFENDANT:

Rule 405(b)(2) of this Court requires that you serve upon the plaintiff and file with your first responsive pleading or motion any objection you have to the related case designation.

NOTICE TO ALL COUNSEL

Rule 405(b)(3) of this Court requires that as soon as an attorney for a party becomes aware of the existence of a related case or cases, such attorney shall immediately notify, in writing, the Judges on whose calendars the cases appear and shall serve such notice on counsel for all other parties.

The plaintiff, defendant or counsel must complete the following:

1. RELATIONSHIP OF NEW CASE TO PENDING RELATED CASE(S).

A new case is deemed related to a case pending in this or another U.S. Court if the new case: [Check appropriate box(e=s) below.]

[ ] (a) relates to common property

[ ] (b) involves common issues of fact

[ ] (c) grows out of the same event or transaction

[ ] (d) involves the validity or infringement of the same patent

[X] (e) is filed by the same pro se litigant

2. RELATIONSHIP OF NEW CASE TO DISMISSED RELATED CASE(ES)

A new case is deemed related to a case dismissed, with or without prejudice, in this or any other U.S. Court, if the new case involves the same parties and same subject matter.

Check box if new case is related to a dismissed case: [X]

3. NAME THE UNITED STATES COURT IN WHICH THE RELATED CASE IS FILED (IF OTHER THAN THIS COURT): _See attached_

4. CAPTION AND CASE NUMBER OF RELATED CASE(E=S). IF MORE ROOM IS NEED PLEASE USE OTHER SIDE.

_See attached_ v. _____ C.A. No. _____

_Sept. 5, 2007_    _Don Hamrick_    UNREPRESENTED
DATE             Signature of Plaintiff/Defendant (or counsel)

2

# 28 U.S.C. § 1963
# REGISTRATION OF JUDGMENTS
# FOR ENFORCEMENT IN OTHER DISTRICTS

*Hamrick v. George*, US District Court for the Western District of NC, Charlotte Division, Case No. 03-cv-0344-W, ORDER, November 9, 2006. Judge Frank D. Whitney:

> "If Plaintiff elects to exercise his appeal rights, **the Court finds that 28 U.S.C. § 1916 waives the requirement of prepayment of docket fees or furnishing security therefor**, and the Clerk of Court is so instructed."

# RULE 42
# CONSOLIDATING THE FOLLOWING CASES:

The Cases below marked with ● must be consolidated with the present case not only for the interest of justice but also because I was unjustly denied my right to due process as a direct consequence of the politicalization of the federal courts and the U.S. Department of Justice culminating in the resignation of top Justice officials up to and including theAttorney General Alberto Gonzales, and it would be extremely cost prohibitive for me to reproduce all the court records from these cases as direct relevant evidence in this Case, especially for Case No. 06-0044 at the U.S. District Court in Little Rock consisting of about 1,700 pages, double-sided printing, in 4 volumes each at a thickness of about 1 inch.

## RELATED ACTIVE CASES:

- ●8th Circuit, Case No. 07-2400
- ●U.S. District Court, Little Rock, Northern Division, No. _____
- ●U.S. District Court, St. Louis for the Eastern District of Missouri, No. _____
- International Commission on Human Rights, Washington, DC, No. 1142-06.

## RELATED CASES UNLAWFULLY DISMISSED/CLOSED:

> "Judge's dismissal for no cause is reversible."
> *Foman v. Davis*, 371 US 178 (1962)

- ●U.S. District Court/DC, No. 02-1434 (OBEYED 28 U.S.C. § 1916)
- ●U.S. District Court/DC, No. 02-1435 (OBEYED 28 U.S.C. § 1916)
- ●U.S. District Court/DC, No. 03-2160 (OBEYED 28 U.S.C. § 1916)
- ●U.S. District Court/DC, No. 04-0422 (OBEYED 28 U.S.C. § 1916)
- U.S. District Court/DC, No. 04-2040 (OBEYED 28 U.S.C. § 1916)
- U.S. District Court/DC, No. 05-1993 (OBEYED 28 U.S.C. § 1916)
- U.S. District Court/Charlotte, NC), No. 04-0065 (OBEYED 28 U.S.C. § 1916)
- U.S. District Court/Charlotte, NC), No. 04-0344 (OBEYED 28 U.S.C. § 1916)
- ●DC Circuit, No. 02-5334 (VIOLATED THE LAW)
- ●DC Circuit, No. 04-5316 (VIOLATED THE LAW)
- DC Circuit, No. 05-5414 (VIOLATED THE LAW)
- DC Circuit, No. 05-5429 (VIOLATED THE LAW)
- ●U.S. District Court/Little Rock, No. 06-0044. (VIOLATED THE LAW)
- ●U.S. Supreme Court, Nos. 03-145 (VIOLATED THE LAW)
- ●U.S. Supreme Court, Nos. 04-1150 (VIOLATED THE LAW)
- ●U.S. Supreme Court, Nos. 04M56 (VIOLATED THE LAW)