# In the U.S. District Court of the District of Columbia

333 Constitution Avenue, Washington, DC 20001

## No. 1:07-cv-1616, RMC

Don Hamrick, pro se )
IN THE CAPACITY OF A )
PRIVATE ATTORNEY GENERAL )
5860 Wilburn Road )
Wilburn, AR 72179 )     **Civil RICO Act**
    PLAINTIFF/APPELLANT )     **18 U.S.C. § 1964(a)**
v. )
  )
United Nations )
  )
United States )
    DEFENDANT/APPELLEE )

*[Handwritten:] In the Interest of Justice*

*[Handwritten:] 5 years of denials and dismissals imply judicial bias (prejudice) against an unrepresented civil plaintiff to the extent that Judge Rosemary Collyer must now protect my rights and powers.*

# ADDENDUM TO CIVIL COMPLAINT

*[Handwritten:] Please!*

## THERE IS AN ONGOING ACADEMIC LEGAL DEBATE ON THE SECOND AMENDMENT RIGHT TO KEEP AND BEAR ARMS
## AS AN INTERNATIONAL HUMAN RIGHT!
### BY FACT OF SUCH ONGOING PUBLIC DEBATE A PUBLIC INTEREST IS HEREBY ESTABLISHED COMPELLING THE COURT TO TAKE JURISDICTION OVER MY CLAIMS AGAINST THE UNITED NATIONS AND AGAINST THE UNITED STATES
## IN THE INTEREST OF JUSTICE

*This is a Case of First Impression!*

> "To no one will we sell, to no one will we refuse or delay, right or justice."
> — Magna Carta, clause 40

RECEIVED
OCT 17 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

"Justice delayed is justice denied" is a legal cliché meaning that if legal redress is available for a party that has suffered some injury, but is not forthcoming in a timely fashion, it is effectively the same as having no redress at all. This principle is the basis for the right to a speedy trial and similar rights which are meant to expedite the legal system, because it is unfair for the injured party to have to sustain the injury with little hope for resolution. The phrase has become a rallying cry for legal reformers who view courts or governments as acting too slowly in resolving legal issues either because the existing system is too complex or overburdened, or because the issue or party in question lacks political favor. http://en.wikipedia.org/wiki/Justice_delayed_is_justice_denied

Because their is a national public debate on the Second Amendment as an international human right and because my Second Amendment case from a merchant seaman's point of view employing the RICO Act in defense of the Second Amendment not only as a constitutional right but also as an international human right my case becomes a case of first impression. Therefore the Court cannot dismiss my case.

Because certain federal courts have wrongfully dismissed my Second Amendment cases with circumstantial evidence of the U.S. Marshals Service and the U.S. Department of Justice involvement in obstruction of justice preventing my case from proceeding to a jury trial these past 5 years and because "

The United Nations cannot be allowed to hide behind privileges and immunities while waging a war of aggression against our Second Amendment right. The Second Amendment is a peremptory international human right (*jus cogens*) and is *obligatio erga omnes* upon the member states of the United Nations and upon subordinate U.N. organizations such as the International Maritime Organization.

## FEDERAL QUESTIONS

Given the fact that international treaties cannot conflict or nullify any provisions in the United States Constitution (but by corruption of the U.S. Government ratifying treaties that conflict with the U.S. Constitution) it stands to reason supported by the evidence of the actions of the United States and the United Nations that the U.S. and the U.N. are waging a War of Aggression on the Second Amendment with the Seafarers International Union refusing to address this matter through support of my Second Amendment case, i.e., Hamrick, pro se -v- United Nations & United States, U.S. District Court for DC, No. 07-1616.

"Does an unrepresented civil plaintiff have a right to a jury trial with a case of first impression?"

"Is the Second Amendment an international human right?"

"Does the crew of a U.S. flag vessel (be it commercial or government) have the Second Amendment right to keep and bear arms ("keep" is defined in this instance as keeping "personal firearms" or firearms owned by the ship or the shipping company when such firearms are kept aboard ship in a secure gun safe with a company and union policy providing for the issuance of said firearms to the crew for a security watch for pirates or facing imminent attack from pirates?"

"Do U.S. seafarers as a class of citizens passing federal small arms training under

OPNAVINST 3591.1E: U.S. Navy Small Arms Training and Qualification Program (102 Pages) through Military Sealift Command (MSC) prerequisites for employment aboard U.S. Government ships achieve the right of "National Open Carry" of at least the handgun in intrastate and interstate travel regardless of whether such travel is to or from a U.S. Government ship?

"Do U.S. citizens as "the People" of the U.S. Constitution have the Second Amendment and Ninth Amendment right of "National Open Carry" of at least a handgun in intrastate and interstate travel under the Fourteenth Amendment?

