# In the U.S. District Court of the District of Columbia
### 333 Constitution Avenue, Washington, DC 20001

## No. 1:07-cv-1616, RMC

| | |
|---|---|
| Don Hamrick, pro se ) <br> IN THE CAPACITY OF A ) <br> PRIVATE ATTORNEY GENERAL ) <br> 5860 Wilburn Road ) <br> Wilburn, AR 72179 ) <br>     PLAINTIFF/APPELLANT ) <br> v. ) <br> ) <br> United Nations ) <br> ) <br> United States ) <br>     DEFENDANT/APPELLEE ) | **Civil RICO Act** <br> **18 U.S.C. § 1964(a)** |

## MANDATORY JUDICIAL NOTICE OF ADJUDICATIVE FACTS:

# RELATED HUMAN RIGHTS CASE!

### *Don Hamrick, pro se -v- United States & United Nations*
### Inter-American Commission on Human Rights
### Case No. P-1142-06

    I hereby append my follow-up letter to the Inter-American Commission on Human Rights giving due notice of continuing human rights violations by the federal judiciary and the U.S. Marshals Service. This ought to make Judge Rosemary M. Collyer think twice about dismissing my case.

Respectfully,
*Don Hamrick*

### CERTIFICATION

    Service not done because I cannot afford it. The Court Clerk must provide copy to the U.S. Attorney's Office for DC.

**RECEIVED**

OCT **1 7** 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Respectfully,
*Don Hamrick*

# PETITION NO. P-1142-06
# CONTINUING VIOLATIONS OF HUMAN RIGHTS

Wednesday, October 10, 2007

>Don Hamrick
>5860 Wilburn Road
>Wilburn, Arkansas
>United States

Inter-American Commission on Human Rights
1889 F Street, N. W.
Washington, D.C. 20006

Dear Sir,

      I have learned via Internet news that the Inter-American Commission on Human Rights will hear Jessica Ruth Gonzales v United States, P-1490-05, a domestic violence case. In Section VII of the Jessica Ruth Gonzales' (now Jessica Ruth Lanahan) ***Observations Concerning the September 22, 2006 Response of the United States, dated December 26, 2006, presented on behalf of Jessica Gonzales by Counsel*** states that the United States has Denied Jessica Gonzales the Right to Effective Remedy.

      Noting the Hearing Before the Inter-American Commission on Human Rights in Jessica Ruth Gonzales vs United States, Petition No. P-1490-05, dated Friday, March 2, 2007, Section III, Admissibility, paragraph d. that:

> ***The American Declaration of the Rights and Duties of Man*** is binding on the United States and its provisions must be interpreted in light of recent developments in universal and regional human rights laws as well as state practice, and customary international law.

Section VI, The Right to Remedy, paragraph b. that:

> **The right to a remedy** is a foundational principle of the universal and regional human rights systems and customary international law.

      I hereby jealously make the same claim in my own Petition No. P-1142-06 as that made above that the United States has denied me my right to effective remedy in like manner.

      From ***The American Declaration of the Rights and Duties of Man*** itself, I cite the following Articles as having been violated by the United States:

> **Article I.** Every human being has the right to life, liberty and the security of his person.

> **Article II.** All persons are equal before the law and have the rights and duties established in this Declaration, without distinction as to race, sex, language, creed or any other factor.

**Article IV.** Every person has the right to freedom of investigation, of opinion, and of the expression and dissemination of ideas, by any medium whatsoever.

**Article V.** Every person has the right to the protection of the law against abusive attacks upon his honor, his reputation, and his private and family life.

**Article XIII.** Every person has the right to take part in the cultural life of the community, to enjoy the arts, and to participate in the benefits that result from intellectual progress, especially scientific discoveries.

**Article XIV.** Every person has the right to work, under proper conditions, and to follow his vocation freely, insofar as existing conditions of employment permit.

**Article XVII.** Every person has the right to be recognized everywhere as a person having rights and obligations, and to enjoy the basic civil rights.

**Article XVIII.** Every person may resort to the courts to ensure respect for his legal rights. There should likewise be available to him a simple, brief procedure whereby the courts will protect him from acts of authority that, to his prejudice, violate any fundamental constitutional rights.

