# In the U.S. District Court of the District of Columbia

333 Constitution Avenue, Washington, DC 20001

## No. 1:07-cv-1616, RMC

Don Hamrick, pro se )
IN THE CAPACITY OF A )
PRIVATE ATTORNEY GENERAL )
5860 Wilburn Road )
Wilburn, AR 72179 )
PLAINTIFF/APPELLANT )
v. )
)
United Nations )
)
United States )
DEFENDANT/APPELLEE )

**Civil RICO Act**
**18 U.S.C. § 1964(a)**

Let this be filed. RMCollyer 10/19/07

RECEIVED
OCT 17 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## PLAINTIFF'S EX PARTE MEMORANDUM OPINION IN SUPPORT OF HIS EMERGENCY PETITION FOR EX PARTE ORDER

# Federal Questions! 28 U.S.C. § 1331

RECEIVED
OCT 17 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

- Is Citizen's Arrest an international human right?

- Does the Law of Citizen's Arrest apply against employees of U.S. Government (federal judges, court clerks and Justices of the U.S. Supreme Court for felonies under Title 18 of the U.S. Code?

- Is the federal judiciary acting above the law prejudicially to my several cases these past 5 years as an unrepresented civil plaintiff and as a seaman under 28 U.S.C. § 1916?

- Does a U.S. seaman have any rights or powers to enforce the statutory right of exemption from filing fees of all U.S. courts under 28 U.S.C. § 1916 against federal judges and against the U.S. Supreme Court and their court clerks?

- Does an unrepresented civil plaintiff (a U.S. merchant seaman) with a civil RICO Act case acting in the capacity of a Private Attorney General have any law enforcement powers to make a citizen's arrest of federal fudges (including the Chief Justice of the U.S. Supreme Court John G. Roberts) and their court clerks for Extortion Under Color of Law, 18 U.S.C. 872, (a Predicate Act of Racketeering) of exempted filing fees from a seaman, under 28 U.S.C. § 1916?

- Does the U.S. Marshals Service have a duty to protect federal judges and federal court

employees from citizen's arrest when presented with verified evidence of Extortion under Color of Law, 18 U.S.C. § 872 or is the U.S. Marshals Service committing Misprision of Felony, 18 U.S.C. § 4, by aiding and abetting Extortion under Color of Law as an Accessory after the Fact, 18 U.S.C. § 3, and as Principals, 18 U.S.C. § 2, of racketeering under the civil RICO Act for the purpose of obstructing justice thereby place said judges & Chief Justice?

# INCIDENTAL UPDATES:

**SECOND AMENDMENT CASE AT THE U.S. SUPRFEME COURT:** District of Columbia, et al v Heller, S.Ct., No. 07-290, ***Brief in Response to Petition for Certiorari.*** http://www.gurapossessky.com/news/parker/documents/petition_response.pdf

**NEW LAW REVIEW ARTICLE:** David B. Kopel, Paul Gallant & Joanne D. Eisen, ***Human Rights and Gun Confiscation***, (This is a draft of a forthcoming article in volume 26, issue 2, of the Quinnipiac Law Review, to be published in late 2007 or early 2008)

# CASE LAW

*Cohens* v. *Virginia*, 19 U.S. 264, at 404 (6 Wheaton 264) (1821)

> "It is most true that this Court will not take jurisdiction if it should not; but it is equally true that it must take jurisdiction if it should. The judiciary cannot, as the legislature may, avoid a measure because it approaches the confines of the Constitution. We cannot pass it by because it is doubtful. With whatever doubts, with whatever difficulties, a case may be attended, we must decide it if it be brought before us. We have no more right to decline the exercise of jurisdiction which is given than to usurp that which is not given. The one or the other would be treason to the Constitution. Questions may occur which we would gladly avoid, but we cannot avoid them. All we can do is to exercise our best judgment and conscientiously to perform our duty. In doing this on the present occasion, we find this tribunal invested with appellate jurisdiction in all cases arising under the Constitution and laws of the United States. We find no exception to this grant, and we cannot insert one."

*Duncan* v. *Missouri*, 152 U.S. 377, 382 (1894):

> "[T]he privileges and immunities of citizens of the United States protected by the fourteenth amendment are privileges and immunities arising out of the nature and essential character of the federal government, and granted or secured by the constitution; and due process of law and the equal protection of the laws are secured if the laws operate on all alike, and do not subject the individual to an arbitrary exercise of the powers of government; . . ."

