UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DON HAMRICK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-1616 (RMC) |
| ) | |
| UNITED NATIONS et al, ) | |
| ) | |
| Defendants. ) | |

## ORDER

For the reasons stated in the Memorandum Opinion filed separately and contemporaneously herewith, it is hereby

**ORDERED** that, Plaintiff's Complaint is hereby **DISMISSED** without prejudice.

**FURTHER ORDERED** that Plaintiff may file an amended complaint that complies with Fed. R. Civ. P. 8(a) no later than November 19, 2007.

**SO ORDERED**.


DATE: October 19, 2007                                /s/
                                                                    ROSEMARY M. COLLYER
                                                                    United States District Judge