**SECOND AMENDMENT CASE
AT THE U.S. SUPRFEME COURT:**

*"Brief in Response to Petition for Certiorari."*
District of Columbia, et al v Heller, S.Ct., No. 07-290,
http://www.gurapossessky.com/news/parker/documents/petition_response.pdf

- - - - - -

# A liberal's lament: The NRA might be right after all
By Jonathan Turley
USA Today Opinion
Thursday, October 4, 2007

*Jonathan Turley is the Shapiro Professor of Public Interest Law at
George Washington University and a member of
USA TODAY's board of contributors.*

This term, the Supreme Court may finally take up the Voldemort Amendment, the part of the Bill of Rights that shall not be named by liberals. For more than 200 years, progressives and polite people have avoided acknowledging that following the rights of free speech, free exercise of religion and free assembly, there is "the right of the people to keep and bear arms." Of course, the very idea of finding a new individual right after more than two centuries is like discovering an eighth continent in constitutional law, but it is hardly the cause of celebration among civil liberties groups.

Like many academics, I was happy to blissfully ignore the Second Amendment. It did not fit neatly into my socially liberal agenda. Yet, two related cases could now force liberals into a crisis of conscience. The Supreme Court is expected to accept review of District of Columbia v. Heller and Parker v. District of Columbia, involving constitutional challenges to the gun-control laws in Washington.

The D.C. law effectively bars the ownership of handguns for most citizens and places restrictions on other firearms. The District's decision to file these appeals after losing in the D.C. appellate court was driven more by political than legal priorities. By taking the appeal, D.C. politicians have put gun-control laws across the country at risk with a court more likely to uphold the rulings than to reverse them. It has also put the rest of us in the uncomfortable position of giving the right to gun ownership the same fair reading as more favored rights of free press or free speech.

The Framers' intent

Principle is a terrible thing, because it demands not what is convenient but what is right. It is hard to read the Second Amendment and not honestly conclude that the Framers intended gun ownership to be an individual right. It is true that the amendment begins with a reference to militias: "A well regulated militia, being necessary to the security of a free state, the right of the people to keep and bear arms, shall not be infringed." Accordingly, it is argued, this amendment protects the right of the militia to bear arms, not the individual.

Yet, if true, the Second Amendment would be effectively declared a defunct provision. The National Guard is not a true militia in the sense of the Second Amendment and, since the District and others believe governments can ban guns entirely, the Second Amendment would be read out of existence.

Another individual right

More important, the mere reference to a purpose of the Second Amendment does not alter the fact that an individual right is created. The right of the people to keep and bear arms is stated in the same way as the right to free speech or free press. The statement of a purpose was intended to reaffirm the power of the states and the people against the central government. At the time, many feared the federal government and its national army. Gun ownership was viewed as a deterrent against abuse by the government, which would be less likely to mess with a well-armed populace.

Considering the Framers and their own traditions of hunting and self-defense, it is clear that they would have viewed such ownership as an individual right — consistent with the plain meaning of the amendment.

None of this is easy for someone raised to believe that the Second Amendment was the dividing line between the enlightenment and the dark ages of American culture. Yet, it is time to honestly reconsider this amendment and admit that ... here's the really hard part ... the NRA may have been right. This does not mean that Charlton Heston is the new Rosa Parks or that no restrictions can be placed on gun ownership. But it does appear that gun ownership was made a protected right by the Framers and, while we might not celebrate it, it is time that we recognize it.

------

# An International Human Right to Keep and Bear Arms

Christopher J. Schmidt [*]
15 William and Mary Bill of Rights Journal 983 (February 2007)
http://www.davekopel.org/2A/OthWr/AN-INTERNATIONAL-HUMAN-RIGHT-TO-KEEP-AND-BEAR-ARMS.htm
http://www.pahuntfishshoot.com/files/2ndAmendment.pdf

Introduction

Have all the rights in the Bill of Rights been translated into international human rights?

One right that has not become an international human right is found in the Second Amendment of the United States Constitution. It provides: "A well regulated Militia, being necessary to the security of a free State, the right of the people to keep and bear Arms, shall not be infringed." [1]

It is curious that no international human rights instrument protects the right to keep and bear arms for two reasons. First, self-defense is the only exception to the use of force set forth in the United Nations Charter in article 51. [2] Second, representative democracy is intrinsic in every international human rights agreement that presupposes the people have the right to rise up and overthrow a non-democratic form of government.

Part I of the Article analyzes the Second Amendment, which secures an individual right to keep and bear arms. This analysis shows the two main purposes of the amendment are to prevent government tyranny and secure the right to individual self-defense. Part II discusses international human rights agreements that support the prevention of government tyranny and that recognize some rights related to the right to individual selfdefense. Part III discusses why an international human right to keep and bear arms is necessary. This part shows the international community is implementing more gun control laws, while government tyranny and crime against individuals are still prevalent worldwide, thus, people need arms as a means to protect themselves. Part IV describes what a treaty establishing an international human right to keep and bear arms should provide. This part describes what the purpose of the treaty should be, as well as what specific rights should be secured. Finally, it describes what level of gun regulation would be permissible for states that sign the treaty.