**Article XXI.** Every person has the right to assemble peaceably with others in a formal public meeting or an informal gathering, in connection with matters of common interest of any nature.
Right of assembly.

**Article XXII.** Every person has the right to associate with others to promote, exercise and protect his legitimate interests of a political, economic, religious, social, cultural, professional, labor union or other nature.

**Article XXIV.** Every person has the right to submit respectful petitions to any competent authority, for reasons of either general or private interest, and the right to obtain a prompt decision thereon.

**Article XXV.** No person may be deprived of his liberty except in the cases and according to the procedures established by pre-existing law.

> No person may be deprived of liberty for nonfulfillment of obligations of a purely civil character.

> Every individual who has been deprived of his liberty has the right to have the legality of his detention ascertained without delay by a court, and the right to be tried without undue delay or, otherwise, to be released. He also has the right to humane treatment during

the time he is in custody.

**Article XXVI.** Every accused person is presumed to be innocent until proved guilty.

> Every person accused of an offense has the right to be given an impartial and public hearing, and to be tried by courts previously established in accordance with pre-existing laws, and not to receive cruel, infamous or unusual punishment.

Because I have not heard from the Commission on my own case I must now file this update in defense of my own case.

Since the time of the filing of my Petition No. 1142-06 I continued my civil litigation in the federal courts of the United States for Second Amendment rights of American seamen. The federal courts have continued to deny and dismiss my every motion, judicial notice of adjudicative facts, presumptions, submitted evidence, and my appeals.

I accumulated enough Court Orders that extort under color of law, 18 U.S.C. § 872, filing fees of their respective courts to which I am exempt from paying because I am a seaman, 28 U.S.C. § 1916 to which I can file a criminal complaint with federal law enforcement agencies such as the FBI and the U.S. Marshals Service. This type of remedy is ignored by the FBI and the U.S. Marshals Service. I filed my Rule 64 (Federal Rules of Civil Procedure) Petition for Writ of Replevin with the U.S. District Court for the Eastern District of Arkansas, Case No. 06-0044, in an attempt to get my filing fee of $350 returned. The Court denied that Petition.

The original judge in that case died. The case was reassigned to another judge who wasted no time dismissing my case just to get rid of it because I am an unrepresented civil plaintiff who had the gall to file a civil RICO Act case against the United States and against the United Nations to allege racketeering on unlawful and an unconstitutional protection scheme over the Second Amendment.

I appealed my case to the U.S. Court of Appeals for the 8th Circuit in St. Louis Missouri relying on my seaman's right of exemption from filing fees under 28 U.S.C. § 1916. The 8th Circuit dismissed my appeal because I refused to pay their filing fee. This is a blatant violation of my human right to a jury trial.

I have already made previous appeals to the U.S. Supreme Court, No. 03-145 and No. 04-1150, only to be denied. I fear another appeal to the U.S. Supreme Court will be in vane.

I am presently pushing a remedy of last resort in regard to the extortion of filing fees by the federal courts. That remedy is the right to make citizen's arrest for felony extortion. I have the Court Orders as evidence of Extortion Under Color of Law, 18 U.S.C. § 872, in violation of my statutory right under 28 U.S.C. § 1916.

I tried several times during the past 3 years to exercise my right to make citizen's arrest of federal judges and court clerks but the U.S. Marshals Service as threatened to arrest me for kidnapping, assault, hostage taking, etc., if I attempt to make the citizen's arrest of any judge or court clerk. I am in continuing negotiations with the U.S. Marshals Service but their is ~~progress~~ _NO Progress_ toward resolution of this matter by citizen's arrest.