*Hartford Fire Ins. Co.* v. *California*, 509 U.S. 764 (1993) **[PLAINTIFF'S NOTE: "I CAN PROVE MY CASE if the Federal Courts were not so corrupt!]**

> "[A] complaint should not be dismissed unless `it appears beyond doubt that the plaintiff can prove no set of facts in support of his claim which would entitle him to relief.'" *McLain* v. *Real Estate Bd. of New Orleans, Inc.*, 444 U.S. 232, 246 (1980) (quoting ***Conley* v. *Gibson*, 355 U.S. 41, 45 -46 (1957)**).

*Conley* v. *Gibson*, 355 U.S. 41 at 48 (1957)

> "Following the simple guide of Rule 8 (f) that "all pleadings shall be so construed as to do substantial justice," we have no doubt that petitioners' complaint adequately set forth a claim and gave the respondents fair notice of its basis. The Federal Rules reject the approach that pleading is a game of skill in which one misstep by counsel may be decisive to the outcome and accept the principle that the purpose of pleading is to facilitate a proper decision on the merits. Cf. *Maty* v. *Grasselli Chemical Co.*, 303 U.S. 197. (1938) (*Pleadings are intended to serve as a means of arriving at fair and just settlements of controversies between litigants. They should not raise barriers which prevent the achievement of that end.*)

*United States* v. *Chadwick*, 433 U.S. 1, at 16 (1976)

> " . . . it is deeply distressing that the Department of Justice, whose mission is to protect the constitutional liberties of the people of the United States, should even appear to be seeking to subvert them by extreme and dubious legal arguments. It is gratifying that the Court today unanimously rejects the Government's position."

My Petition for Ex Parte Order presents Court Orders from the DC Circuit compelling me to pay their filing fee in defiance of the seamen's exemption under 28 U.S.C. § 1916 and a letter from the U.S. Supreme Court letter verifying my coerced payment of their filing fee in their defiance of federal law under 28 U.S.C. § 1916.

On Wednesday, October 3, 2007, the same day I filed my Emergency Petition for Exparte Order Veryifying and Validating Plaintiff's Citizen Arrest Warrants and Petition for Ex Parte Order to Federal Law Enforcement Agencies to Assist the Plaintiff with the Citizen's Arrest Warrant, I visited the U.S. Marshals Service to advise them of my filing and to discuss the U.S. Marshals Service's duty to assist with the Citizen's Arrest Warrant.

I was threatened with arrest if I attempt to make a citizen's arrest of any federal judge or court employee. The U.S. Marshals Service refused to see the verified evidence of Extortion under Color of Law that I had in my possession. The displayed attitude of the U.S. Marshals Service was that federal judges and court employees are above the law that they are not accountable to an unrepresented civil plaintiff for felony extortion (a white collar crime).

## **Arrests Without Warrant by Other Persons.**
District of Columbia Code § 23-582(b).

(b) **A private person may arrest another** --

(1) **who he has probable cause to believe is *committing in his presence***
*(A) **a felony**; or*
(B) an offense enumerated in section 23-581(a)(2); or

(2) ***in aid of*** a law enforcement officer or special policeman, or ***other person authorized by law to make an arrest***.

(c) **Any person making an arrest pursuant to this section shall deliver the person arrested to a law enforcement officer without unreasonable delay**.

# The Law of Citizen's Arrest

65 Columbia Law Review, 502-513 (March 1965)

Columbia Law Review's 1965 article on The Law of Citizen's Arrest is the only source of information the covers the topic in-depth that I can find. I will continue searching for more current articles on the topic. The article is outlined as follows:

I. The Arrest
- A. Nature of the Crime
- B. Time of the Arrest
- C. Presence During Commission of the Crime
- D. Notice of Arrest
- E. Detention of thbe Person Arrested
- F. Use of Force

II. Arrest Resulting from Mistake

Conclusion

# The Article Outline Above Adapted to the Case at Hand

"The role of the private person in the apprehension of criminals is defined by the law of citizen's arrest -- an outgrowth of stagnated common-law rules that were derived from English practices of the Middle Ages. The inadequacy of existing law is perhaps suggested by the scant protection currently afforded the responsble citizen voluntarily participating in law enforcement. . . ."