Conclusion

International gun control is prevalent, and little sentiment exists in the international human rights community to stifle such regulation through an international right to keep and bear arms. In a worst-case scenario, international gun control could become so common and restrictive that some may argue it rises to the level of customary international law. If customary international law were to apply, then international law could require all states to ban gun possession.

This would conflict with the right to keep and bear arms. The majority of historians [339] and most constitutional law scholars [340] view the Second Amendment as securing an individual right. As of 2000, eighty-eight law review articles published since 1912 concluded the Second Amendment secures an individual right, while seventy-six law review articles published in the same time concluded the amendment secures a collective right. [341] Since 1990, the trend has been to recognize the amendment secures an individual right, as about sixty law review articles sided with the individual rights view, and about thirty sided with the collective rights view. [342]

*1020 The right to keep and bear arms serves two purposes that transcend national boundaries: preventing government tyranny and providing people with the means to defend themselves. The purposes therefore show that "[t]he right to possess arms is a fundamental human right." [343] The Second Amendment serves to secure this fundamental human right. [344] It is time for international human rights law to secure this fundamental right. Until that occurs, all people will not have the means to prevent government tyranny and provide for their individual self-defense. Consequently, James Madison's words from over 200 years ago, referring to America's "advantage of being

armed, which the Americans possess over the people of almost every other nation," [345] still ring true today.

- - -

I rely on the following jurisdictional laws to enforce my right to a jury trial:

**28 U.S.C. § 1330(b). Actions Against Foreign States:** Personal jurisdiction over a foreign state shall exist as to every claim for relief over which the district courts have jurisdiction under subsection (a) where service has been made under 28 U.S.C. § 1608.

**28 U.S.C. § 1604. Immunity of a Foreign State From Jurisdiction** (*Foreign Sovereign Immunities Act of 1976*): <u>Subject to existing international agreements to which the United States is a party</u> at the time of enactment of this Act a foreign state shall be immune from the jurisdiction of the courts of the United States and of the States except as provided in sections 1605 to 1607 of this chapter. (**PLAINTIFF'S COMMENTARY:** *It is through the exception clause, "Subject to existing international agreements to which the United States is a party" that the United Nations waives it's "privileges and immunities" under the International Bill of Human Rights consisting of Articles 7, 8, 9, 10, 12, 13, 19, 20, 27, of theUniversal Declaration of Human Rights; Articles 3 and 5 of the International Covenant on Economic, Social and Cultural Rights; Articles 1, 2, 3, 5, 6, 9, 14, 17, and 19 of the International Covenant on Civil and Political Rights*; Article 4 of the United Nations General Assembly Resolution 3314 (XXIX), December 14, 1974 *Definition of Aggression* is construed to include the United Nations global gun control campaign on Small Arms and Light Weapons as a War of Aggression against the People of Member States derogating and depriving their individual right to life and their right to self-determination in violation of Article 2(c) and Article 3(c) of the Genocide Convention; all or part of the above allegations also apply against the United States.)

**28 U.S. Code § 1605 General Exceptions to the Jurisdictional Immunity of a Foreign State (*Foreign Sovereign Immunities Act of 1976*):**

> (a) A foreign state shall not be immune from the jurisdiction of courts of the United States or of the States in any case—
>
> > (1) in which the foreign state has waived its immunity either explicitly or by implication, notwithstanding any withdrawal of the waiver which the foreign state may purport to effect except in accordance with the terms of the waiver ; (*PLAINTIFF'S COMMENTARY: <u>Waiver is implied by Article 6, Clause 1 of the International Covenant on Civil and Political Rights: Every human being has the inherent right to life. This right shall be protected by law. No one shall be arbitrarily deprived of his life ; and by Article 2, Clause 3(b) of the International Covenant on Civil and Political Rights: To ensure that any person claiming such a remedy shall have his right thereto determined by competent judicial, administrative or legislative authorities, or by any other competent authority provided for by the legal system of the State, and to develop the possibilities of judicial remedy</u>*)
>
> > (2) in which the action is based upon a commercial activity carried on in the United States by the foreign state; or upon an act performed in the United States in connection with a commercial activity of the foreign state elsewhere; or upon an act outside the territory of the United States in connection with a commercial activity of the foreign state elsewhere and

that act causes a direct effect in the United States; (*PLAINTIFF'S COMMENTARY: Federal and State gun control laws are modeled after the United Nations global gun control agenda abolishing "Small Arms and Light Weapons" from private ownership and possession.*)