Even though the U.S. Marshals Service receive emails from me updating them on my case developments and new information affecting my case that vindictively retaliate when I make substantive advancements to enforce my right to make citizen's arrest of federal judges and court courts, including the Chief Justice of the U.S. Supreme Court, John G. Roberts because two of the Court Orders committing Extortion Under Color of Law, 18 U.S.C. § 872, has his name on the Court Orders when he was one of the attending judges at the U.S. Court of Appeals for the DC Circuit. The type of retaliate is to harass my elderly mother on two occassions. One occassion was sending a Deputy U.S. Marshals to my elderly mother's resident (my home of record) in a regional man hunt for me when I expressly told the U.S. Marshals Service that I would be on a Greyhound Bus trip to Washington, DC to visit the U.S. Marshals Service for help and advice on citizen's arrest given the evidence of Extortion Under Color of Law that I had in my possession. The U.S. Marshals Service intercepted the Greyhound Bus at the terminal in Richmond, Virginia and interrogated for 2 hours before letting me go. But they warned me NOT to travel to Washington, DC because they presumed I was going to "kidnap" or take "hostage" a judge or court clerk without probable cause (in their law enforcement minds with civil rights or constitutional rights have no standing with them just because a citizen's claims such rights).

I recently filed my "Emergeny Petition for Ex Parte Order Verifying and Validating Plaintiff's Citizen's Arrest Warrant and Petition for Ex Parte Order to Federal Law Enforcement Agencies to Assist the Plaintiff with the Citizen's Arrest Warrant" so that I would have the authority of the federal court behind me. That petition is still pending.

The following rights protected by the *American Convention on Human Rights* have been violated by the federal courts and by the U.S. Marshals Service since I filed my Petition No. 1142-06 with the IACHR:

- The right to recognition of juridical personality (the right to be recognized as a person before the law).

- The right to personal integrity: the right to humane treatment, including the right not to be subjected to cruel, inhuman, or degrading treatment or punishment.

- The right to freedom from slavery or involuntary servitude. (In as much has having to ask the U.S. Department of Transportation Office of Security for permission to visit the U.S. Coast Guard Headquarters in Washington, DC in the same manner that a slave has no right to travel but by permission of the master).

- The right to personal liberty. (The U.S. Department of Transportation, at the request of the U.S. Coast Guard, has two Bar Notices, issued in 2004 and 2006, prohibiting me from visiting any U.S. Coast Guard, FAA, or DoT building in Washington, DC simply because I named the U.S. Coast Guard in my lawsuit but witch they claim I emailed a threat to the Coast Guard. But upon investigation by the U.S. Naval Criminal Investigative Service (NCIS) the Coast Guard allegation was proven false. And yet, the Bar Notices remain in effect. I am subject to arrest even if I visit the U.S. Coast Guard as a civil plaintiff acting in the capacity of a Private Attorney General or as a U.S. merchant seaman on maritime business. My rights to travel without permission have been unlawfully curtailed).

- The right to a fair trial.

- The right to have one's honor respected and dignity recognized.

- Freedom of thought and expression. (My insistence on discussing citizen's arrest with the U.S. Marshals Service always incurs treatment as a criminal suspect.)

- The right to have inaccurate or damaging information corrected or to reply thereto. (The U.S. Marshals Service refuses to correct their original mis-interpretation of my request for help and advice on citizen's arrest as a criminal suspect when all the while I acted niavely as a law-abiding citizen with an innocent desire to participate in law enforcement through exercising the right to make a citizen's arrest for Felony Extortion Under Color of Law).

- The right to protection of the family. (In as much as the federal courts preventing my case from going to trial to achieve a declarative finding on the Second Amendment as an individual right).

- The right to equal protection of the law.

- The right to judicial protection against violations of fundamental rights.

Citizen appeals (i.e., criminal complaints) to federal law enforcement agencies are a form of remedies under the "Common Defence" clause of the Preamble to the U.S. Constitution. Failure or refusal to answer or respond to appeals or criminal complaints is not only aiding and abetting but out right corruption of the Checks and Balance System provided by the U.S. Constitution and the Rule of Law. I do not aggree with the DC Circuit Court of Appeals in *We the People* v. *United States*, No. 05-5359, May 8, 2007 that the United States Government has no duty to respond to citizen's complaints. *of the Tenth Amendment.*