"If the private citizen is to assume his proper responsibility in the enforcement of the criminal law, the immunities and limitations of citizen's arrest must be clerarly defined. If professional enforcement authorities are to receive necessary assistance from private individuals, the scope of citizen's arrest must be adapted to the conditions and problems of modern soceity."

**A. Nature of the Crime**

The U.S. Marshals Service construes extortion under color of law, 18 U.S.C. § 872, by the federal courts as a white-collar crime and insists that I take my complaint to the U.S. Attorney's Office where they can make a finding of fact that a crime has been committed and thereby have the FBI investigate the crime and make the arrests themselves.

This procedure effectively strips me, as a private citizen, of my right to make a citizen's arrest for felony crimes committed by employes of the U.S. Government. By the actions of the U.S. Marshals Service the federal judiciary is free to act above the law without accountability to citizen's arrest. This is, by definition, tyranny, of which caused the American Revolution against the British.

It is my understanding that these circumstances constitutes racketeering activity under the RICO Act: *racketeering an unlawful and an unconstitutional protection scheme over the Tenth Amendment balance of power between the People, the States, and the United States as part of the Checks and Balance System of government guaranted to us by the Constitution of the United States.*

Citing case law:

*Forrester* v. *White*, 484 U.S. 219 (1988):

> This Court has never undertaken to articulate a precise and general definition of the class of acts entitled to immunity. **The decided cases, however, suggest an intelligible distinction between judicial acts and the administrative, legislative, or executive functions that judges may on occasion be assigned by law to perform**. Thus, for example, the informal and ex parte nature of a proceeding has not been thought to imply that an act otherwise within a judge's lawful jurisdiction was deprived of its judicial character. See Stump v. Sparkman, 435 U.S. 349, 363 , n. 12 (1978). Similarly, acting to disbar an attorney as a sanction for contempt of court, by invoking a power "possessed by all courts which have authority to admit attorneys to practice," does not become less judicial by virtue of an allegation of malice or corruption of motive. Bradley v. Fisher, 13 Wall., at 354. [484 U.S. 219, 228] As the Bradley Court noted: "**Against the consequences of [judges'] erroneous or irregular action, from whatever motives proceeding, the law has provided for private parties numerous remedies, and to those remedies they must, in such cases, resort**." Ibid.
>
> **Administrative decisions, even though they may be essential to the very functioning of the courts, have not similarly been regarded as judicial acts**. In Ex parte Virginia, 100 U.S. 339 (1880), for example, this Court declined to extend immunity to a county judge who had been charged in a criminal indictment with discriminating on the basis of race in selecting trial jurors for the county's courts. The Court reasoned:
>
>> "Whether the act done by him was judicial or not is to be determined by its character, and not by the character of the agent. Whether he was a county judge or not is of no importance. The duty of selecting jurors might as well have been committed to a private person as to one holding the office of a judge. . . . That the jurors are selected for a court makes no difference. So are court-criers, tipstaves, sheriffs, &c. Is their election or their appointment a judicial act?" Id., at 348.
>
> Although this case involved a criminal charge against a judge, the reach of the Court's analysis was not in any obvious way confined by that circumstance.
>
> Likewise, judicial immunity has not been extended to judges acting to promulgate a code of conduct for attorneys. Supreme Court of Virginia v. Consumers Union of United States, Inc., 446 U.S. 719 (1980). In explaining why legislative, rather than judicial, immunity furnished the appropriate standard, we said: "Although it is clear that under Virginia law the issuance of the Bar Code was a proper function of the Virginia Court, propounding the Code was not an act of adjudication but one of rulemaking." Id., at 731. Similarly, in the same case, we

> held that judges acting to enforce the Bar Code would be treated like prosecutors, and thus would [484 U.S. 219, 229] be amenable to suit for injunctive and declaratory relief. Id., at 734-737. Cf. Pulliam v. Allen, 466 U.S. 522 (1984). **Once again, it was the nature of the function performed, not the identity of the actor who performed it, that informed our immunity analysis**.