(4) in which rights in property in the United States acquired by succession or gift or rights in immovable property situated in the United States are in issue; (***HAMRICK COMMENTARY:*** *The Fifth Amendment Takings Clause includes non-physical takings. Non-physical takings include "immovable property situated in the United States." "Immovable property situated in the United States" includes the Second Amendment right to keep and bear arms.*)

(5) not otherwise encompassed in paragraph (2) above, in which money damages are sought against a foreign state for personal injury or death, or damage to or loss of **property**, occurring in the United States and caused by the tortious act or omission of that foreign state or of any official or employee of that foreign state while acting within the scope of his office or employment; except this paragraph shall not apply to—

> (A) any claim based upon the exercise or performance or the failure to exercise or perform a discretionary function regardless of whether the discretion be abused, (***HAMRICK COMMENTARY:*** *United Nations' observance of our Second Amendment right to keep and bear arms is NOT discretionary.*) or

# THE PUBLIC DEBATE
---

## United Nations: No right to self-defense!
http://www.willisms.com/archives/2006/08/united_nations.html
http://armsandthelaw.com/archives/2006/08/un_report_procl.php

---

## The Human Right of Self-Defense
David B. Kopel, Paul Gallant & Joanne D. Eisen,
22 BYU Journal of Public Law (forthcoming, 2007).
http://www.davidkopel.com/2A/LawRev/The-Human-Right-of-Self-Defense.pdf

Does a woman have a human right to resist rape or murder? Do people have a human right to resist tyranny? The United Nations Human Rights Council has said "no"—that international law recognizes no human right of self-defense. To the contrary, the Human Rights Council declares that very severe gun control—more restrictive than even the laws of New York City—is a human right. Surveying international law from its earliest days to the present, this Article demonstrates that self-defense is a widely-recognized human right which no government and no international body have the authority to abrogate. The issue is especially important today, as many international advocates of international gun prohibition are using the United Nations to deny and then eliminate the right of

self-defense. For example, the General Assembly is creating an "Arms Trade Treaty" which would define arms sales to citizens in the United States as a human rights violation, because American law guarantees the right to use lethal force, when no lesser force will suffice, against a non-homicidal violent felony attack. The article analyzes in detail the Founders of international law—the great scholars in the fourteenth through eighteenth centuries who created the system of international law. The Article then looks at the major legal systems which have contributed to international law, such as Greek law, Roman law, Spanish law, Jewish law, Islamic law, Canon law, and Anglo-American law. In addition, the article covers the full scope of contemporary international law sources, including treaties, the United Nations, constitutions from Afghanistan to Zimbabwe, and much more. The Article shows that international law—particularly its restraints on the conduct of warfare—is founded on the personal right of self-defense. This is a draft of an article that will be published in the BYU Journal of Public Law.

- - -

## The Gold Standard of Gun Control
David B. Kopel, Paul Gallant & Joanne D. Eisen,
http://www.davekopel.com/2a/Foreign/gold-standard-of-gun-control.pdf
2 Journal of Law, Economics & Policy 417 (2006, Issue 2).

Book review of Joyce Malcolm's "Guns and Violence: The English Experience."

- - -

## Is Resisting Genocide a Human Right?
David B. Kopel, Paul Gallant and Joanne D. Eisen,
81 Notre Dame Law Review 1275 (2006, Issue 4).
http://www.davekopel.com/2A/Foreign/genocide.pdf

Closely examining the Darfur, Sudan, genocide, and making reference to other genocides, this Article argues that the genocide prevention strategies which are currently favored by the United Nations are ineffective. The Article details the failures of targeted sanctions, UN peacekeepers, and other anti-genocide programs. Then, the Article analyzes the Genocide Convention and other sources of international human rights law. Because the very strong language of the Genocide Convention forbids any form of complicity in genocide, and because the Genocide Convention is jus cogens (meaning that it prevails over any conflicting national or international law), this Article concludes that the Genocide Convention forbids any interference, including interference based on otherwise-valid laws, against the procurement of defensive arms by groups which are being victimized by genocide.

- - -

## Does the Right to Bear Arms
## Impede or Promote Economic Development?
David B. Kopel, Paul Gallant and Joanne D. Eisen,
6 Engage 85 (2005, Issue 1)(journal of The Federalist Society).
http://www.davekopel.com/2A/Foreign/Development.pdf

Using case studies from Latin America and sub-Saharan Africa, this article refutes the claim of gun prohibition advocates that the presence of "small arms" is a cause of economic underdevelopment. The article also details the harmful effects of UN policy regarding malaria and AIDS in the Third World.

---

## Microdisarmament: The Consequences for Public Safety and Human Rights
David B. Kopel, Paul Gallant and Joanne D. Eisen,
73 UMKC Law Review, 969 (2005).
http://www.davekopel.com/2A/Foreign/MicroDisarmament.pdf

Examines UN-sponsored programs to disarm people in Cambodia, Bougainville, Albania, Panama, Guatemala, and Mali.