You see, if the federal law enforcement agencies deny citizen's their First Amendment right to petition the Government for redress of grievances then the burden of remedy falls back on the citizen's shoulders under the "Powers reserved to the People," That includes the right to make citizen's arrest as applied to employees of the U.S. Government, including federal judges and court clerks for felony extortion of filing fees. So when all federal law enforcement agencies, including yourself, refuse to correspond to my complaint you force the burden of remedy back on my shoulders. Therefore I must act under "color of law" in a lawful manner to effect my own remedy. In acting in this lawful manner I am not only immune to arrest but all federal law enforcement agencies become duty bound by law to assist 'me!' especially when I act in the capacity of a Private Attorney General as an unrepresented civil plaintiff with a civil RICO Act case against the U.S. Government. Failure or refusal to assist is there construed to be acts of obstruction of justice where, in my belief, I have the justification to file a criminal complaint against you, and all federal agents who refused to assist, for obstruction of justice. This is my understanding of the pursuit of justice by a citizen who is a victim of U.S. Government wrongdoing.

I include Robert Loblaw's posting from his blog, Decision of the Day on this point:

# DECISION OF THE DAY (Blog by Robert Loblaw)

## First Amendment: Must the Government Respond to Citizens' Grievances?

May 8th, 2007 by Robert Loblaw

**We The People v. U.S.,** <u>05-5359</u> (D.C. Cir., May 8, 2007)
http://pacer.cadc.uscourts.gov/docs/common/opinions/200705/05-5359a.pdf

This case would be an interesting one for the originalists on the Supreme Court, if it ever gets that far. The plaintiffs belong to an organization called We The People, which challenges the government's authority to tax, wage war, and otherwise intrude on its citizens' lives. We The People and its members have made their views known to their elected officials, but they have not received a response. They claim that the government's failure to respond violates their First Amendment right "to petition the Government for a redress of grievances." They also argue that they are entitled to withhold taxes until they get an answer.

The D.C. Circuit quickly dispenses with this second claim, explaining that the Anti-Injunction Act bars the Court from reviewing the Government's collection of taxes. Although the first question is a bit more vexing, the Supreme Court has already concluded that the Petition Clause does not actually require the Government to listen to its citizens' grievances. Accordingly, no response is required.

Judge Rogers concurs to note that the High Court has not yet considered the precise argument raised by We The People. Although she agrees that the D.C. Circuit is bound by Supreme Court precedent, the plaintiffs have raised an interesting historical argument about the original understanding of the Petition Clause, and she wonders whether the folks upstairs will be willing to entertain it.

The following is my rebuttal to the D.C. Circuit's erroneous opinion:

## PART 1 of 3

### *"THE INTEREST OF THE MAN":*
### *JAMES MADISON, POPULAR CONSTITUTIONALISM,*
### *AND THE THEORY OF DELIBERATIVE DEMOCRACY*
### Larry D. Kramer
### NYU School of Law
### Legal History Colloquium
### March 21, 2007
http://www.law.nyu.edu/tlhc/spring07/Kramer.pdf

# PART 2 of 3

## THE U.S. GOVERNMENT DOES HAVE A DUTY TO ANSWER FIRST AMENDMENT PETITIONS FOR REDRESS OF GRIEVANCES. OTHERWISE, TYRANNY IS ESTLABLISHED IN THE SAME MANNER AS THAT WHICH CAUSED THE AMERICAN REVOLUTION AGAINST THE BRITISH GOVERNMENT.

### The Right to Redress -- Not "Petition"
By Barbie, ACIC, National J.A.I.L.
victoryusa@jail4judges.org
J.A.I.L. (Judicial Accountability Initiative Law)
www.jail4judges.org

> *Congress shall make no law ... abridging ... the right of the people ...*
>
> *to petition the government for a redress of grievances.*
> First Amendment (pertinent portion)

An organization, *We The People Foundation* (WTP), brought a federal lawsuit that has been ongoing for the last five years on whether the People have the right to petition government for redress of their grievances. The decision by the Court of Appeals, D.C. Circuit, decided May 8, 2007, may be found at
*We the People* v. *United States*, DC Circuit, No. 05-5359.
http://pacer.cadc.uscourts.gov/docs/common/opinions/200705/05-5359a.pdf

If there was ever a case that screamed out for the J.A.I.L. solution, this one is it! There are two issues to be discussed here.