*Mireles* v. *Waco*, 502 U.S. 9, at 11 (1991):

> . . . **a judge is not immune from liability for nonjudicial actions, i.e., actions not taken in the judge's judicial capacity**. Forrester v. White, 484 U.S., at 227 -229; Stump v. Sparkman, 435 U.S., at 360.

*Chandler* v. *Judicial Council*, 398 U.S. 74, at 140 (1970), Chief Justice Berger:

> "**If [judges] break a law, they can be prosecuted**."

*Chandler* v. *Judicial Council*, 398 U.S. 74, at 141-142 (1970), Justice Black and Douglas in their dissenting opinion agreed with Chief Justice Berger on the point made above:

> "**While judges, like other people, can be tried, convicted, and punished for crimes** . . ."

*United States* v. *Lee*, 106 U.S. 196, at 220 (1882):

> "**No man in this country is so high that he is above the law. No officer of the law may set that law at defiance with impunity. All the officers of the government, from the highest to the lowest, are creatures of the law and are bound to obey it. It is the only supreme power in our system of government, and every man who by accepting office participates in its functions is only the more strongly bound to submit to that supremacy, and to observe the limitations which it imposes upon the exercise of the authority which it gives**."

**B. Time of the Arrest**

I have not yet made the citizen's arrest.

**C. Presence During Commission of the Crime**

The U.S. Marshals Service claims that I was not present during the alleged extortion, i.e., in the presence of the judges signing their court orders compelling me to pay the filing fees.

However, the Online (Internet) Docket Report is the lawful substitute for presence during the commission of the crime. Citing from the Columbia Law Review article:

> ". . . the [*presence*] requirement has been held satisfied in cases of perception by artificial means. For example, where a concealed radio transmitter conveyed sounds indicating the commision of a crime inside a house, the listener was deemed present at the crime for purposes of effecting a valid citizen's arrest. (*People* v. *Burgess*, 170 Cal. App. 2d 36, 338 P.2d 524 (Dist. Ct. App. 1959).
>
> "An exception to the observation requirement has been recognized in cases where a crime has been committed earlier and the supposed offender threatens to renew his criminal conduct. In this situation, the private citizen can make an arrest without having witnessed the commission of a crime. . . .
>
> "The traditional requirement of firsthand observation of a crime may well have outlived its usefulness as an appropriate limitation on citizen's arrest. The purpose of the requirement is presumably to prevent the danger and imposition involved in mistaken arrests based upon uncorroborated or second-hand information. Its principal impact is in cases wherre the citizen learns of the commission of a crime and assumes the responsibility of preventing the escape of the offender. . . .
>
> ". . . In view of the already stringent temporal limitations that insure close proximity to commission of the crime, it would seem preferable to lower the incidence of mistaken arrests not through an arbitrary requirement of firsthand observation but by application of a standard of probable cause -- namely, that the apprehension be justified by probable cause for believing a crime had been committed." Cf. Cal. Pen. Code § 836 (police arrest without a warrant) [Cal. Pen. Code § 836 still current today] Wis. Stat. Ann. § 954.02 (1958) (same) [Wis. Stat. Ann. for arrest without a warrant today is § 23.57]

**D. Notice of Arrest**

I sent the Notice of Arrest to the Chief Justice of the U.S. Supreme Court, to the Chief Judge of the U.S. Court of Appeals for the District of Columbia Circuit, to the FBI, and to the U.S. Marshals Service. I was "Red Flagged" as a criminal suspect for the Notice of Arrest and I am treated like a criminal suspect by the U.S. Marshals Service when I visit the federal courts because the U.S. Marshals Service is acting to obstruct the lawful performance of my Citizen's Arrest Warrant.

Again, citing from the 1965 Columbia Law Review article:

> "Because every man was privileged to resist unlawful attempts to restrict his freedom, the common law required notice to be given that an apprehension represented a citizen's

arrest. An arrester was obliged to make known his intent and the cause of the arrest. The notice requirement, however, was subject to a number of significant exceptions -- as where the arrester reasonably believed that notice woulde either be futile or unnecessary, endanger himself or others, or compromise the success of the arrest." (See People v. Marendi, 213 N.Y. 600, 608-610, 107 N.E. 1058, 1060-61 (1915); Perkins, *The Lasw of Arrest,* 25 Iowa L. Rev. 201, 250; Ali, Code of Criminal Procedure § 26, comment at 167 (Tent. Draft No. 1, 1928).)