---

## Firearms Possession by 'Non-State Actors': The Question of Sovereignty,"
David B. Kopel, Paul Gallant and Joanne D. Eisen,
8 Texas Review of Law and Politics 373 (Spring 2004, No. 2).
http://www.davekopel.com/2A/LawRev/Non-state-actors.pdf

---

## Global Deaths from Firearms: Searching for Plausible Estimates
David B. Kopel, Paul Gallant and Joanne D. Eisen,
8 Texas Review of Law and Politics 114 (Fall 2003, No. 1).
http://www.davekopel.com/2A/Foreign/Global-Deaths-from-Firearms.pdf

---

## Gun Ownership and Human Rights
David B. Kopel, Paul Gallant and Joanne D. Eisen,
Brown Journal of World Affairs (Winter/Spring 2003, vol. IX, no. 2).
http://www.davekopel.com/2A/Foreign/Brown-Journal-Kopel.pdf

---

## Trigger Happy: Rethinking the 'Weapons Effect'
Paul Gallant and Joanne D. Eisen,
14 Journal on Firearms and Public Policy 89 (2002)
http://www.saf.org/JFPP14ch4.htm

The "Weapons Effect" hypothesis suggests that guns can psychologically control people and cause them to be violent. In this article, the authors analyze previous research about the weapons effect and examine more recent studies to test their agreement with the hypothesis. The authors conclude that evidence does not support the "Weapons Effect" hypothesis, and therefore, firearms policies premised on the existence of a "Weapons Effect" may be harmful.

## SOMETHING TO THINK ABOUT

Is it an absurd question to ask whether the current obesity crisis in America is an act of treason by the food industry, acting unintentionally as they may or may not be, against certain clauses of the Preamble to the U.S. Constitution, i.e., _establish Justice, insure domestic Tranquility, provide for the common defence, promote the general Welfare,_ and _secure the Blessings of Liberty to ourselves and our Posterity_ ?

(Caveat: I am not nor have I ever been a member of a conspiracy theorist organization.)

The crisis with the American food industry is growing with more media attention. If this media attention continues to grow the U.S. Congress is sure to act. Congressional action will cascade to the American merchant marine industry, and subsequently to the Seafarers International Union and their contract bargaining section as mandated by Clause 5 of the Preamble to the Constitution of the Seafarers International Union of North America-Atlantic, Gulf, Lakes, and Inland Waters District/NMU stating, " *We proclaim the right of all seamen to receive healthful and sufficient food . . .*"

I intend to make a case that the union and the shipping companies have generally violated the collective bargaining aggreement as mandated by the "healthful and sufficient food" mandate of the union constitution by provided unhealthful and excessive food" aboard U.S. flag vessels. Because of the growing attention this food crisis is achieving the food industry is now responding to mitigate this crisis as the news report below demonstrates which adds merit to my civil case now in the federal court.

**American Obesity, a State by State Ranking**
By Karyn Chenoweth Sep 30, 2007, 0:17 GMT
Monsters and Critics.com (US News)
http://news.monstersandcritics.com/usa/news/article_1361041.php/American_obesity_a_state_by_state_ranking

Americans are fatter than ever, but where they are fat is an interesting snapshot of regional values and society.

New Englanders are lean, Texans are fatter, and Southerners bust their belts according to the following Trust for America's Health report:
http://healthyamericans.org/reports/obesity2007/Obesity2007Report.pdf

From the fattest to the leanest, adult obesity rankings by state:

1: Mississippi;
2: West Virginia;
3: Alabama;
4: Louisiana;

5 (tie): South Carolina, Tennessee;
7: Kentucky;
8: Arkansas;
9 (tie): Indiana, Michigan, Oklahoma;
12 (tie): Missouri, Texas;
14: Georgia;
15: Ohio;
16: Alaska;
17: North Carolina;
18: Nebraska;
19: North Dakota;
20 (tie): Iowa, South Dakota;
22: Wisconsin;
23 (tie): Pennsylvania, Virginia;
25 (tie): Illinois, Maryland;
27: Kansas;
28: Minnesota;
29: Delaware;
30: Oregon;
31 (tie): Idaho, Washington;
33: Maine;
34: Florida;
35: Wyoming;
36: California;
37: Nevada;
38 (tie): New Hampshire, New York;
40 (tie): D.C., New Jersey;
42: New Mexico;
43: Arizona;
44: Utah;
45: Montana;
46: Rhode Island;
47 (tie): Connecticut, Hawaii;
49: Vermont;
50: Massachusetts;
51: Colorado.

Interestingly, the literacy rates for leaner New England, Oregon and Colorado are the highest in the Union.

ABC reports that Americans are inundated with the latest statistics, weight-loss products and information about the state of their health.