## (1) Analysis of the Petition Clause; and

## (2) The court's reliance on Supreme Court precedents.

### 1. The court fails to consider the material portion of the Petition Clause

This issue is so simple to figure out, that the court's decision is baffling. It states:

> *These scholars [referring to Law Review authors] note that the Petition Clause by its terms refers only to a right "to petition"; it does not also refer to a right to response or official consideration. (Pg.9)*

The Petition Clause reads: *"... to petition the government for a redress of grievances."* In ruling on the merits of this clause, the entire clause must be read and considered --not just one or two words. In fact, the most significant part of that clause was not considered by this court. *"To petition"* is qualified by *"government"* and *"for a redress of grievances."*

The first qualifier, *"government,"* indicates to whom the petition is made. It doesn't specify any particular branch or agency, nor does it limit the term. The subject matter of the issues of

petition would determine which branch or office of government is addressed by petition. The second qualifier, *"for a redress of grievances,"* is the one that gives meaning to the entire clause. Without that qualifier, there is no meaning whatsoever to the Petition Clause. There must be an objective, a purpose, a reason, indicated for petitioning. **A petition for nothing is not a right**.

The phrase *"to petition"* or even *"to petition the government"* is not a complete thought. The logical missing ingredient is *"why"? "for what purpose"?* Without an objective to be sought by petitioning, it is no right at all. The phrase *"for a redress of grievances"* provides the objective for petitioning. It is the objective complement which completes the thought of the entire clause and gives it meaning. Ignoring that phrase is not an option.

The core ingredient of the right of petition is *"redress."* The modifiers indicate the kind of redress (of grievances) and who is responsible to provide that redress (government). *"To petition"* is merely the means by which the objective (redress) is sought from government by a petitioner. It is a means to an end, not an end in itself.

To rule that the right to petition does not necessarily include within that right the right to a response or consideration of that petition is unconstitutional on its face, since it fails to consider

    (1) the objective of petition, to wit, *"redress of grievances"* and

    (2) to whom the petition for redress is addressed, to wit, *"government."*

Government is responsible for considering and responding to a petition for redress of grievances, and thus, for providing the redress sought by the petition, within the prima facie meaning of the Petition Clause as stated.

Having failed to [protect] that right, the appellate judges involved have violated the First Amendment Petition Clause, rendering their decision null and void as repugnant to the Constitution. They, as well as the trial court judge(s), are prime candidates for the J.A.I.L. process when it becomes available, if petitioners elect to pursue it in the future after exhausting the [remedy at the U.S. Supreme Court] and the violation is not corrected. See Federal J.A.I.L. Bill,
http://www.jail4judges.org/state_chapters/dc/DC_initiative.html

## 2. The court fails to rely on the Constitution as its supreme authority.

The final full paragraph of the decision states:

> *We need not resolve this debate, however, because we must follow the binding Supreme Court precedent. See Tenet v. Doe, 544 U.S. 1, 10-11 (2005). And under that precedent, Executive and Legislative responses to and consideration of petitions are entrusted to the discretion of those Branches.* (Pg.9)

Rather than rely on the entire Petition Clause as provided in the Constitution, as aforesaid, this court abandons that consideration and turns to *"binding Supreme Court precedent"* which holds that *"Executive and Legislative responses to and consideration of petitions are entrusted to the discretion of those Branches."* **As the guardian of petitioners' rights, the federal court had the responsibility of overruling that *"precedent"* as violative of the**

**Constitution. Court precedent is not binding if it violates the Constitution.**

The concurring judge even stated:

> *Even where the plain text yields a clear interpretation, the Supreme Court has rejected a pure textualist approach in favor of an analysis that accords weight to the historical context and the underlying purpose of the clause at issue.* (Concurring Opinion, Pg.1)

Rather than considering the Constitution for what it clearly says in its text, this court turns to "weight to the historical context" and "underlying purpose of the clause at issue." The clear "underlying purpose of the clause at issue" in this case is shown in the clause itself. No other "underlying purpose" need be conjured up. The "weight to the historical context" can mean whatever the judges want it to mean--that's a very vague and subjective standard not deserving of the Constitution.

Thomas Jefferson said:

> "Let no more be heard of confidence in men, but rather bind them down by the chains of the Constitution."