"The traditional notice requirement has been adopted by statute in the majority of states. In general the notification must aqccurately point to criminal conduct actually committed, and be communicated prior to the arrest."

**E. Detention of the Person Arrested**

The U.S. Marshals Service has threatened to arrest me for *Kidnapping*, 18 U.S.C. § 1201; or Hostage Taking, 18 U.S.C. § 1203 if I attempt the citizen's arrest even though I have probable cause that felony extortion under color of law has been committed multiple times.

Citing from the 1965 Columbia Law Review article:

"Once proper notice has been given, the citizen must restrain the apprehended person by force or the threat of force for the arrest to be valid. Mere compliance by the arrestee with a request to voluntaqrily submit to custody is insufficient. Although at common law a restraining touch would of itself effect an arrest even if the arrestee was never brought under physical control, actual detention is generally required by modern statutes."

"The requirement of actual detention provides a necessary condition for determining the liability both of the arrester for commission of false arrest and of the criminal for unlawful escape from custody."

**F. Use of Force**

The U.S. Marshals Service has threatened me with arrest for *Assault* if I attempt the citizen's arrest by physically manhandling any judge, the Chief Justice of the U.S. Supreme Court, or their court clerks.

There is no need for me to resort to the *use of force* because the federal judges, the Chief Justice of the U.S. Supreme Court and their court clerks have the U.S. Marshals Service, the Capitol Police, and the U.S. Supreme Court Police to perform the taking into physical custody aspect of citizen's arrest in accordance with DC Code 23-582(c). I do not have to bring the arrestee to a federal law enforcement agent. The federal law enforcement agent will be present at my request to effect taking into physical custody aspect of the citizen's arrest.

Citing from the 1965 Columbia Law Review article:

"In cases of apprehension of supposed criminals, the arrester is generally authorized to use force but only to the extent that is reasonably necessary to make the aqrrest. An arrest that is otherwise lawful will subject the arrester to liability if excessive force is used. In such a case, the arrester may be subject both to civil liability for false arrest and for any personal injuries inflicted, and to possible criminal sanctions."

**Conclusion:**

The role of the responsible private citizen in protecting public safety and order depends significantly on the law of citizen's arrest. In view of the increasing rate of crime throughout the country, this law should be critically re-examined and adapted to the conditions and needs of modern society.

- - - -

# COMPARATIVE INTERNATIONAL LAW AS CIRCUMSTANTIAL EVIDENCE PROVING MY RIGHT TO MAKE CITIZEN'S ARREST

## Mom seeks ruling police responsible for murders

Takes request to international tribunal after failing in Supreme Court
WorldNetDaily.com

Posted: October 9, 2007

http://www.wnd.com/news/article.asp?ARTICLE_ID=58044

*A Colorado woman victimized by domestic violence wants a ruling from an international court that will hold police responsible for the murders of her three daughters by her estranged husband.*

*The case was brought by Jessica Lenahan to the* ***Inter-American Commission on Human Rights****, which has agreed to review her complaint against police in Castle Rock.*

## Leak Severed a Link to Al-Qaeda's Secrets

Firm Says Administration's Handling of Video Ruined Its Spying Efforts

By Joby Warrick
Washington Post Staff Writer
Tuesday, October 9, 2007; A01

http://www.washingtonpost.com/wp-dyn/content/article/2007/10/08/AR2007100801817_pf.html

*"A small private intelligence company that monitors Islamic terrorist groups obtained a new Osama bin Laden video ahead of its official release last month, and around 10 a.m. on Sept. 7, it notified the Bush administration of its secret acquisition. It gave two senior officials access on the condition that the officials not reveal they had it until the al-Qaeda release.*

*Within 20 minutes, a range of intelligence agencies had begun downloading it from the company's Web site. By midafternoon that day, the video and a transcript of its audio track had been leaked from within the Bush administration to cable television news and broadcast worldwide.*

*The founder of the company, the SITE Intelligence Group, says this premature*

*disclosure tipped al-Qaeda to a security breach and destroyed a years-long surveillance operation that the company has used to intercept and pass along secret messages, videos and advance warnings of suicide bombings from the terrorist group's communications network.*