They cite the latest figures that the United States too many adults (about 66 percent) and children and adolescents (about 33 percent) officially overweight or obese.

ABC cites that American efforts to lose weight have dropped 14 percentage points in the last four years, according to new research from the America On the Move Foundation (AOMF).

Not being able to sustain big lifestyle changes that experts tell them they need for weight loss is cited by ABC as an example of the failure to address obesity.

A sustainability problem is the core of the problem.

Weight management is called for, as most Americans gains one to two pounds each year; it is this gradual weight gain that is fueling increasing obesity rates. AOMF studies prove that making two small changes each day can reap big rewards over time.

Simple calorie busting steps such as adding 2,000 steps a day (about a mile) and cutting 100 calories (about a pat of butter) can add up, according to ABC, to keep off those few extra annual pounds.

Getting started is key, by parking at the edge of the parking lot, or walking once around the grocery store before beginning to shop, or even walking through the house while talking on the telephone all are easy ways to add steps in your day.

ABC announces this week, AOMF, a national non-profit group that is helping millions of Americans embrace healthy eating and active living habits, partnered with the YMCA of the USA for America On the Move Week with the YMCA.

Through Sept. 27, more than 1,500 YMCAs across the country hosted activities that inspired individuals and families to take small steps to get active.

**Pound for Pound, Animals are Looking Like Their Owners**
By Katie Menzer | Mcclatchy-tribune
September 30, 2007
http://www.baltimoresun.com/entertainment/bal-al.mutts30sep30,0,6458344.story

Fat cats are more common than you think.

Husky huskies are, too.

Researchers say that about a quarter of all household pets are overweight and that the animal epidemic follows the obesity increase found in humans nationwide.

Obesity rates for humans rose in 31 states last year, according to a recently released study by the nonprofit Trust for America's Health. And some scientists say things are no better for your pet.

"There's common agreement that obesity in pets is more of a problem than ever," said Donald C. Beitz, a professor of nutritional biochemistry at Iowa State University and chairman of a former subcommittee on dog and cat nutrition for the National Academies' National Research Council.

"The two main causes are over-consumption and amount of activity," he said.

Although that pooch on your pooch may look cute, it can cause or exacerbate deadly problems, including diabetes, heart disease and joint problems. Many of the reasons your own doctor tells you to diet also apply to overweight pets.

Jessica Newell of Dallas recently was told by her vet that her dog, Macy, needed to lose about a pound. Although that might not sound like a lot of weight, it's a hard thing to ask of a 9-pound Chihuahua.

"It's 10 percent of her body weight," said Newell, a media specialist at Children's Medical Center Dallas. "That's a lot for a little dog to lose."

Newell has Macy on a diet - she calls it a "wellness plan" - and has started taking her on more walks. She's also stopped feeding Macy and her doggie sister, Mia, from the table, which many vets say is the primary reason pets today are overweight.

"The main culprits are treats," said veterinarian Wendy Dearixon, who practices at Vickery Place Animal Hospital in Dallas. "They might satisfy the dog but don't give him any nutrition. It's empty calories."

Those extra pounds can also weigh heavily on your wallet. Veterinary Pet Insurance, a national pet insurance provider, said it paid out more than $14 million in claims linked to pet obesity last year.

Those fat bills at the vet are getting fatter, too. The insurance company said the average claimed cost for obesity-related treatments was $832 last year, up from $713 in 2005 and $702 in 2004.

Despite the cost, Wayne Eldridge, a San Antonio, Texas, vet who works with Veterinary Pet Insurance, said it's still important to visit an animal practitioner before putting your overweight pet on a crash diet.

"If your dog is overweight, he or she may have a medical problem," Dr. Eldridge said. "You could have a dog that looks overweight and his abdomen might be retaining fluid.

"He could have cancer," he said. "Just because an animal looks overweight, don't go out and buy a reduced-calorie diet."

For Macy, no drugs should be necessary. Some healthy eating and exercise should help her shed the flab, her owner said.

## High Fructose Corn Syrup: Companies Begin to Skip the Sweetenter

http://www.sugarshockblog.com/2007/09/high-fructose-1.html

As more and more Americans make a point to steer clear of high fructose corn syrup (HFCS) because they believe that it's unhealthy for you, more and more manufacturers are responding to consumer demand by bumping the sweetener from their foods and drinks.

Companies are increasingly touting the fact that their products are "HFCS-free" in order to position them as healthy, a phenomenon observed by NutraIngredients.com, (http://www.nutraingredients-usa.com/news/ng.asp?n=79757-datamonitor-hfcs-sweetener)
which learned about this trend from market researcher Data Monitor.

In fact, Datamonitor found 146 new foods and beverage products worldwide that claim to be free of the corn-based sweetener, which has been linked with obesity and other health issues.