The Constitution stands on its own except with reference to the Declaration of Independence upon which it is based. The [Declaration of Independece] sets forth the origin of government, to wit, " *...That to secure these rights, governments are instituted among men, deriving their just powers from the consent of the governed, ...*" This institution of government is done by charter, i.e., the Constitution which establishes the consent of the People to their government. The Constitution establishes everything anew and does away with the historical tyranny under English law. It does not require any crutch, such as an "historical context" in the subjective opinion of judges, upon which to maintain its integrity. Indeed, all judges are bound by their oath to uphold and defend the Constitution. They do not take an oath to uphold and defend "Supreme Court precedent."

**Relying on anything other than the Constitution, and going beyond the limitations of the Constitution in making this decision renders it null and void. One need not look beyond the Petition Clause itself to determine its full meaning and intention.**

# PART 3 of 3

# OF ARMS & THE LAW (Blog by David T. Hardy)

## Another ruling that the government has no duty to protect

Posted by David Hardy · 10 May 2007 12:04 PM
http://armsandthelaw.com/archives/2007/05/another_ruling.php#comments

Hudson v. Hudson, a recent 6th Circuit ruling. (pdf).

"First, we briefly recount the tragedy that led to this lawsuit. Jennifer Braddock was issued three protective orders against James Hudson, the father of her son, because Hudson repeatedly abused Braddock. In August 2001, while the third

protective order was in effect, Hudson broke into Braddock's home and threatened her. She called the Memphis Police Department, but it made no attempt to find him. Hudson eventually was convicted of aggravated criminal trespass, vandalism, and violating the protective order, and sentenced to one week in jail. Over the next two years, Braddock called the police several times to complain about various violations of the protective order, including acts of physical violence, but the Memphis Police took no action. Braddock's struggle against Hudson's violence ended when Hudson broke into her home, killed her and two of her friends, then turned the gun on himself and committed suicide."
.....

"As a general principle, state actors cannot be held liable for private acts of violence under a substantive due process theory. DeShaney v. Winnebago County Dep't of Soc. Servs., 489 U.S. 189, 196 (1989); see also Castle Rock, 545 U.S. at ___, 125 S. Ct. at 2810. We recognize two exceptions to this rule: (1) when the state has a special relationship to the victim, and (2) when the state creates the danger that led to the victim's harm. Jones v. Union County, 296 F.3d 417, 428 (6th Cir. 2002). In Jones, the plaintiff claimed that Union ounty, Tennessee, violated her substantive due process rights when it failed to serve a protective order on her ex-husband, who later attacked her. We held that "the Tennessee Legislature's imposition of affirmative duties upon state officials to serve ex parte orders of protection timely does not give rise to a due process claim cognizable under § 1983 based upon a special relationship between Union County and Plaintiff." Id. Similarly, we hold that a protection order does not create a special relationship between police officers and the
individual who petitioned for that order.

Nor may the plaintiffs establish their claims under the state-created-danger theory. Under this theory, a plaintiff must show "an affirmative act that creates or increases the risk, a special danger to the victim as distinguished from the public at large, and the requisite degree of state culpability." McQueen v. Beecher Cmty. Schs., 433 F.3d 460, 464 (6th Cir. 2006) (citing Kallstrom v. City of Columbus, 136 F.3d 1055, 1066-67 (6th Cir. 1998)). These officers' alleged inaction fails to satisfy the "affirmative act" requirement."

## MY COMMETARY:

# American Common Defence Review

http://americancommondefencereview.wordpress.com/

## GOVERNMENT HAS NO DUTIES TO THE PEOPLE?

### THEN WHAT ARE TAXES FOR
### IF NOT FOR OBLIGATIONS OF DUTY TO THE PEOPLE?

**POINT 1: NO DUTY TO PROTECT?**

## POINT 2: AND NO DUTY TO ANSWER OR RESPOND TO "FIRST AMENDMENT RIGHT TO PETITION"

Is society and our State and Federal Judicial System in our Republican Form of Government breaking down and sliding ever closer toward anarchy?

If the State and Federal Governments have no duty to protect the individual or even to respond to or answer petitions, pleas, complaints, or letters from an individual to the State and Federal Agencies under the First Amendment Petition Clause then does that leave us in a state of injustice? Dare I say the checks and balances are no longer worker? If this is found to be true then it stands to reason that the Government stands on equal footing with terrorists posing threats to the People.