*"Techniques that took years to develop are now ineffective and worthless," said Rita Katz, the firm's 44-year-old founder, who has garnered wide attention by publicizing statements and videos from extremist chat rooms and Web sites, while attracting controversy over the secrecy of SITE's methodology. Her firm provides intelligence about terrorist groups to a wide range of paying clients, including private firms and military and intelligence agencies from the United States and several other countries.*

*The precise source of the leak remains unknown. Government officials declined to be interviewed about the circumstances on the record, but they did not challenge Katz's version of events. They also said the incident had no effect on U.S. intelligence-gathering efforts and did not diminish the government's ability to anticipate attacks."*

## Vigilante trial 'an absolute disgrace'

*By Neil Hunter*
**The Northern Echo**
**United Kingdom**
*http://www.thisisthenortheast.co.uk/display.var.1740980.0.vigilante_trial_an_absolute_disgrace.php*

POLICE and prosecutors faced a storm of criticism last night after a father who performed a citizen's arrest on two teenagers was cleared of assault.

Father-of-three Mark Fenwick was charged over confronting a group of youths after a slab of concrete was thrown through a window of his Middlesbrough home.

Last night, after a jury took only 20 minutes to clear him of assaulting the two teenagers who made allegations against him, **the decision to bring the case to court was branded a national disgrace**.

**NOTE TO U.S. MARSHALS SERVICE: This is something to seriously reconsider your "threat" to arrest me for "citizen's arrest" of federal judges for extortion under color of law of exempted filing fees (18 U.S.C. § 872 VERSUS 28 U.S.C. § 1916).**

Critics, including former police chief Lord Mackenzie, called for common sense to be used when dealing with cases of people defending their property.

Lord Mackenzie, a retired County Durham police chief and now a Government advisor on law and order, said: **"He should have got a commendation, not a prosecution."**

Mr Fenwick was hauled through the courts after he rounded up suspected trouble-makers and handed them to police on "mischief night" - October 30 - last year.

The 34-year-old has been on trial for three days, but yesterday he walked free after a jury cleared him of hurting the teenagers.

Following the unanimous verdict, a relieved Mr Fenwick hugged his tearful wife in the public gallery, but refused to discuss the case as he left.

A North-East Euro MP condemned the decision to bring charges for what he and Lord Mackenzie described as an act of public duty.

Conservative MEP Martin Callanan told The Northern Echo: "We should be hailing him as a hero, not prosecuting him. This is exactly the kind of case that should never be brought."

Lord Mackenzie, the former president of the Superintendents' Association, blamed the police for being too afraid to overlook such allegations, and accused them of being "agents for the anti-social elements".

"The police seem to have this attitude now of not wanting to take a risk," he said.

"We seem to have an adverse society, and they say 'we will not put our head on the block and will pass this to the CPS (Crown Prosecution Service)'.

"The CPS have the same attitude and rely on the courts - the jury - to make the decision, but they seem to forget that the poor guy has to go through hell for a year, not knowing if he is going to prison or not.

"It is an absolute disgrace.

"If the police would apply a bit of common sense, reasonable force means reasonable force, and juries invariably acquit, so they should look at cases like this and learn.

"The police should not be agents for the anti-social elements of society and should not be placed right in the middle of situations like this - where any benefit of doubt should be given to the householder.

"If the people who are complaining want to take matters further they should take out private prosecutions, but the police should not be acting as agents for them."

The Taxpayers Alliance also criticised Cleveland Police and the CPS for pursuing the case against Mr Fenwick, who had never been in trouble before. Spokesman Matthew Sinclair said: "The police have been exposed for persecuting a have-a-go hero, and have again let the public down.

"We don't know how much taxpayers' money has been spent on this ludicrous case, but previous nonsense prosecutions have cost thousands of pounds."

Mr Fenwick and a neighbour chased a gang of 30 missile-throwing youths after a paving slab was hurled through a window at his home in Coulby Newham, Middlesbrough.

The men caught some of the suspects and handed them to police, but Mr Fenwick was arrested a month later after the teenagers said he had assaulted them.

Sergeant Charlie Bell, of the Cleveland Police neighbourhood policing team, said: "Although people have the right to defend their homes and property, they must do so with reasonable force, according to the specific circumstances they find themselves in.