You can read about some of the new research about high fructose corn syrup's dangers in my book *SUGAR SHOCK!* (http://www.sugarshock.com/buy_the_book.html)

That compares to just 54 products touted as HFCS-free in 2006 and 53 products in 2005. But in 2003, a mere 6 new beverages were promoted as having no high fructose corn

syrup.

Of course, despite the fact that more and more consumers are wary of the sweetener, the Corn Refiners Association still contends that HFCS has many benefits (http://www.hfcsfacts.com/benefits.html). But as you read this list and learn about why it's used, bear in mind, as I reveal in *SUGAR SHOCK!*, (http://www.sugarshock.com/buy_the_book.html) that many experts aren't in favor of the ingredient.

So, as you diligently do label reading at your grocery store, be on the lookout for the latest marketing buzzword—HFCS-free.

It's exciting to know that public sentiment against this cheap and controversial ingredient is so strong that manufacturers are beginning to respond.

But I'm a bit nervous about what other sweetener or sugar substitute companies will use instead of HFCS.

*Karen James contributed to this post for the SUGAR SHOCK! Blog*

Posted by Connie Bennett on Sunday, September 30, 2007 at 02:11 AM

==============

## Now segue to my Second Amendment case that the Seafarers Intl Union refuses to be involved with

The Preamble to the U.S. Constitution:

> *We the People of the United States, in Order to form a more perfect Union,* **establish Justice**, **insure domestic Tranquility**, **provide for the common defence**, **promote the general Welfare**, *and* **secure the Blessings of Liberty to ourselves and our Posterity**, *do ordain and establish this Constitution for the United States of America.*

**establish Justice**,

>    Defining the Second Amendment as an international human right

**insure domestic Tranquility**,

>    If most everyone were NOT overweight but physically fit then there would NOT now be a state of domestic chaos (i.e. physically unfit for the "common defence") that threatens national security.

**provide for the common defence**,

>    The essential elements for the common defence is physical fitness, the Second Amendment right to keep and bear arms for the individual the assist in the defence of this country from invasion and domestic enemies .

**promote the general Welfare**, *and*

*If the American people were physically fit today the "general Welfare" of the American people would not now be in the crisis we found oursleves in. "General Welfare is defined here as to include "physical fitness" as wells as "economic/financial fitness."*

### secure the Blessings of Liberty to ourselves and our Posterity

The most of the American people as inidividuals have been negligent in securing the Blessings of Liberty to themselves and our Posterity by becoming apathetic, indifferent to their duties as citizens in regard to the political process of elections, citizen activism, and judicial remedies.

## IS CIVILIAN MILITARY ACTIVITY (CITIZEN MILITIA GROUPS) AS A REGIMENT OF PHYSICAL FITNESS TREASON?

If may seem of be an off-the-wall question but considering the obligations of citizens to uphold their duties to the "Common Defence" mandated by the Preamble to the U.S. Constitution it stands to reason that our Second Amendment right to keep and bear arms being necessary to the security of a free State guarantees our right to participate in "Civilian Military Activity" in the form of a "well regulated Militia." But according to 28 U.S.C. § 2386 "Civilian Military Activity" (i.e., **the Unorganized Militia**) giving instructions in "Military Science," i.e., a physical fitness regiment the American people would be committing treason, sedition, and/or subversive activities just because the American people want to stay physically fit to Second Amendment militia standards.

## U.S. CODE

## TITLE 18—CRIMES AND CRIMINAL PROCEDURE
## PART I—CRIMES
## CHAPTER 115—TREASON, SEDITION, AND SUBVERSIVE ACTIVITIES

18 U.S.C. § 2386. Registration of certain organizations

(A) For the purposes of this section:

"Attorney General" means the Attorney General of the United States;

"Organization" means any group, club, league, society, committee, association, political party, or combination of individuals, whether incorporated or otherwise, but such term shall not include any corporation, association, community chest, fund, or foundation, organized and operated exclusively for religious, charitable, scientific, literary, or educational purposes;

"Political activity" means any activity the purpose or aim of which, or one of the purposes or aims of which, is the control by force or overthrow of the Government of the United States or a political subdivision thereof, or any State or political subdivision thereof;

An organization is engaged in "civilian military activity" if:

(1) it gives instruction to, or prescribes instruction for, its members in the use of firearms or other weapons or any substitute therefor, or military or naval science; or

(2) it receives from any other organization or from any individual instruction in military or naval science; or

(3) it engages in any military or naval maneuvers or activities; or

(4) it engages, either with or without arms, in drills or parades of a military or naval character; or

(5) it engages in any other form of organized activity which in the opinion of the Attorney General constitutes preparation for military action;

An organization is "subject to foreign control" if:

(a) it solicits or accepts financial contributions, loans, or support of any kind, directly or indirectly, from, or is affiliated directly or indirectly with, a foreign government or a political subdivision thereof, or an agent, agency, or instrumentality of a foreign government or political subdivision thereof, or a political party in a foreign country, or an international political organization; or

(b) its policies, or any of them, are determined by or at the suggestion of, or in collaboration with, a foreign government or political subdivision thereof, or an agent, agency, or instrumentality of a foreign government or a political subdivision thereof, or a political party in a foreign country, or an international political organization.