If we are left without any remedies, even though remedies may abound in the judicial, administrative, or regulatory process but for the perpetual denial of such remiedies in light of the biased derence to the Government, then do we not, as a people, then have the Tenth Amendment power to in enact our own remedies, such as in my case for Second Amendment, to "arm ourselves" in defiance of State and Federal gun control laws in the name of freedom? Are we to learn yet again that history repeats itself for this who forget its lessons?

These questions are bearing down on the American people like a locomotive bearing down on an "individual" tied to the railroad tracks of the "Rule of Law." If we, the American people, don't stand up for their rights under the U.S. Constitution and the Bill of Rights against this "State of Disunion" the United Nations is next in line to make a substantial attack on our Second Amendment with their proposed global gun control "treaty" taking full and immoral advantage over the Virginia Tech Massacre. The future looks bleak for the Second Amendment.

My Second Amendment case has been obstructed by Assistant U.S. Attorney's, by federal judges, by the U.S. Marshals Service (evidence implying improper influence of the 8th Circuit to deny my appeal), obstructed by the U.S. Department of Transportation and by the U.S. Coast Guard (to put me in a Catch-22 situation where I will be arrested if I visit the Coast Guard to conduct discovery, and the Judge George Howard (now deceased) denied my Motion for a Permanent Injunction that would cleary the way for me to conduct discovery).

Even though I study the same U.S. Code, the same Code of Federal Regulations, and even though I read every law review article under the sun on a wide range of topics related to my case, and read countless case law precedents, and even though I file motions, pleadings, and judicial notices of equal merit as any attorney I am denied in nearly all my pleadins, motions and judicial notices even though I am acting in the capacity of a "Private Attorney General" under the Civil RICO Act I am ignored, harassed, criminally investigated, detained, questioned, and placed on government watchlists. My rights as a civil plaintiff are violated with every dirty trick in the book by the Federal Government to keep my case from proceeding past the Motion to Dismiss.

The latest DIRTY TRICK is by the U.S. Marshals Service. Senior Inspector Robert

Robeson, U.S. Marshals Service of the U.S. District Court/DC Circuit in Washington, DC new about the 8th Circuit (St. Louis, Missiouri) denying my Seaman's Suit right of exemption from paying the filing fee, 18 U.S.C. § 1916 when my case for the Second Amendment falls under the "safety" provision of the Seamen's Suit law before I visited him the very next day after the 8th Circuit issued their Order denying my Motion for Seamen's Suit Exemption of the Filing Fee. Because I am now broke and cannot pay the $450 (extortionate amount anyway when used to be $105 just 3 years ago) my appeal will be denied for "lack of prosecution." What it actually means is that the U.S. Marshals Service persuaded that 8th Circuit to deny my appeal by any dirty trick at their disposal. So it happen. But will I get justice if I file a complaint with the 8th Circuit Judiciary Committee? Probably not.

    The case discussed below by Decision of the Day is the exact problem I have having in my own federal litigation. Nearly every federal agency I contact by letter or email as a "Private Attorney General" ( i.e., an unrepresented civil plaintiff), is ignored. And if I take any assertive action to force the Federal Government to respond I place myself at risk of getting arrested (i.e., retaliation for asserting rights against the government).

    The biggest threat to my personal safety, security, and duty as an unrepresented civil plaintiff is conducting discovery without permission of the U.S. Department of Transportation, Office of Security. I need the HELP of the U.S. Congress and the Arkansas Legislature to intervene because it is apparent to me that the Federal Judicial Branch is collaborating with the Executive Branch to OBSTRUCT JUSTICE, i.e., prevent my case from proceeding to trial. My case has been in federal litigation for 4 years, 8 months now. I moved it from Washington, DC after 4 years of dirty tricks to Arkansas only to face dirtry tricks by the U.S. Marshals Service.

    By the preponderence of the evidence we, as a people, have a Government that is extremely hostile to its own people in the name of homeland security. Where will all this lead to in the future? Genocide? Maybe.

Respectfully,

Don Hamrick