"In this case, police were contacted with allegations of assault and we were duty-bound to investigate these claims.

"A thorough investigation took place before we presented all the facts to the CPS and they deemed the matter should go before the court."

A statement from the CPS said: "This was an allegation of assault by a man armed with a wooden pole against youths whom he believed had damaged his home.

"We considered medical evidence and photographs of the injuries in making our decision that the case should go to court.

"There was no evidence to show the youths he caught had been involved in the incident or had committed

any offence."

Although Judge Peter Armstrong did not comment after the case, in a legal discussion during the proceedings he said: "The legality of anyone chasing or getting hold of youths in the street who may have done something is perhaps a matter for legal discussion elsewhere."

Neighbours of Mr Fenwick last night spoke out in his support and talked about life on their estate on "mischief night" - described by one police officer as the worst time of the year in Middlesbrough.

Resident Paul Eastwood, 44, said: "The guy did right as far as I am concerned. I would have done exactly the same thing."

Claire Watkins said: "The man was just trying to protect his family, and no one can blame him for that."

Middlesbrough councillor Barbara Dunne, 61, said: "All he was doing was standing up for himself and protecting his property. There is no way this should ever have come to court."

Mr Fenwick's lawyer, Robert Mochrie, said after the case: "His actions were entirely legitimate. They were borne out of his justifiable intolerance of the wanton criminality of those youths responsible for the disturbances that evening."

## USA Greenlights Three Scripts, Sci Fi One Series

http://hardware.broadcastnewsroom.com/articles/viewarticle.jsp?id=192523

. . . The new pilots, all designed to fit with USA's character-driven brand of serious drama with light overtones, join another trio the network announced at its summer press tour presentation:

*Halo* (Fox TV Studios),
*The Expert* (Universal/DreamWorks) and
***Citizen's Arrest* (Universal).**

The shows would likely shoot in early 2008.

"It is definitely a goal of ours to keep reality on all year round," Sci Fi original-programming chief

---------------

**MY COMMENTARY:** Reality TV? Maybe I should contact Universal about a show for unrepresented civil plaintiff's with cases against the U.S. Government for corruption, abuse of authority, abuse of the Federal Rules of Civil Procedure, where judges act above the law? An example would be the U.S. Marshals Service in Washington, DC sending a Deputy Sheriff out to question a Great-Gramma on the where-abouts of her adult son on the false premise that the son threatened to kill someone (complete fabricated for the purpose of harassment) just because the son is emailing and visiting the U.S. Marshals Service for help and assistance with "Citizen's Arrest" of federal judges and court clerks for extortion under color of law of exempted filing fees?

# Please Verify and Validate My Citizen's Arrest Warrant

No one is above the law. Not even the Chief Justice of the U.S. Supreme Court. I have shown documented evidence of multiple counts of Extortion under Color of Law by federal judges, the U.S. Supreme Court and their court clerks.

The Rule of Law as applied to my circumstances is clear. Citizen's Arrest is completely justified and warranted in the case at hand.

It is in the interest of justice that my Citizen's Arrest Warrant be verified and validated as a true Warrant for Arrest.

I have notified the U.S. Marshals Service that if the Court refuses to verify and validate my Citizen's Arrest Warrant that I my consider resorting to a peaceful act of *civil disobedience* by following through with the citizen's arrest warrant without the approval of the Court and that if and when I do decide such action that I will first visit the U.S. Marshals Service for proper notification in order to convert this matter to a criminal case where the Court cannot dismiss it so easily.

I am taking and mainting this stand in the interest of justice so that the next U.S. merchant seaman will not suffer the same extortion and abuse of the judicial process that I have suffered.

INCIDENTAL:

The Civil Cover Sheet clearly indicates the Nature of Suit is **"470 RICO Act."**

However, checking the Online Docket Report the Nature of Suit is wrongly indicated as **"440 Civil Rights: Other."**

Please correct the Online Docket Report and the "Hard Copy" Docket Report to correctly indicate the Nature of Suit is "470 RICO Act" so that it can lawfully correspond to my status as an unrepresented civil plaintiff acting in the capacity of a Private Attorney General.

Respectfully,

Don Hamrick