(B)

(1) The following organizations shall be required to register with the Attorney General:

Every organization subject to foreign control which engages in political activity;

**Every organization which engages both in civilian military activity and in political activity;**

Every organization subject to foreign control which engages in civilian military activity; and

Every organization, the purpose or aim of which, or one of the purposes or aims of which, is the establishment, control, conduct, seizure, or overthrow of a government or subdivision thereof by the use of force, violence, military measures, or threats of any one or more of the foregoing.

Every such organization shall register by filing with the Attorney

General, on such forms and in such detail as the Attorney General may by rules and regulations prescribe, a registration statement containing the information and documents prescribed in subsection (B)(3) and shall within thirty days after the expiration of each period of six months succeeding the filing of such registration statement, file with the Attorney General, on such forms and in such detail as the Attorney General may by rules and regulations prescribe, a supplemental statement containing such information and documents as may be necessary to make the information and documents previously filed under this section accurate and current with respect to such preceding six months' period. Every statement required to be filed by this section shall be subscribed, under oath, by all of the officers of the organization.

(2) **This section shall not require registration or the filing of any statement with the Attorney General by:**

(a) The armed forces of the United States; or

(b) **The organized militia** or National Guard of any State, Territory, District, or possession of the United States; or

(c) Any law-enforcement agency of the United States or of any Territory, District or possession thereof, or of any State or political subdivision of a State, or of any agency or instrumentality of one or more States; or

(d) Any duly established diplomatic mission or consular office of a foreign government which is so recognized by the Department of State; or

(e) Any nationally recognized organization of persons who are veterans of the armed forces of the United States, or affiliates of such organizations.

(3) Every registration statement required to be filed by any organization shall contain the following information and documents:

(a) The name and post-office address of the organization in the United States, and the names and addresses of all branches, chapters, and affiliates of such organization;

(b) The name, address, and nationality of each officer, and of each person who performs the functions of an officer, of the organization, and of each branch, chapter, and affiliate of the organization;

(c) The qualifications for membership in the organization;

(d) The existing and proposed aims and purposes of the organization, and all the means by which these aims or purposes are being attained or are to be attained;

(e) The address or addresses of meeting places of the organization,

and of each branch, chapter, or affiliate of the organization, and the times of meetings;

(f) The name and address of each person who has contributed any money, dues, property, or other thing of value to the organization or to any branch, chapter, or affiliate of the organization;

(g) A detailed statement of the assets of the organization, and of each branch, chapter, and affiliate of the organization, the manner in which such assets were acquired, and a detailed statement of the liabilities and income of the organization and of each branch, chapter, and affiliate of the organization;

(h) A detailed description of the activities of the organization, and of each chapter, branch, and affiliate of the organization;

(i) A description of the uniforms, badges, insignia, or other means of identification prescribed by the organization, and worn or carried by its officers or members, or any of such officers or members;

(j) A copy of each book, pamphlet, leaflet, or other publication or item of written, printed, or graphic matter issued or distributed directly or indirectly by the organization, or by any chapter, branch, or affiliate of the organization, or by any of the members of the organization under its authority or within its knowledge, together with the name of its author or authors and the name and address of the publisher;

(k) A description of all firearms or other weapons owned by the organization, or by any chapter, branch, or affiliate of the organization, identified by the manufacturer's number thereon;

(l) In case the organization is subject to foreign control, the manner in which it is so subject;

(m) A copy of the charter, articles of association, constitution, bylaws, rules, regulations, agreements, resolutions, and all other instruments relating to the organization, powers, and purposes of the organization and to the powers of the officers of the organization and of each chapter, branch, and affiliate of the organization; and

(n) Such other information and documents pertinent to the purposes of this section as the Attorney General may from time to time require.

All statements filed under this section shall be public records and open to public examination and inspection at all reasonable hours under such rules and regulations as the Attorney General may prescribe.

(C) The Attorney General is authorized at any time to make, amend, and rescind such rules and regulations as may be necessary to carry out this section, including

rules and regulations governing the statements required to be filed.

(D) Whoever violates any of the provisions of this section shall be fined under this title or imprisoned not more than five years, or both.

Whoever in a statement filed pursuant to this section willfully makes any false statement or willfully omits to state any fact which is required to be stated, or which is necessary to make the statements made not misleading, shall be fined under this title or imprisoned not more than five years, or both.

*Don Hamrick* (signature)