# In the U.S. District Court of the District of Columbia

333 Constitution Avenue, Washington, DC 20001

## No. 1:07-cv-1616, RMC

| | | |
|---|---|---|
| Don Hamrick, pro se | ) | |
| IN THE CAPACITY OF A | ) | |
| PRIVATE ATTORNEY GENERAL | ) | |
| 5860 Wilburn Road | ) | |
| Wilburn, AR 72179 | ) | **Civil RICO Act** |
|     PLAINTIFF/APPELLANT | ) | **18 U.S.C. § 1964(a)** |
| v. | ) | |
| | ) | |
| United Nations | ) | |
| | ) | |
| United States | ) | |
|     DEFENDANT/APPELLEE | ) | |

# PLAINTIFF'S MEMORANDUM OPINION
## EXCLUDING CURRENT POLITICAL EVENTS HAVING DIRECT EVIDENTIARY VALUE TO THE CASE AT HAND FROM JUDICIAL REVIEW IS CONTRIBUTING TO THE DESTRUCTION OF THE UNITED STATES

# WAR AND TREASON
## BY THE BUSH ADMINISTRATION IS EXACERBATING THE SECESSION MOVEMENT

### *"Over Half of the 50 States Have Secession Movements"*

It is my opinion that *We the People Foundation, Inc., et al v. United States,* DC Circuit No. 05-5359 (May 8, 2007) ruling that the United States has no duty to *"redress"* grievances under the First Amendment's right *to petition the Government for redress of grievances* is contributing to the growing Secession Movement (threatening Civil War) and is a human rights violation for the Inter-American Commission on Human Rights.

The federal judiciary's hatred of unrepresented civil plaintiffs with constitutional rights and human rights cases against the United States is contributing to the secession movement! It is a matter of when this popular uprising for secession gains legislative standing among the States.

RECEIVED

OCT 2 2 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# The King James Bible
## Deuteronomy 16:18-20,

18: Judges and officers shalt thou make thee in all thy gates, which the Lord thy God giveth thee, throughout thy tribes; ***and they shall judge the people with just judgment***.

19: ***Thou shalt not wrest judgment***; thou shalt not respect persons, neither take a gift; for a gift doth blind the eyes of the wise, ***and pervert the words of the righteous***.

20: ***That which is altogether just shalt thou follow***, that thou mayest live, and inherit the land which the Lord thy God giveth thee.

## Jeremiah 5:21

21: Hear now this, O foolish people, and without understanding; which have eyes, and see not; which have ears, and hear not.


I presume there is enough case law (stare decisis) in the 220 years of American legal history for the federal courts to take the United States on any number of paths ranging from the framers goal of a limited constitutional government to militaristic dictatorial regime of the worst kind capable of committing genocide on the American people (i.e., Native American Indians).

The federal judges presiding over my cases these passed 5 years have unjustly denied legally sound arguments from me, an unrepresented civil plaintiff, to the extent of revealing in there collective analsys an deep seated political and ideological hatred of the Second Amendment as an individual right.

I have read countless law review articles. I have steadied the U.S. Constitution. I have studied current events in politics, legislative and executive actions of the U.S. Government comparing them to the U.S. Constitution. There, I presume that I have more than adequate capabilities of cognitive, comprehensive, and expressive skills to write and file properly structured and logically sound legal arguments in court documents. Therefore, I cannot find any fault on my part for the federal courts to deny nearly all of my court filings and pleadings. The implication of judicial bias is therefore undeniable.

I have essentially given up the stare decisis method of litigation because I now find it necessary to engage in advisories of current events as consequences to the lawlessness of the federal judicial system and the executive branch, i.e., the present Bush Administration where there is enough evidence to allege impeachable offenses such as treason: (1) Failure to protect the United States from invasion, i.e., illegal aliens and terrorist crossing the Mexican border; armed Mexican military units crossing the U.S. border to protect Mexican Cartel drug smugglers and illegal aliens  (2) Aiding and abetting the overthrow of our Republican Form of Government without a Constitutional Convention, i.e., the North American Union agenda; and among other examples.

2

I therefore append news articles and my emails to the U.S. Government as continuing evidence supporting my Second Amendment claims.

See also:

John E. Wolfgram, *How the Judiciary Stole the Right to Petition*, 31 U. WEST L.A. L. REV. [page] (Summer 2000)
http://www.constitution.org/abus/wolfgram/ptnright.htm

Jon Roland, *How stare decisis Subverts the Law*, June 10, 2000
http://www.constitution.org/col/0610staredrift.htm

Respectfully,

Don Hamrick

## CERTIFICATION

Service not done because I cannot afford it. The Court Clerk must provide copy to the U.S. Attorney's Office for DC.

Respectfully,

Don Hamrick

3

# History repeats itself. Hitler invaded Europe, Hispanic & Muslim nations invade the U.S.

Mark Lowry
AmericanChronicle.com
October 17, 2007
http://www.americanchronicle.com/articles/viewArticle.asp?articleID=40536

History repeats itself. Hitler invaded Poland and all of Europe. Hispanic & Muslim nations now invade the U.S.; world conquest is the Objective.

Hitler convinced the German People their neighbors were the cause of their economic problems. He convinced them the only way to recover was to recognize their inherent right to invade and take back land they had stolen from them. Germans were declared the supreme race and all others were inferiors who did not deserve to live. It was their heritage as proud Aryan people, it was their duty to take over the world and repopulate it with the master race.

Former Mexican President Vicente Fox, and current President Calderón both insist where a Mexican stands, is also Mexico. They insist they have a right to cross international borders to resolve economic crises they blame on their neighbor. They demand a union between all nations in the America's for Mutual Prosperity and Security to honor the racial heritage of the latinos.

Mexican Consulate offices and affiliated political action groups like La Raza, La Voz de Aztlan, Mecha, http://www.ccir.net/mecha.html "MEChA receives tax funds. Per UCLA's JACQELINE CARRASCO, "Most chapters get their budget from the (tax funded) schools and sometimes from the associated students. Funds range from $100 to $8000 for larger schools such as Cal State Northridge."

"Anti-American literature is published on multiple campuses featuring MEChA material. Some include El Popo, Aztlan News, Chispas, Gente de Aztlan (UCLA heros are Che Guevera, Augusto Cesar Sandino, Simon Bolivar and Salvadoran Stalinist, Farabundo Marti). Others are VOZ FRONTERIZA (U.C. San Diego), LA VOZ MESTIZA (U.C. Irvine) and LA VOZ BERKELEY referring to the U.S., as AMERIKKKA, celebrating the death of a Border Patrol agent and identifying conservative U.S. representatives as "Nazi Pigs." and other Hispanics Speak out CCIR quotes : http://www.americanpatrol.com/CCIR/MolinaObledoCCIR.html:

Augustin Cebada, Brown Berets: "Go back to Boston! Go back to Plymouth Rock. Pilgrims! Get out! We are the future. You are old and tired. Go on. We have beaten you. Leave like beaten rats. You old white people. It is your duty to die. Through love of having children, we are going to take over."

Richard Alatorre, Los Angeles City Council. "They're afraid we're going to take over the governmental institutions and other institutions. They're right. We will take them over . . . We are here to stay."

Excelsior, the national newspaper of Mexico : "The American Southwest seems to be slowly returning to the jurisdiction of Mexico without firing a single shot."

Professor Jose Angel Gutierrez, University of Texas "We have an aging white America . They are not making babies. They are dying. The explosion is in our population. I love it. They are sh---

ing in their pants with fear. I love it."

Art Torres, Chairman of the California Democratic Party, "Remember 187--proposition to deny taxpayer funds for services to non-citizens- -it was the last gasp of white America in California " Gloria Molina,Los Angeles County Supervisor, "We are politicizing every single one of these new citizens that are becoming citizens of this country. I gotta tell you that a lot of people are saying, "I'm going to go out there and vote because I want to pay them back."

"California is going to be a Hispanic state. Anyone who doesn't like it should leave." Mario Obledo, California Coalition of Hispanic Organizations and California State Secretary of Health, Education and Welfare under Governor Jerry Brown, also awarded the Presidential Medal of Freedom by President Bill Clinton

Jose Pescador Osuna, Mexican Consul General "We are practicing 'La Reconquista' in California"

Professor Fernando Guerra, Loyola Marymount University "We need to avoid a white backlash by using codes understood by Latinos"

Did you know: Immigrants from Mexico and other non-European countries can come to this country and get preferences in jobs, education, and government contracts? Corporate America has signed on to the idea that minorities and third world immigrants should get special, privileged status. Some examples are Exxon, Texaco, Merrill Lynch, Boeing, Paine Weber, Starbucks and many more.

DID YOU KNOW: Mexico regularly intercedes on the side of the defense in criminal cases involving Mexican nationals? Did you know that Mexico has NEVER extradited a Mexican national accused of murder in the U.S. in spite of agreements to do so? According to the L.A. Times, Orange County , California is home to 275+ gangs with 17,000 members; 98% of which are Mexican and Asian.

More can be found out about the student arm of La Raza, Mecha, at the following site.

http://www.ccir.net/mecha.html

THE FOLLOWING IS A BRIEF OVERVIEW OF MEChA ACTIONS, STATEMENTS BY THEIR LEADERS AND THE EFFECT OF THEIR PRESENCE ON MANY OF OUR CAMPUSES:

- In 1970, the University of Texas at El Paso MEChA: "We do not seek assimilation; we seek self-preservation of our culture and language."

- San Diego City College MEChA declared the 5 U.S. southwestern states were no longer part of the U.S., lowered the American flag & raised the Aztlan flag in its place.

- In 1971, U.C. Santa Barbara MEChA was asked to work with campus police to avoid violence. Their reply: "...we view the campus police as an integral part of this whole repressive system...we cannot accept this 'kiss of death'...que viva la revolucion (long live the revolution)!"

- In May 1993, MEChA at UCLA spearheaded the riot that caused $500,000

damage to that campus when they occupied buildings & demanded full department status for Chicano studies.

● MIGUEL PEREZ, Cal State Northridge MEChA: "The ultimate ideology is the liberation of Aztlan". When asked his preference of government, said, "Communism would be closest. Non-Chicanos would have to be expelled ...opposition groups would be quashed because you have to keep the power."

● PROF. RUDY ACUNA, MEChA advisor, Cal State Northridge, self-described Socialist:

> "Chicanos have to get a lot more militant about defending our rights" and promoted violence by his 1993 national telecom to Hispanic students to "TAKE BACK YOUR HISTORY".

● MEChA STUDENT, 3/97 Rally, L.A. City Hall:"When the people in this building don't listen to the demands of our community, it's time to burn it down!"

● MEChA STATEWIDE CONFERENCE, 11/96: 1000 students parents were addressed with focus on the fury about PROP 187 & PROP 209. Two Anglo members of the press were forcibly removed as they fear infiltration.

MEChA NATIONAL CONFERENCE, MICHIGAN STATE UNIVERSITY, 4/97:

● Featured huge drawing of EMILIANO ZAPATA holding rifle on knees as face page of their program

● "CH" was replaced by "X", i.e., Chicano now "XICANO", MEChA now "MEXA", etc.

● Program statements included:

> "National revolution is the theme for this year's MEXA conference"

> "Throughout Latin America, the university provides the embryo of resistance...the PLO found birth in the university...Cuban revolutionaries as well"

> "We of the university are becoming a privileged few - we become part of the machinery that enslaves our nation. We must reject this and become a nation within a nation with a national plan of action as new soldiers in our struggle for national independence, and an emerging XICANO nation."

> "This is revolution at its basic level, moving the people toward more confrontational politics."

> "Only we can move our families and our communities toward becoming a united people again in building an XICANO nation. We are NOT American or Mexican...we are XICANO, and we must

find own way to form a new visible, viable Indian nation within a nation."

"We should do everything we can to promote the Spanish language as a means of solidarity among XICANOS."

- MEChA LITERATURE, U.C. IRVINE: Referencing AZTLAN (U.S. Southwest) -

*"This land is ours and always will be."*

---

Also see: http://www.ccir.net/mecha990218actionalert.html The Case Against Mecha.

Also see: illegal immigration- multiculturalism is a scam part 1

The socialist\communist connection to this pro open borders crowd is strong. They are calling for mass marches, and boycotts on may first. http://www.workers.org/2007/us/may-day-0329/

http://www.socialistappeal.org/content/view/349/59/;
http://www.socialistproject.ca/bullet/bullet017.html ; http://thevoice.name/?p=78;

http://answer.pephost.org/site/PageServer?; http://www.freerepublic.com/focus/f-blo...

Also see video at this site with UCLA Professor promoting revolution: MEXICAN UCLA TEACHER PLANNING REVOLT INSIDE USA
http://www.youtube.com/watch?v=_5ZMLUgvpFw "Our enemy is capitalism and imperialism. Our battle is now represented by the race on the northern front right here right now.

**La Raza is the head of the world wide revolution.**

How much more documentation does it take to define intent of the invaders who have come into the United States illegally?

Fox admits, the amero is coming, he admits the invasion is by design to help the sagging Mexican economy and promote open borders, he admits he is backing invasion because his people need jobs and jobs are in the United States, he admits he wants to destroy American Sovereignty and replace it with a new Union of states including all of north and south America, he admits he is stealing American jobs and wealth, and some United States citizens think unbridled illegal alien invasion is purely an economic driven invasion.

Fox is similar to Hitler who told his citizens it was their national right to invade other nations and then promoted that invasion with all of the government support he could give them.

Bush is like Henri Philippe Benoni Omer Joseph Pétain ( 24 April 1856-23 July 1951), generally known as Philippe Pétain. http://en.wikipedia.org/wiki/Philippe_P%C3%A9tain He is the man who helped Hitler invade France, like Bush and the Democratic Party is helping Mexico and other nations invade the United States. Millions of people died then and are dying now.

"His actions during World War II resulted in a conviction and death sentence for treason, which was commuted to life imprisonment by Charles de Gaulle. In modern France, he is generally

considered a traitor, and pétainisme is a derogatory term for certain reactionary policies. Due to his treason, he is now referred by historians as Philippe Pétain" he led the government in Vichey France that collaborated with German invaders; he is the treasonous self centered politician that helped Hitler get into France. He helped kill French Patriots who fought in the underground. He helped kill innocent French Citizens.

Bush, congress and elected officials all over the country provide benefits to the invaders and aid and abet the invasion. They provide sanctuary and refuse to comply with the United States Constitution and rule of law.

The cure for that was to hang traitors, foreign invaders and any other treasonous politicians and the same is true today. We need to prosecute traitors and subversive invaders and do it now while we still have the remnants of a nation. History proves that is the only way to handle the problem of unwarranted invasion and attack on an innocent nation's sovereignty.

People who betray the United States must be prosecuted by congress if the administration won't do it. Penalty for international acts of war is immediate defense of our sovereignty by any means necessary, penalty for treason in time of war is death. Our rule of law must be honored and our constitution upheld as the law of the land. That rule of law demands these acts be prosecuted to the fullest extent of the law. It demands violators be hanged.

American citizens and Patriots seem confused over what is going on because of the mass media and government propaganda that defines these acts of war and treason as normal results of economic demands for labor. How long will it take and what needs to happen before you start screaming for justice, compliance with rule of law and declaration of war against invading nations? How many more Americans have to die at the hands of invaders before you scream no more?

Join American Patriots calling invasion what it is. Do not repeat mistakes of history that permitted Hitler and other tyrants to expand their control over adjoining nations. Call this intolerable violation of nation state rights what it is. It is war, it is invasion, it is treason, it is the end of our national sovereignty unless you understand dire consequences of failure to recognize what is going on and forcefully let everyone else know and take immediate action by demanding our elected officials take action. Help other patriots fighting to save our Republic.

The United States must demand compliance with international law and insist foreign nations do not interfere in internal affairs. We must end open ended trade agreements and wholesale give away programs transferring ownership of critical American infrastructure to foreign nations and international corporate giants that intend to destroy the United States. They must learn they can not invade another nation and not be subjected to full force and military might of that nation.

We must get to a point where we recognize we are at war for our very survival and our biggest enemies are people who call themselves our elected representatives.

# Congress demands TB case investigation

By Sara A. Carter and Audrey Hudson
Washington Times, Nation/Politics
October 18, 2007
http://washingtontimes.com/apps/pbcs.dll/article?AID=/20071018/NATION/110180108/1002

Lawmakers on Capitol Hill today criticized Homeland Security officials for allowing a Mexican national infected with a highly contagious form of tuberculosis to cross U.S. borders 76 times and take multiple flights on U.S. airlines.

Republican Sens. Susan Collins of Maine — ranking member of the Senate Homeland Security and Governmental Affairs Committee — and John Cornyn of Texas are demanding an investigation of the agency and Centers for Disease Control and Prevention (CDC).

"This troubling incident appears to be another outrageous failure of a border security system that is struggling to keep pace with modern threats," Miss Collins said. "It is disturbing that DHS does not have better systems in place for collecting, disseminating, and acting on such information. Following the incident with Mr. Speaker, DHS and the Centers for Disease Control instituted a formal memorandum of understanding to govern information sharing.

"Either that new procedure was not yet in place at the time of this incident or those changes were inadequate. DHS and the CDC must investigate and take corrective action to ensure that the technology, procedures, and training are in place to prevent incidents like these in the future," Miss Collins said.

Mr. Cornyn added: "DHS must immediately respond to any potential public safety and health threat posed by individuals and effectively communicate those threats to all staff."

"I urge the department to fully investigate this matter and provide me a briefing as soon as possible," Mr. Cornyn said.

Rep. Peter T. King, New York Republican and ranking member of the House Homeland Security Committee, said, "These allegations clearly demand an explanation. [DHS] is responsible for protecting our nation from a number of different threats, and any potential security breach must be addressed immediately."

The Customs and Border Protection (CBP) agency was warned by health officials on April 16 that the frequent traveler was infected, but it took Homeland Security officials more than six weeks to issue a May 31 alert to warn its own border inspectors, according to Homeland Security sources who spoke on the condition of anonymity for fear of retribution. Homeland Security took another week to tell its own Transportation Security Agency.

Multi-drug-resistant tuberculosis (MDR-TB) is a highly contagious illness and resistant to the two most commonly used drugs to treat TB. It's the same dangerous strain of tuberculosis that concerned health officials when Andrew Speaker, a 31-year-old Atlanta lawyer, slipped into the U.S. from Europe via a flight to Canada

# From afar, America Resembles a 2nd-rate Power

*Hints of our diminished state can be seen in our paranoia,*
*our swooning U.S. dollar and our untidy airports.*

By Alan M. Webber
USA Today, Opinion, October 18, 2007
http://blogs.usatoday.com/oped/2007/10/from-afar-ameri.html

*Alan M. Webber is founding editor of the business magazine Fast Company and a member of USA TODAY's board of contributors.*

A not-so-funny thing happened last month while I was on a business trip to Austria and Sweden: My country started to resemble a second-rate power. I saw it in three different places — at an international conference at the Benedictine Abbey at Melk in Austria, at a quiet public square in Stockholm and at the Los Angeles International Airport, when I got home.



(Illustration by Web Bryant, USA TODAY)

At the Austria gathering, the Waldzell Institute held its annual meeting aimed at the spiritual development of society. The theme on the stage with the Dalai Lama was legacy, but the conversation among participants during breaks turned to America. The questions came not as accusations, but as laments: "What's the matter with your country?"

The Europeans who come to this conference are worldly people who track what's happening globally with an impartial eye. To them, China's growth and dynamism is the most compelling story of the 21st century. "Dynamism" was the sort of word people once used when talking about the United States. Now, they watch us like rubberneckers driving past a car wreck. "You used to be such a great country," they say. "Not even a country. What happened to the great idea that once defined America?"

## Falling short, and falling apart

It's more than a fair question, and one that you can appreciate only when you are outside the bubble that passes for media and public discourse in the USA today. Because when you're outside the bubble, only then do you realize how far the United States has drifted from its promise, how large the gap is between what we profess and what we do. What is important is how far short we are falling and, in some important ways, falling apart. From afar, you see how closed our once-open society has become; how diminished our economic superiority has become; and how worn our once impeccable image has become.

We're becoming 'home blind'

The Danish have a saying that translates into "home blind," which is a malady that appears to be striking Americans.

## Paranoia.

To read newspapers, to listen to the radio or tune into TV, to scan the Web from afar, is to accept, almost unquestioningly, the overarching theme of the American Conversation: What do

we do to make America safe? The sense that emanates from our country, almost like a bad smell, is a feeling of urgent defensiveness: They're all out to get us! Yet, this America-under-siege mentality seems unreal. Yes, there are bad people in the world who would seek to do harm to us, but there are still many more people who regard America as an ideal more than as the great Satan.

Yet we have come to see everyone as a threat. Try to come to the USA and you'll feel it, the people at the Waldzell meeting said. Just try to make it through the security screening. Yes, they say, you might thwart your enemy from attacking you, but you'll also prevent friends from supporting you.

**Face value.**

The second time I saw the new-and-unimproved America, I was sitting down for a snack in a quiet, tree-lined square in Stockholm. There were four of us and we ordered a beer, three bottles of sparkling water and four salads. It was a lovely meal — until the check came. Thanks to America's fiscal policy, the Bush administration's deficit financing of the Iraq war and the popping of the housing bubble, the dollar is now a second-rate currency. The cost of our snack, denominated in new, nearly worthless dollars: more than $100.

The U.S. dollar is now on a par with the Canadian dollar. And the euro is towering over the U.S. greenback in a way few imagined possible, and in a way that raises serious questions. America is already damaged goods by virtue of the Iraq war. What additional damage does the United States suffer when its currency becomes worth less and less? Is there a point where diminished prestige actually becomes diminished economic leadership? And just where is that point? As close as another interest rate cut?

**Subpar facilities.**

And then there is the inevitable moment of re-entry into the USA, to familiar scenes and well-known realities. Like the process of clearing customs, dealing with security, claiming luggage. In this case, it happened to be LAX, but it could just as well have been JFK Airport or Chicago O'Hare or any other large U.S. port of entry.

It's worth describing the typical European airport, whether in Frankfurt, Vienna or Stockholm: Think of a handsome shopping mall where airplanes take off and land. The security screening process is decentralized, oftentimes with scanning taking place at the gate rather than the main terminal, which means there are rarely long lines. The facilities are clean. The people working at the gates are courteous. Sure, not every foreign airport sparkles, but compare that with the welcome that the United States extends: The facilities are poorly maintained, the screening process is an unpleasant grind and workers are often brusque. On top of that, our flights are rarely on time.

In America, it's business as usual. We've simply learned to accept this way of life, rather than confronting the reality of our decline. Maybe that's what happens to once-rich, once-powerful superpowers as they gradually decline: They lose track of their own standards. Perhaps, seen from the outside, the USA is easier to see as it is. Perhaps we are wasting this moment in time, and risking squandering the future, by giving in to our paranoia, by accepting our devalued dollar, and by looking past our eroding public facilities and deteriorating infrastructure.

We are asking the wrong questions about our country's role in the world, and so we are getting the wrong answers about how to create the future we want. And in the bargain, we are settling for a devalued national currency, in every sense of the word.

# Mexican troops aiding smugglers, says report

## *Border drug war backfiring*

By Mason Stockstill, Staff Writer
DailyBulletin.com / BEYOND BORDERS
LA-Inland Valley Daily Bulletin
21221 Oxnard Street
P.O. Box 4200
Woodland Hills, CA 91367
http://www.dailybulletin.com/ci_3408634?source=most_emailed

A report outlining hundreds of incursions into the United States by Mexican armed forces over the past 10 years supports what many officials have known for a long time: The corruption once thought endemic only to Mexico's police forces has spread to its military.

The Daily Bulletin reported Sunday on a Department of Homeland Security document that outlines 216 incidents since 1996 where Mexican military personnel crossed the U.S.-Mexican border and were spotted or confronted by the Border Patrol.

Additionally, a map bearing the seal of the president's Office of National Drug Control Policy, dated 2001, shows the locations of 34 of those incursions spread across the southwest United States.

The documents are a striking reminder that steps intended to bolster official action in the drug war can backfire in unexpected ways.

During the past decade, Mexico's military has become involved with anti-drug efforts to a greater degree than ever before, a trend furthered by President Vicente Fox in 2001, when he disbanded the nation's federal judicial police, saying it was too corrupt to successfully fight drug trafficking.

However, while the Mexican armed forces once had a better reputation for avoiding corruption than the nation's police departments, the huge amount of available bribes means many soldiers and high-ranking army officials are now on the payroll of the cartels, according to a report from the Washington Office on Latin America, a nonprofit policy and research organization.

Dozens of officers, including several generals, have been tried for crimes related to drug trafficking in the past 10 years. In 1997, Gen. Jesus Gutierrez Rebollo was accused of using military resources to target one drug cartel at the behest of another. He was later sentenced to 71 years in prison.

Ironically, involving the military in Mexico's drug war has done little to slow the production of illicit drugs or their movement into the United States. The Drug Enforcement Administration's seizures of heroin, cocaine and marijuana have remained relatively steady during the past five years.

"Available data indicate that Mexico's supply of marijuana and heroin to the United States has not changed substantially; transport of cocaine through Mexico to U.S. cities also appears to have remained relatively stable," the nonprofit's report found. "Furthermore, Mexican cartels are responsible for a growing trade in methamphetamines."

Deserters from Mexico's military are known to work for drug cartels, including a paramilitary unit called Los Zetas -- a U.S.-trained anti-narcotics force connected to violence as far north of the border as Dallas.

Officials at the Department of Homeland Security did not return calls for comment Monday.

Mexican officials contacted by the Daily Bulletin denied that the military has crossed the U.S. border at all in the past 10 years, except on occasions when units got lost in the desert.

Rafael Laveaga, a spokesman for the Mexican consulate in Washington, D.C., said the incursions recorded by the Border Patrol could have resulted from drug smugglers using bogus uniforms to disguise themselves.

But T.J. Bonner, president of the National Border Patrol Council, discounted that idea.

"On many instances, (officers) can confirm that these are Mexican military units," Bonner said. "There's corruption there. The drug lords have been able to buy the military and police, and it makes it difficult for us to cooperate."

Rep. Tom Tancredo, R-Colo., said he was shown a report by the Border Patrol in 2001 that detailed incursions by military units. His complaints to the State Department and Mexican ambassador were brushed off, he said.

"The military is as dirty as any other part" of the government, Tancredo said. "They're part of the cartels, or many are. It's all got to do with money and drugs -- and it's bad."

Mason Stockstill can be reached by phone at (909) 483-9354.

EMAIL

DATE: Oct 11, 2007 1:54 PM

FROM: Don Hamrick<4donhamrick@gmail.com>

| TO: | AskDOJ@usdoj.gov, | U.S. Department of Justice |
|---|---|---|
| | inspector.general@usdoj.gov, | U.S. Department of Justice |
| | Daisy.D.Correa@usdoj.gov, | U.S. Department of Justice |
| | Scott.A.Myers@usdoj.gov, | U.S. Department of Justice |
| | dc.outreach@usdoj.gov, | U.S. Attorney's Office, Washington, DC |
| | jane.duke@usdoj.gov, | U.S. Attorney's Office, Little Rock, AR |
| | Kim.Squires@usdoj.gov, | U.S. Attorney's Office, Little Rock, AR |
| | richard.pence@usdoj.gov, | U.S. Attorney's Office, Little Rock, AR |
| | william.jessup@usdoj.gov, | U.S. Marshals Service, Washington, DC |
| | robert.robeson@usdoj.gov, | U.S. Marshals Service, Washington, DC |
| | us.marshals@usdoj.gov, | U.S. Marshals Service, Washington, DC |
| | dave.loyer@usdoj.gov, | U.S. Marshals Service, Little Rock, AR |
| | little.rock@ic.fbi.gov, | FBI Field Office, Little Rock, AR |
| | stlouis@ic.fbi.gov, | FBI Field Office, St. Louis, MO |
| | washington.field@ic.fbi.gov | FBI Field Office, Washington, DC |

# The U.S. Marshals Service as the Anti-Hero?

**FROM: Don Hamrick, *U.S. Citizen, Unrepresented Civil Plaintiff acting in the capacity of a Private Attorney General under the civil RICO Act***

**TO: William Jessup, U.S. Marshals Service, Washington, DC**

## US MARSHALS SERVICE AIDING AND ABETTING IN THE OVERTHROW OF THE U.S. GOVERNMENT?

### NEW REALITY TV SHOW IN 2008: "CITIZEN'S ARREST"

http://hardware.broadcastnewsroom.com/articles/viewarticle.jsp?id=192523

. . . The new pilots, all designed to fit with USA's character-driven brand of serious drama with light overtones, join another trio the network announced at its summer press tour presentation:

> *Halo* (Fox TV Studios),
> *The Expert* (Universal/DreamWorks) and
> ***Citizen's Arrest* (Universal)**.

The shows would likely shoot in early 2008.

USA Network's upcoming slate includes:

HALO

> A less than heavenly average Joe wakes up one morning with a halo over his head. While trying to get rid of it, he reluctantly starts finding himself doing good deeds. In negotiation with George Wing ("50 First Dates" starring Drew Barrymore and Adam

14

Sandler) as a writer/executive producer. Executive producer is Bob Cooper for Landscape Entertainment. Produced by Fox TV Studios.

THE EXPERT

A reclusive librarian with a unique condition called synesthesia works with the police squad to aid in their investigations. Synesthesia allows her to mix her various senses - she smells sounds, hears colors and feels words enabling her to explore unconventional ways to pursue criminals. Chris Murphey ("Dead Lawyers") is the writer/executive producer. From Universal Media Studios and Dreamworks.

# CITIZEN'S ARREST

A young boy, who is convinced he is a cop, is institutionalized for delusional behavior. When he is finally released as an adult, he goes "undercover" to clear the name of his surrogate "Uncle Jimmy," who was marked as a dirty cop. Together with his agoraphobic ( *agoraphobia: abnormal fear of being helpless in an embarrassing or unescapable situation that is characterized especially by the avoidance of open or public places*) roommate, he begins to solve cases on his own. He is the best cop the NYPD never had. Writer/executive producers are Jason Ward and David Garrett ("Deuce Bigalow: European Gigolo," "Corky Romano"). Executive producers are Ron West and Kelly Kulchak. From Universal Media Studios.

THE HERO (defined):

A **Hero** (Greek ἥρως), in Greek mythology and folklore, was originally a demi-god , the offspring of a mortal and a deity.[1] Later, hero (male) and **heroine** (female) came to refer to characters that, in the face of danger and adversity or from a position of weakness, display courage and the will for self-sacrifice, that is, **heroism**, for some greater good, originally of martial courage or excellence but extended to more general moral excellence. http://en.wikipedia.org/wiki/Hero

THE ANTI-HERO (defined):

In fiction, an **anti-hero** is a protagonist who is lacking the traditional heroic attributes and qualities, and instead possesses character traits that are antithetical to heroism. Typically, the anti-hero acts heroically, in scale and daring, but by methods, manners, and intentions both fair and foul, even underhanded and deceitful. http://en.wikipedia.org/wiki/Anti-hero

**DISCLAIMER:** *I do not perceive nor am I delusional to believe that I am a hero or super hero for the purposes of psychology and psychiatry. I have merely taken an academic stroll for an intellectual discussion of heros and anti-heros for a comparative analysis of how our system of justice is breaking down. Does an ongoing 5-year lawsuit against the U.S. Government and now against the United Nations by an unrepresented civil plaintiff over the Second Amendment involving local, state, and federal laws and regulations, and international human rights laws and maritime laws make me a hero? I don't know. It would admittedly make me susceptible to a psyc eval for alleged delusional behavior if I proclaimed myself to be a hero. So, I refuse to say I am a hero or have hero characaeristics. That is for other people to say. But I am in the position to say that Jessica Lenahan (see below) is a heroine for her achievement with the Inter-American Commission on Human Rights in her personal fight against domestic violence.*

These "New Reality TV" shows are evidentiary subject matter that suggests where society is lacking something needed for normalcy TV steps in to provide that missing element in society. I have been developing a theory that one major problem in our American society today is the moral character trait (or code of honor) of placing the needs and safety of others above your own is critically missing to the extent that we are on the deathbed throws of losing our country as we know it. This has been lightheartedly highlighted in recent years in TV commercials by the Mormons, and by an insurance company. Now this moral code of honor will be presented in the three new pilot TV shows above.

THE REAL ANTI-HEROS?:

**Ex-Mexican prez: 'Amero' on the way**
Vicente Fox confirms long-term deal worked out with President Bush
http://wnd.com/news/article.asp?ARTICLE_ID=58052

# MY COMMENTARY ON
# THE U.S. MARSHALS SERVICE
# AS THE ANTI-HERO:

On Wednesday, October 3, 2007, the same day I filed my *Emergency Petition for Exparte Order Veryifying and Validating Plaintiff's Citizen Arrest Warrants and Petition for Ex Parte Order to Federal Law Enforcement Agencies to Assist the Plaintiff with the Citizen's Arrest Warrant* , I visited the U.S. Marshals Service to advise them of my filing and to discuss the U.S. Marshals Service's duty to assist with the Citizen's Arrest Warrant.

Deputy Marshal "Hard Nose," apparently blaying the role "bad cop" with an nuance of belligernt bullyism for the intimidation effect was unimpressive against my "evidence" of *Felony Extortion Under Color of Law*, 18 U.S.C. § 872 of exempted filing fees from a U.S. seaman, 28 U.S.C. § 1916.

William Jessup happened by the confabulation of U.S. Marshals in the hallway and intervened, stopping the bullish chest thumping of Deputy Marshal "Hard Nose" to talk with me privately outside the U.S. District Court (1st Floor)/DC Circuit (5th Floor) building about my efforts to make citizen's arrests.

William Jessup tried to minimize the standing of my case by comparing my situation with the thousands of other unrepresented civil plaintiffs getting the same dismissals of cases as I have. I guess William Jessup tried to persuade me to give up my case as it may be his view of justice. I don't know. I am not a mind reader. I can only go by what is said and done everwhere and collect the evidence accordingly.

Therefore, I place the U.S. Marshals Service on notice that they are aiding and abetting the destruction of the United States by protecting federal judges and court employees who commit "white collar crimes," as in my situation, Extortion Under Color of Law, 18 U.S.C. § 872. William Jessup could very easily resolve this matter with back-channel communications showing these judges the errors of they arrogance, belligernce, and/or ignorance of the law (28 U.S.C. § 1916) and persuade them to return the extorted filing fees and the citizen's arrest warrant will become void. (As far as I am concerned. I need the money now!)

William Jessup of the U.S. Marshals Service is facing a crossroad in his career. Is he fulfilling his Oath of Office to support and define the Constitution of the United States by protecting federal judges from citizen's arrest for Extortion Under Color of Law allegations backed up by Court

16

Orders standing in literal violation of the law? (18 U.S.C. § 872 versus 28 U.S.C. § 1916.) Or would he be more accurately fulfilling his Oath of Office by assisting me with the citizen's arrest even though he would become part of history to be a part of the first Chief Justice of the U.S. Supreme Court to be placed under citizen's arrest for extortion! Such a scandal that would make!

But, the evidence I present below places me (the hero?) in the right and the U.S. Marshals Service (the anti-hero?) in the wrong!

***What will you do, William Jessup?***

THE EVIDENCE:

When a U.S. citizen cannot get the satisfaction of justice from even the U.S. Supreme Court the next step is the Inter-American Commission on Human Rights. They oversee the Inter-American Court of Human Rights in Costa Rica. Jessica Lenahan filed her complaint in 2005. I filed my complaint in 2006 (Petition No. P-1142-06). So, my case may become the next case. Imagine a "domestic violence" case being followed by a "Second Amendment" case. Wouldn't this make my Second Amendment case the perfect case for the NRA? CEDAW: Women's right to keep and bear arms in defense of children from abusive and murdering husbands and ex-husbands is just as important as Seamen's right to keep and bear arms in defense of themselves and the crew aboard ships at sea facing the risk of pirate attacks and bordings where the intent is to kill the crew and commandeer the ship (another ghost ship). All things being equal my case is a slam dunk!

## Statement of Jessica Lenahan for Inter-American Commission on Human Rights
### (total 15 min, reading), March 2, 2007
http://www.law.columbia.edu/null/Jessica+Statement+-+IACHR+hrg?exclusive=filemgr.download&file_id=1391&showthumb=0

Hello, my name is Jessica Lenahan. My former married name was Jessica Gonzales. I am grateful to the Inter-American Commission on Human Rights for allowing me this opportunity to tell my story. It is a courtesy I was not granted by the judicial system of my home country, the United States. I brought this petition because I want to prevent the kind of tragedy my little girls and my entire family suffered from happening to other families.

Let me start from the beginning. I am a Latina and Native American woman from Pueblo, Colorado. I met my previous husband, Simon Gonzales, while still in high school. I married Simon in 1990 and we moved to Castle Rock, Colorado in 1998. We lived together with our three children – Rebecca, Katheryn, and Leslie – and my son Jessie, from a previous relationship.

Throughout our relationship, Simon was erratic and abusive toward me and our children. By 1994, he was distancing himself from us and becoming more and more controlling, unpredictable, and violent. He would break the children's toys and other belongings, harshly discipline the children, threaten to kidnap them, drive recklessly, exhibit suicidal behavior, and verbally, physically, and sexually abuse me. He was heavily involved with drugs.

Simon's frightening and destructive behavior got worse and worse as the years went by.

One time I walked into the garage, and he was hanging there with a noose around his neck, with the children watching. I had to hold the rope away from his neck while my daughter Leslie called the police.

Simon and I separated in 1999 when my daughters were 9, 8, and 6. But he continued scaring us. He would stalk me inside and outside my house, at my job, and on the phone at all hours of the day and night.

On May 21, 1999, a Colorado court granted me a temporary restraining order that required Simon to stay at least 100 yards away from me, my home, and the children. The judge told me to keep the order with me at all times, and that the order and Colorado law required the police to arrest Simon if he violated the order. Having this court order relieved some of my anxiety.

But Simon continued to terrorize me and the children even after I got the restraining order. He broke into my house, stole my jewelry, changed the locks on my doors, and loosened my house's water valves, flooding the entire street. I called the Castle Rock Police Department to report these and other violations of the restraining order. The police ignored most of my calls. And when they did respond, they were dismissive of me, and even scolded me for calling them. This concerned me and made me wonder how the police might respond if I had an emergency in the future.

Simon had at least seven run-ins with the police between March and June of 1999. He was ticketed for "road rage" while the girls were in the truck and for trespassing in a private section of the Castle Rock police station and then trying to flee after officers served him with the restraining order.

On June 4, Simon and I appeared in court, and the judge made the restraining order permanent. The new order granted me full custody of Rebecca, Katheryn, and Leslie, and said that Simon could only be with our daughters on alternate weekends and one prearranged dinner visit during the week.

Less than 3 weeks later, Simon violated the restraining order by kidnapping my three daughters from our yard on a day that he wasn't supposed to see the girls. When I discovered they were missing, I immediately called the police, told them that the girls were missing and that I thought Simon had abducted them in violation of a restraining order, and asked them to find my daughters. The dispatcher told me she would send an officer to my house, but no one came.

I waited almost two hours for the police, and then called the station again. Finally two officers came to my house. I showed them the restraining order and explained that it was not Simon's night to see the girls, but that I suspected he had taken them. The officers said, "Well he's their father, it's okay for them to be with him." And I said, "No, it's not okay. There was no prearranged visit for him to have the children tonight." The officers said there was nothing they could do, and told me to call back at 10pm if the children were still not home. I was flustered and scared. Unsure of what else I could say or do to make the officers take me seriously, I agreed to do what they suggested.

Soon afterwards, Simon's girlfriend called me and told me that Simon called her and was threatening to drive off a cliff. She asked me if he had a gun and whether or not he would hurt the children. I began to panic.

I finally reached Simon on his cell phone around 8:30 pm. He told me he was with the girls at an amusement park in Denver, 40 minutes from Castle Rock. I immediately communicated this

information to the police. I was shocked when they responded that there was nothing they could do, because Denver was outside of their jurisdiction. I called back and begged them to put out a missing child alert or contact the Denver police, but they refused. The officer told me I needed to take this matter to divorce court, and told me to call back if the children were not home in a few hours. The officer said to me, "At least you know the children are with their father." I felt totally confused and humiliated.

I called the police again and again that night. When I called at 10pm, the dispatcher said to me that I was being "a little ridiculous making us freak out and thinking the kids are gone." Even at that late hour, the police were still scolding me and not acknowledging that three children were missing, not recognizing my repeated descriptions of the girls and the truck.

By midnight, I decided to take things into my own hands. I went to Simon's apartment. He wasn't there, so I called the police again. I could hardly believe it when, *seven hours after my first call to the police*, the dispatcher asked me how many girls were missing and what their ages were. The dispatcher promised to send out an officer, but no one ever arrived. Fighting panic and frustration, I drove to the police station and told yet another officer about the restraining order and that the girls had been gone for seven hours. After I left, that Officer went to a two-hour dinner and never contacted me again.

I asked the police for help nine separate times that night – two times in person and seven times on the phone. The police continued to ignore my cries for help.

At 3:25 a.m., Simon's girlfriend called me to tell me that she had been on the phone with Simon when she heard shooting, and that she believed he and the girls were dead. I couldn't believe what she was telling me. I later learned that Simon had driven up to the Castle Rock Police station at 3:20 a.m. and opened fire with a semi-automatic handgun he had purchased earlier that evening, after he had abducted the children. The police returned fire, spraying the truck with bullets. After Simon was killed, they searched his truck and found the bodies of my three little girls inside. I was told that Simon had killed them earlier that evening.

After hearing about the shooting, I drove to the police station. As I attempted to approach Simon's truck, I was taken away by the police and then to the local sheriff's office. Officials refused to give me any information about whether the girls were alive. They ignored my pleas to see my girls. The experience revictimized me all over again. They detained me in a room for 12 hours and interrogated me throughout the early morning hours, as if I had a role in the children's deaths. They refused to let me see or call my family. It was absolutely the most traumatic, horrific, and exhausting experience of my life!

The media knew my girls were dead before my family or I did. I was finally told by state officials around 8am that Simon had murdered the girls before he arrived at the police station. However, I never learned any other details about how, when, and where the girls died. I continue to seek this information to this day. I need to know the truth.

Several family members and I asked the authorities to identify the girls' bodies, but we were not permitted to view their bodies until six days later – when they lay in their caskets. My daughters' death certificates and the coroners' reports state no place, date, or time of death. It saddened me not to be able to put this information on their gravestones.

The authorities also never let my family and I examine Simon's truck. They disposed of the truck within three weeks of the girls' death. I have yet to read any investigation into my girls' deaths. Castle Rock has denied my request for this information. I don't believe it exists.

I also never received an explanation for why Simon was approved in the FBI's background check system when he went to purchase the gun that night. Under federal law, gun dealers can't sell guns to people subject to domestic violence restraining orders.

Today, nearly eight years after my tragedy, I continue to seek a thorough investigation into my babies' deaths. I see nothing being done in Castle Rock or nationwide to make police accountable to domestic violence victims. It's like rubbing salt in my wounds.

So why did the police ignore my calls for help? Was it because I was a woman? A victim of domestic violence? A Latina? Because the police were just plain lazy? I continue to seek answers to these questions.

We rely on the courts and the police for protection against violence. But I learned from my tragedy that the police have no accountability. The safety of my children was of such little consequence that the police took no action to protect my babies. If our government won't protect us, we should know that. We should know that we are on our own when our lives are at risk.

Had I known that the police would do nothing to locate Rebecca, Katheryn, and Leslie or enforce my restraining order, I would have taken the situation into my own hands by looking for my children with my family and friends. I might have even bought a gun to protect us from Simon's terror. Perhaps if I had taken these measures, I would have averted this tragedy. But then I might be imprisoned right now. That is the dilemma for abused women in the United States.

This tragedy has devastated my life. After the girls' deaths, I was treated like a leper in my community. My co-workers told me that I did something to deserve what happened to me, that I filed the lawsuit because I was money-hungry, and that I would hurt them as taxpayers. People I didn't even know would walk up to me, point their finger at me, and say "you're *that* mother." The tragedy also damaged my relationship with my son, my family, and my friends. I have moved away from Colorado to try to escape the painful memories. I've left my old job and founded an organization called the Three Peas Foundation in my three daughters' memory. I've lost all faith in my government, in the law, and in humanity. I suffer many health problems that are directly related to the stress and grief from losing my girls. My psychologist says that the trauma of having my three daughters killed and my problems with the legal system have impacted me in ALL areas of my life, especially psychologically and physically.

I brought a lawsuit against the Castle Rock Police Department in the U.S. courts and pursued it to the highest court in the land, the U.S. Supreme Court. The Court found that I had no right to expect the protective order to be enforced by the police, denied me the right to go to trial and tell my story, and dismissed the case.

I brought this petition to the Inter-American Commission on Human Rights because I have been denied justice in the United States. It's too late for Rebecca, Katheryn, and Leslie but it's not too late to create good law and policies for others. Police have to be required to enforce restraining orders or else these orders are meaningless and give a false sense of security. We need to hold the U.S. government accountable.

I can't lose three children and not do something about it. This is the only way I know to make that right. All I can do is give this my best, to try to change the system, to make the world a little bit safer.

**GLENN BECK**

I watched Glenn Beck on CNN a couple of times this week and found is news and commentary right up my alley of constitutional government gone berserk. Bill O'Reilly loses out to Glenn Beck in my Cable TV viewing habits.

http://www.glennbeck.com/home/index.shtml

## American Legal System Is Corrupt Beyond Recognition, Judge Tells Harvard Law School
*By Geraldine Hawkins*
*March 7, 2003*
http://www.massnews.com/2003_Editions/3_March/030703_mn_american_legal_system_corrupt.shtml

She said that the question of what is morally right is routinely sacrificed to what is politically expedient. The change has come because legal philosophy has descended to **nihilism**.

. . .

"The first 100 years of American lawyers were trained on Blackstone, who wrote that: 'The law of nature dictated by God himself is binding in all counties and at all times; no human laws are of any validity if contrary to this; and such of them as are valid derive all force and all their authority from this original.' The Framers created a government of limited power with this understanding of the rule of law - that it was dependent on transcendent religious obligation," said Jones.

***Judge Edith Jones' remarks inspired me to write my political poem which I include here:***

# A Nihilistic Form of Government, This United States!

By Don Hamrick
© 2004 Don Hamrick

Give us this day our daily servilism,
So that actual freedom may never taunt,
The spirit in us, into a future pugilism.
Lest the government forever haunt.
........................................................How long?

Henry Hyde confessed that fateful day,
The Constitution, no longer relevant.
'Tis our fault we are slaves today,
We refused to be freedom's adjuvant.
........................................................How long?

Our Republican government, overthrown,
By the Department of Homeland Insecurity.
Terrorism, its propaganda, overblown,
Freedom guaranteed by enslavement to security.
........................................................How long?

A new mythos proclaimed from this nihilism,
Only deadens our sense of discernment.
From this ethos of paranoia comes this falabilism,
You can't be trusted. But trust the government.
........................................................How long?

Deceiving us in a blanket of security,
That we are safe from a world of dangers.
Forever oppressed our sense of responsibility,
To protect ourselves from such harbingers.
........................................................How long?

In vain we plead our Second Amendment right
To contest government edicts from on high
The courts rule our arguments as so much tripe
They say it does not apply on the thigh
........................................................How long?

Three doors of government slammed shut
Leaving us to agitate for want of freedom
The rule of law now is anything but
As we live in this wretched thraldom
........................................................How long?

How long will we sit and cower
Resenting those who act above the law
Before we stand up for balance of power
To stop the advancing rape of law
........................................................How long?

Lost to us now our Bill of Rights
This Nihilistic government frights.
...................................Will it be much longer?

22

I wrote another:

## "Cataclysms"
(A poem in Diamante form)
by Don Hamrick

© 2005 Don Hamrick

.

Freedom
Independence, autonomy
Speaking, associating, traveling
Action, responsibility, permission, dependence
Obedience, submission, oppression
Laws, regulations
Slavery

.

Speech
Dialog, lecture
Learning, questioning, teaching
Research, email, government, investigate
Harassing, intimidating, threatening
Coercive, abusive
Silence

.

Association,
Mingle, join
Participating, discriminating, voting
Society, congress, estrangement, alienation
Disassembling, segregating, dividing
Suppression, stealth
Isolation

.

Judges
Constitutional, law
Deliberating, theorizing, concluding
Adjudicator, marshal, partisan, crony
Corrupting, lying, betraying
Biased, prejudiced
Criminals

.

Government
Guidance, balance
Regulating, administrating, delegating
Republic, commonwealth, nihilistic, despotic
Racketeering, marauding, transgressing
Indiscriminate, desultory
Anarchy

and another:

# American Merchant Seamen in Harm's Way
By Don Hamrick
© 2004 Don Hamrick

Pirates by sea, terrorists by land.
Through hostile waters we sailors dare steam,
Defensive weapons denied our hand.
Not the law of land or sea it would seem.

Without rhyme or reason,
September 11, a day of slaughter.
Security now a perpetual season.
Arm ourselves now! Sailors oughta!

Pirates and terrorists armed to the teeth,
With every blade and firepower within reach,
Against sailors defenseless as sheep.
For to arm sailors liberals would screech,

Would cause the Bill of Rights
To become our steering light.

and another:

## Conservative Judges v. Liberal Justices

In August 1, 2003 Justice Ruth Bader Ginsburg gave a lecture at the American Constitution Society, a liberal organization, on the Lone Ranger mentality of the United States standing apart from other nations who do not have such a high regard for individual rights and freedoms. I could not resist the opportunity to make a parody of her speech . Her unpatriotic remarks did not go unnoticed. See Joseph Farah's commentary at WorldNetDaily.com and here. See also Ann Thompson's article at ChronWatch.com.

On April 1, 2005 Justice Ruth Bader Ginsburg gave a speech at The 99th Annual Meeting of The American Society of International Law on Value of a Comparative Perspective in Constitutional Adjudication .

Her first words cited Deuteronomy 16:20 that is not from the King James Bible.

**THE OUTRAGE:** *"Before taking up the diversity of opinions on this matter, I will state and endeavor to explain my view, which is simply this: If U. S. experience and decisions can be instructive to systems that have more recently instituted or invigorated judicial review for constitutionality, so we can learn from others now engaged in measuring ordinary laws and executive actions against charters securing basic rights."*

**The King James Bible is the basis for the Code of Judicial Conduct "The Canons of Ethics."**

**The King James Bible, Deuteronomy 16:18-20,**

18: Judges and officers shalt thou make thee in all thy gates, which the Lord thy God giveth thee, throughout thy tribes; and they shall judge the people with just judgment.

19: Thou shalt not wrest judgment; thou shalt not respect persons, neither take a gift; for a gift doth blind the eyes of the wise, and pervert the words of the righteous.

20: That which is altogether just shalt thou follow, that thou mayest live, and inherit the land which the Lord thy God giveth thee.

In light of Justice Ruth Bader Ginsburg's political activism for Comparative International Law overthrowing the U.S. Constitution I wrote the poem you see below in defiance of her goals to bastardize our Constitution with foreign court opinions in matters having no jurisdiction to foreign courts:

### Hailing From the Tower of Babel
by Don Hamrick
©2005 Don Hamrick

Ruth Bader Ginsburg chanting from an uncommon Writ
"Justice, justice shall you pursue, that you may thrive!"
Where, o' where may our justice be found? Infers the twit,
But in the security of foreign lands to contrive!

O' what Bible does this Supreme Court Justice follow?
Her read is certainly not from the King James!
She will have us pursue justice as some elusive swallow
Always beyond our reach, to spite her claims.

We can ignore our Constitution, she implies,
Because it no longer controls our authority.
Comparative analysis, will protect us, she belies
Against all threats in the global fratority.

O' contraire! We, the People say,
Our Constitution is altogether just!
We shall follow the Constitution for our sake!
We say what it means, as we must!"

King James' Deuteronomy is my comparative analysis
The Supreme Court today is our Tower of Babel
As we are held in this awkward state of paralysis,
Because there is no sense to Ginsburg's rabble.

Defiant lines are drawn! Is civil war sensed?
Our highest court split by globalists' sophistry.
Judicial review in league to conspire against,
Popular constitutionalism finding its place in history.

Oh! Dear God, I pray to thou!
For answers in these troubled days.
Why hast thine judges forsaken thee?
With no force of arms we are as slaves.

Amen.

**LETTER:**

# U.S. could fall just like the Roman Empire

Southcoast Massachusetts
September 14, 2007 6:00 AM
http://www.southcoasttoday.com/apps/pbcs.dll/article?AID=/20070914/OPINION/709140307/1011/TOWN10

Two recent opinion pieces (Mr. Pinkerton, Aug. 26 and Mr. Wolfe, Aug. 27) got my attention. Mr. Pinkerton's discussed some similarities between the decline of the Roman Empire and the United States. Mr. Wolfe's focused on the loss of manufacturing companies in New England mill towns and our country's manufacturing industry being replaced by a service economy.

Both of these writers brought up some very interesting points, and I would like to add to their discussions.

In regard to the fall of the Roman Empire, this entire empire didn't completely collapse until 1453 when the Turks' leader ultimately conquered the remaining Roman Empire.

I believe the fall of the Roman Empire can be largely attributed to other factors **(mostly internal)** rather than simply from an external military force.

However, another external contributing factor for the Roman Empire's downfall was from **massive migrations of people moving across Europe and settling in Roman territories.** Back in those days countries didn't have an immigration policy.

**The United States does have an immigration policy, but unfortunately, it is neither efficient nor enforced by our government. Presently our country is being overrun by illegal immigrants. Like the Roman Empire, we are not able to assimilate such a huge, uncontrolled amount of people into our society.**

**Similar internal contributing factors include: decline in moral values, public health, political corruption, unemployment, inflation, urban decay, and military spending.**

At first glance one would think having a national unemployment rate of 4.6 percent (July) would be acceptable. However, let's remember what jobs we have to offer because our manufacturing jobs and even high-tech positions are sent overseas.

Indeed, **one should be concerned when examining the similarities between the ancient Roman Empire and the United States.**

**Should our government continue on its present course of not protecting our borders and our sovereignty, the English language and our American culture, the United States will soon be going the way of the Roman Empire.**

James G. Borden
New Bedford

EMAIL

DATE: Oct 16, 2007 10:06 AM

FROM: Don Hamrick<4donhamrick@gmail.com>

TO:

| | |
|---|---|
| AskDOJ@usdoj.gov, | U.S. Department of Justice |
| inspector.general@usdoj.gov, | U.S. Department of Justice |
| Daisy.D.Correa@usdoj.gov, | U.S. Department of Justice |
| Scott.A.Myers@usdoj.gov, | U.S. Department of Justice |
| dc.outreach@usdoj.gov, | U.S. Attorney's Office, Washington, DC |
| jane.duke@usdoj.gov, | U.S. Attorney's Office, Little Rock, AR |
| Kim.Squires@usdoj.gov, | U.S. Attorney's Office, Little Rock, AR |
| richard.pence@usdoj.gov, | U.S. Attorney's Office, Little Rock, AR |
| william.jessup@usdoj.gov, | U.S. Marshals Service, Washington, DC |
| robert.robeson@usdoj.gov, | U.S. Marshals Service, Washington, DC |
| us.marshals@usdoj.gov, | U.S. Marshals Service, Washington, DC |
| dave.loyer@usdoj.gov, | U.S. Marshals Service, Little Rock, AR |
| little.rock@ic.fbi.gov, | FBI Field Office, Little Rock, AR |
| stlouis@ic.fbi.gov, | FBI Field Office, St. Louis, MO |
| washington.field@ic.fbi.gov | FBI Field Office, Washington, DC |

# Like the Roman Empire, America is Destroying Itself from Within!

**FROM: Don Hamrick, acting in the capacity of a Private Attorney General under the authority of the civil RICO Act as a civil plaintiff in the federal courts.**

## To: William Jessup, U.S. Marshals Service, Washington, DC

You may find it politically necessary to reconsider your "threat" to arrest me for exercising my right to make citizen's arrests of federal judges and court clerks. I have evidence of Extortion under Color of Law. Your threat to arrest me places the federal judicial system above the law to the unrepresented civil plaintiff. This state of lawlessness in the federal courts is part reason why there is a growing commonality of opinion that the United States is now in the self-destruct mode, destroying itself internally as did the Roman Empire and being destroyed externally as did World War II Germany under Hitler's rise to power.

Please respond to my suggestion of back-channel intervention to effect return of my filing fees which will effectively negate my standing to make citizen's arrest.

*Just me playing the role of news analyst:*

**Ted Nugent Interview**
Glenn Beck, October 08, 2007

TRANSCRIPT: http://www.glennbeck.com/news/10082007c.shtml

GLENN: Ted Nugent is on phone with us. Ted.

NUGENT: Hey, happy October to you, Glenn.

GLENN: They tell me you like guns.

NUGENT: I'm fondling guns as we speak. I'm calling you from a beautiful Texas campfire at a hunting camp here in Albany, Texas, campfires, cops, heroes, military, plumbers, welders and teachers and ranchers and guitar players and we all carry guns and we can't imagine how a human being of consciousness, a human being of goodwill and decency and certainly independence and knowledge and an understanding of good over evil would ever go forth in this world in a known and intentional unarmed helplessness. In the scenario you just talked about, Glenn, horrifically, this unfolds on an hourly basis around the world and certainly right here in the United States of America. And for people to dismiss the horror and tragedy with which you are conveying on this radio show and then still shake their heads, purse their lips and walk out of their houses knowingly unarmed and helpless, it boggles my mind. I can't imagine such a wimpy, helpless accepted condition, and I would like people to man up, to freedom up, to good over evil up and people should do what we've done around the country, get their concealed weapons permit, train, get a modicum of tactical understanding of weapon retention, weapon utility and stop evil and not wait for the multiple stab wounds. Stop the person now. And Glenn, in every instance, like this cop, this off-duty cop who stopped evil and deadliness, we the people can do that. We're not stupid. I know who the bad guy is and I'm just a guitar player.

[Ted Nugent on stage while in concert]

GLENN: You know, Ted, you just got off your tour. Are you finished with it now or are you going back on?

NUGENT: Well, we take breaks during the hunting tone, but the tour never ends. I had a greatest tour of my life, 77 concerts in 77 nights and that's 70 different cities that have 70 different gun laws. But like the U.S. Marine Corps heroes that I train with, trained me, I improvise, adapt and overcome. And I can tell you this, Mr. Beck. I as a father and as a husband and as a good American neighbor, I will not go gently into that night. I will not accept unarmed helplessness because Nancy Pelosi dictates so. I will not accept that.

[Secession Movement]

GLENN: You know, when I find -- what I wanted to ask you about on, you know, your multicity tour is you get a feel for the country and **I tell you, Ted, I'm feeling something I've never felt before**. Last, what was it, last Thursday I had two guys on the show. One is, you know, a Ben and Jerry's lover from Vermont that just, you know, just can't get enough liberalism, says that our courts, believe it or not, are too conservative and that people should be set free and there's no use for the Constitution anymore because it has been completely usurped and there's -- and people, liberals, are being crushed by these conservatives and the way they have distorted the Constitution. He was sitting in the same room at a convention of about 20, I think it's 20,000 members at a convention with another group. This guy was from Tennessee. He says the Constitution has been destroyed, it's all states rights and the Southerners have been kept down since, you know, 1865 or whatever it is and these two actually are banning together. They don't agree with anything. I mean, these two should hate each other. It's like Ann Coulter and Michael Moore having a love fest.

NUGENT: Good grief.

GLENN: **And they are banning together to secede from the United States**. You have the guy from Reno last week that, he's a vet. He's a normal guy and he saw the Mexican flag flying over the American flag in Reno and the guy lost it and cut it down.

And he said, you know what, you got to fight me for this flag. You are not just going to come in here and take over my country. We're being taken over slowly but surely, but I am going to fight for it. And I see this and I wondered if you had picked up on this, this great discontent in our country from people who are saying enough is enough.

NUGENT: Well, certainly. I mean, again I've been very fortunate. I've been touring since 19, since about 1962 and I do travel all over the country and it's just glowing with positive energy, but there is a strange atmosphere out there where we identify a disconnect from the bureaucrats who, we the people -- and it's why your shows are so popular, why Rush Limbaugh is setting records in broadcasting, why Sean Hannity is popular. There is a self-evident truth in population, and it's the majority of us, Glenn, it really is. Unfortunately too much apathy has silenced and gagged the we the people that live by logic and the self-evident truths that are constitutionally guaranteed and that we know our God-given rights, not bureaucrat-given rights. So when you use the term "We the people," believe me the Nugent family and everybody listening, watching Glenn Beck, we go damn right, that's what we need to get more of. We need to be more active, we need to register, we need to vote, we need to research the U.S. Constitution, the Bill of Rights and the conditions around the world where our founding fathers refuse tyrant tyranny, we refuse slavery, we refused emperors and kings, we refused control by bureaucrats in Europe and choosing what religion is authorized, whether we can defend ourselves or not. And we wrote down these self-evident truths in the U.S. Constitution, Bill of Rights. And you bet you, Glenn, **there is a real discontent because we the people feel that the bureaucrats do not care to represent us accurately**. **But I see a painfully slow growth in activism on my website every day** . I was on -- in a deer blind this morning talking with people and sharing the beautiful sunrise and the kind of points that you're bringing up, the logic, the taking care of business, work ethic, being productive instead of bloodsucking, to be good and positive instead of negative and whining. **What we can do for our country instead of what our country can do for us**. **This is resonating around the land** and I find in every hunting camp I go to, every rock-and-roll concert I go to, every charity event I go to that the big message here, Glenn, is what you project. **We the people have got to become more active**. We've got to sit down with our school administrators, at church, at the local community centers. We've got to monitor how policies are made, **how these bureaucrats in New York City will literally force millions of people to be unarmed and helpless and we are forced to run away when we see someone stabbing someone because the bureaucrats won't let us stop evil when 99.9% of us know exactly how to stop evil**.

GLENN: Let me ask you this, Ted. There's two things that come to mind. I think that there could be -- I think there could be a perfect day scenario. There could be -- there could be something that terrorists would launch on us that could cause such great disruption in this country that I could see us having some sort of a martial law kind of scenario, at least temporarily in this country because it -- you know, our enemies want to destroy us.

NUGENT: That's materialism they seek, no question.

GLENN: Let's just say go down that road. You have somebody like Hillary Clinton in office. I could also see then the next step saying, we have got to get the hand -- **guns out of the hands of the people** ; there's too many guns on the street, and a lot of dopes going right along with it just like they did in New Orleans, you know, right before they became a third world country and they took away all of the guns there by gunpoint. The

question I have for you, Ted, is, A, do you believe that we could get to a situation in a relatively, say in a five-year period where you could see that scenario happening and, B, I have to tell you, I know a lot of cops, and I think the cops are our future's best friend because I don't think -- I don't know a cop that would come to my house and say, I've got to get your gun. I don't know a cop that is for disarming good, strong citizens. They want us to be on their side.

NUGENT: Again I have to clarify because I am just the extreme guitar player. But when it comes down to taking a shower and calming down, I'm pretty much a nice guy, a nice neighbor, I try to be a positive asset to this great American dream, and I do so. And most of my friends, Glenn, are cops and military heroes. **And believe me, my friend, what you just articulated is alive and well in the hearts and souls of those who have sworn to God to support and uphold the Constitution and certain protect we the people, the cops of this country and the military heroes of this country are on the side of we the people** , not someone like Nancy Pelosi or Hillary Clinton or Obama or what happened down in New Orleans. **Most of the cops in this country, if they were told to go door to door and disarm Americans, they would say, nope, can't do it. Won't do it. I'm confident of that. But we've got to cultivate relationships with our law enforcement. Citizens have to have a relationship with their state trooper, who is a dedicated hero in every state I've been to. The sheriff, the local police chief. We've got to** -- you know, Glenn, I wrote Wang Dang Sweet Poontang but I still introduced myself to the sheriff and the constable and the chief of police and the state trooper commander. I got to know these guys because I know that I'm their boss. They serve and protect me. My dad and my mom taught me that. But I think it's a rare relationship that I would like to see you prod and encourage that more and more American citizens and neighborhoods should have an ongoing, upbeat but prodding and probing relationship communication with their law enforcement officials because **now more than ever the painful scenario of potential societal disruption is on the cusp right now**. I'm not predicting doom but I'm prepared. I have that which I need to sustain my family. And again, Glenn, everybody I know, they have adequate food, water, supplies. You know, most of my buddies are rural. So we've got the firewood and we have the firepower and we have relationships with law enforcement and National Guard where we the people know that those heroes will be on our side, but we've got to be prepared just like this cop yesterday or the day before who lost his cool in Wisconsin and went nuts and killed people. We've got to know and be cognizant of those kinds of signs and warning signals so that we can raise a little bit of hell prior to the disruption so that the officials who are in charge of those kinds of potentially dangerous individuals will nip it in the bud, if you know what I'm saying.

GLENN: I have to tell you, Ted, I couldn't agree with you more on reaching out to your local police. I was asked a couple of weeks ago if I would help a sheriff's department out in Idaho on something that they were working on, and Sheriff Klingler's from Madison County in Idaho asked me to come out. I don't give up my personal time easily. It means a lot to me. And I was out in Idaho -- because I have connections to this community -- helping him and helping the sheriff department on something that they were working on, and I have to tell you if we don't do this, if we don't recognize who our friends are, we're in real, real -- we're in real, real trouble. Ted, one more thing. Let me ask you, have you made a decision on if you had a gun to your head today -- and I just want to make it very clear, you don't have one. **But if you had a gun to your head today, who would you vote for?**

NUGENT: Do I really have to answer that question?

GLENN: Yeah.

NUGENT: It's tough. My favorite man or individual running for the presidency of the United States of America right now today, since you're holding that gun to my head.

GLENN: Yeah.

NUGENT: Is a man who covers all the bases for we the people, the U.S. constitution, the Bill of Rights, decency and **that's Mike Huckabee.**

GLENN: Mike Huckabee, I would have thought you were a Ron Paul guy.

NUGENT: Ron's a good man, Fred Thompson's a good man, I like Mitt Romney and Mr. Giuliani on many levels. But no one in my estimation today -- and I'm not voting today.

GLENN: No, no, if you had a gun to my head. We're the same way. I would never draw a gun on you because I'd lose.

NUGENT: **But Mike Huckabee, I'm telling you I've spent time with the man, I've watched how he conducts his personal life, his family life as governor of the State of Arkansas** .

GLENN: Oh, Ted, personal life doesn't -- personal life, personal life doesn't matter. You know that. You learned that.

NUGENT: Well, a person's moral compass, I believe.

GLENN: What did you say?

NUGENT: It's an indicator of a person's moral compass, I believe.

GLENN: No! No! Bill Clinton told me. Bill Clinton told me personal life doesn't -- just go in and do the right thing. You know, from 9:00 to 5:00. You can do whatever you want outside at 9:00 to 5:00.

NUGENT: I don't think so.

GLENN: All right. Ted, always good to talk to you, sir.

NUGENT: Glenn, God speed.

GLENN: You bet, bye-bye.

END TRANSCRIPT

**Sovereignty at Stake?**
Glenn Beck, October 10, 2007
TRANSCRIPT: http://www.glennbeck.com/news/10102007a.shtml

**Armenian Vote**
Glenn Beck, October 12, 2007
TRANSCRIPT: http://www.glennbeck.com/news/10122007b.shtml

### Our Biggest Enemy
### [HAMRICK COMMENTARY: "Our Biggest Enemy Is Ourselves"]
Glenn Beck, October 15, 2007
TRANSCRIPT: http://www.glennbeck.com/news/10152007b.shtml

NEWT GINGRICH QUOTE: "I am genuinely afraid that this political system will not react until we lose a city and nobody in this country's thought about the threat to our civil liberties the morning after we decide it's that dangerous and how rapidly we will impose ruthlessness in ourselves in that kind of a world. I think those of you who care about civil liberties had better be thinking through how we win this war before the casualties get so great that the American people voluntarily give up a lot of those liberties."

### NASCAR Vaccinations With 'Doctor' Nerve Herbler
Glenn Beck, October 15, 2007
TRANSCRIPT: http://www.glennbeck.com/news/10152007.shtml

[HAMRICK COMMENTARY: Is this the exact technic Hitler used to demonize the Jews that lead to genocide? The North demonizing the South once again in such a manner as to induce public prejudice and hatred that it will lead to social isolation of a segment of society just as it was done to the Jews in World War II. **Is it any wonder why there is a growing call of states to secede from the United States?**]

### Secession Planning
Mike Tennant at October 3, 2007
http://www.lewrockwell.com/blog/lewrw/archives/015809.html

Good news: New England and Dixie have still not given up on secession, and this time they're working together to achieve it. This AP story on the Middlebury Institute/League of the South Secessionist Convention is pretty fair until the last few paragraphs, even pointing out that secession is not prohibited by the Constitution. At the end it goes haywire quoting a guy from the Southern Poverty Law Center and the "director of the Center For the Study of the American South and a history professor at the University of North Carolina at Chapel Hill," who insist that the League of the South is racist; but at least the writer gives Kirkpatrick Sale a small opportunity to rebut this claim.

### Several States Are Discussing Secession From The United States
by Justanothercoverup
October 4, 2007
http://www.opednews.com/articles/opedne_justanot_071003_several_states_are_d.htm

When you look at the reasons for which they want to secede, it's crystal clear that many of them/us are tired of living under oppression; These are a few of the reasons cited:

save themselves from an overbearing federal government.

If allowed to go their own way, New Englanders "probably would allow abortion and have gun control," Hill said, while Southerners "would probably crack down on illegal immigration harder than it is being now."

a fringe movement that gained new traction because of the Iraq war, rising oil prices and the formation of several pro-secession groups.

disillusioned by the Iraq war and federal imperialism, share the idea of states becoming independent republics.

Right now, they are labeled as "fringe groups", **but as government oppression grows stronger, their membership and supporters are growing**, and it's a concept I had never thought about before. Now, after reading the article, I've given it some serious thought - and while it's as radical an idea of any I've heard, **what better way to send Congress and President Bush/Cheney a message that will come across loud and clear!**

The general public is sick and tired of an ultra-conservative government that is bent on imperialism, believe in infringing on their own citizens freedoms and rights, and have driven the nation close to bankruptcy. Now that it's obvious we have an ultra right-wing Supreme Court dominated by right-wing justices, Americans can expect a further erosion of their rights, and a Court that believes in unfettered Presidential power rather than the principles this country was based upon; The separation of church and state is dead, and whether we like it or not, the coming opinions from the SCOTUS will no doubt restrict our lives and freedoms even more, even though many of us don't share those same right-wing radical Christian values, their morality will be shoved down our throats whether we like it or not!

> [HAMRICK COMMENTARY: If there was a 'gun to my head' and I was ordered to choose between 'left-wing" or 'right-wing' politics I would have to choose 'right-wing' politics in defense of Christian values. However, it is because 'left-wing' embodies present day liberal ideals and 'right-wing' embodies conservative ideals and neither the twain shall meet the partisan politics have pushed themselves into the world of extremism forcing many to reconsider what was once extremist ideals, i.e. secession, to become the new 'moderates(?).' What is happening today is the prime example of history repeating itself because of ignorance, idiocy, and the drive for absolute power corrupting absolutely and always.]

### People Who Want To Secede From United States Hold Convention
John Pless
October 4, 2007 - 6:51PM
http://www.newschannel9.com/articles/convention_963425___article.html/people_agree.html

### Not again?
October 05, 2007
http://www.timesdaily.com/article/20071005/NEWS/710050320/-1/COMMUNITIES

EMAIL

DATE:  Oct 16, 2007 11:43 AM

FROM: Don Hamrick<4donhamrick@gmail.com>

TO:    beglinton@seafarers.org,          Seafarers International Union
       brogers@seafarers.org,            Seafarers International Union
       civmarsupport@seafarers.org, Seafarers International Union
       dhirtes@seafarers.org,            Seafarers International Union
       dkleinberg@seafarers.org,         Seafarers International Union
       dwheindel@seafarers.org,          Seafarers International Union
       education@seafarers.org,          Seafarers International Union
       efitzgerald@seafarers.org,        Seafarers International Union
       jhetmanski@seafarers.org,         Seafarers International Union
       seatu@seafarers.org,              Seafarers International Union
       webmaster@seafarers.org,          Seafarers International Union
       mrusso@seafarers.org,             Seafarers International Union
       gkenny@seafarers.org,             Seafarers International Union
       norfolk@seafarers.org,            Seafarers International Union

# Union Busting & SIU Complacency (Useful Idiots)

This email contains a table of comparisons between present day United States and World War II Nazi Germany. The SIU should be interested in the table cells highlighted in ***Bolded Italics Underline***.

To what purpose does the word "militant" serve in the SIU's Constitution?

What role does the SIU have under the "Common Defence" clause of the U.S. Constitution?

If certain powers are reserved to the People under the Tenth Amendment and the People of a right to form labor unions then what powers can a collective bargaining group of People (a union) have to preserve the Common Defence under the Second Amendment right to keep and bear arms for the security of a free state?

***If the United States Government is engaged in union busting activities*** and my federal court case for seamen's rights under the Second Amendment right to keep and bear arms for the security of a free state does not prompt the SIU to help me fight the U.S. Government then it stands to reason that the SIU is aiding and abetting "union busting" through negligence and adbication of their duty to represent the membership under the "militant" clause of the SIU constitution.

See also: ***The New Face of Unionbusting***, by David Beacon,
http://dbacon.igc.org/Unions/02ubusto.htm

"Modern unionbusting now includes sophisticated efforts to forestall organizing drives through company-dominated organizations in the workplace. It even incorporates the manipulation of workplace demographics, in an attempt to achieve a "union-proof" workforce."

[**HAMRICK COMMENTARY:** *Is it conceivable that the growing practice of "pre-employment physicals" is an unfair labor practice intended to serve as a form of unionbusting in that if it can ever be proven that when the union fails to provide "fit for duty" members*

*under the companies' more stringent "pre-employment physicals" than the union's annual physical then the company has due cause to break its agreements (contracts) with the SIU for breach of contract? Oh, but I suppose the shipping companies will never do that. Right?*]

### Ich Bin Ein Berliner (That goes for you too)
by Stephen Pizzo
http://www.opednews.com/articles/opedne_stephen__071015_ich_bin_ein_berliner.htm

*__As nightfall does not come at once, neither does oppression. In both instances, there is a twilight when everything remains seemingly unchanged. And it is in such twilight that we all must be most aware of change in the air - however slight - lest we become unwitting victims of the darkness.__*

-- Justice William O. Douglas

I [Stephen Pizzo] was born the very day World War II ended. My fellow postwar "Baby Boomers" grew up on old black and white documentaries of that war and the events leading up to it. But those films never really answered the most important question, a question that has nagged me, and I suspect most of my generation

How did Germany and the German people become the Mrs. O'Leary's cow [The Great Chicago Fire of 1871] of an entire continent? How could a culture, re-formed during the Renaissance, create a horror like Auschwitz?

How does something that extraordinary happen? It's a question that has not only burdened American Baby Boomers, but three generations of postwar Germans as well. But for them it's much more than just a historical curiosity. For postwar Germans it's also been a nagging sense of collective guilt – guilt about events they had nothing to do with, but guilt nonetheless. It's a guilt built on the realization that their parents and grand parents either participated in, supported and/or enabled what happened over half a century ago -- or, at the very least, did nothing to prevent or stop it.

Of course the fascist rulers of the Third Reich ruled with a heavy hand. So it's not hard to understand why so many Germans simply laid low rather than oppose the regime.

"Nazi terror from above and the demise of the rule of law started just a few days after Hitler's assumption of power in January 1933. The penalties of opposition became higher and higher. In the first nine months alone, at least 100,000 people, most of them leftist Germans, were thrown into hastily erected concentration camps. Others ended up in ordinary prisons and many died. Countless more were roughed up by rampaging brownshirts in broad daylight or taken into police custody on trumped-up political charges. By 1936, a brutal police state had penetrated virtually all spheres of life." ( New York Times books.)

While the rules have tightened here since 9/11, we've not experienced anything near that scale. Speaking out is remains a survivable exercise.

Which begs the question; what will be our excuse? How will we explain the things we've allowed this administration to get away with -- the torture, the "renditions," the secret prisons, the warrant-less wiretapping, the lies we and our media allowed to stand? What are we going to tell our grand children when they ask us what the hell we were thinking, feeling and doing while all that was afoot?

I understand it's against the rules of polite society to recklessly throw the "f" word around by comparing anything that's happening today to the kind of atrocities that occurred under Hitler.

It''s even worse to compare any contemporary American political/religious/social leader to Hitler.

So I won't. I won't go that far, because it hasn't gone that far – yet.

What I have been doing though is cracking history books and trying to suss out an answer to that original question – the one that wonders how well-educated, forward-looking modern pre-war Germans could so quickly devolve intp the most evil nation on the planet.

I don't ask you to accept that there are any genuine corollaries between the events that led to Germany's decent into fascism and what's been going on in America over the last few years. I only ask that you consider the events back then and the events we are living through now. I think you will agree that, at the very least there are spooky similarities – and , at the very worst, there are striking similarities.

Either way, there are valuable lessons to be learned, mistakes to be avoided and, maybe, just maybe, warnings worth heeding.

| Germany And Then | Here and Now |
|---|---|
| **Use events to restrict legal rights, like Habeas Corpus:**<br>On the night of February 27, 1933 the Reichstag building was set on fire. The unnerved public was told the fire had been a signal meant to initiate a communist revolution. The Nazis found the event to be of immeasurable value in getting rid of potential insurgents. The event was quickly followed by the Reichstag Fire Decree, rescinding habeas corpus and other civil liberties. (1)<br>http://en.wikipedia.org/wiki/Habeas_corpus | **Adminstration Questions Habeas Corpus**<br><br>In one of the most chilling public statements ever made by a U.S. Attorney General, Alberto Gonzales questioned whether the U.S. Constitution grants habeas corpus rights of a fair trial to every American. (2)<br>http://baltimorechronicle.com/2007/011907Parry.s html |
| **Use events to expand executive branch powers new powers:**<br>Just 30 days after fire destroyed the Reichstag, German legislators were convinced to pass the Enabling Act of 1933. It passed with 444 votes, to the 94 of the remaining Social Democrats. The act gave the government (and thus effectively the Nazi Party) legislative powers and also authorized it to deviate from the provisions of the constitution. With these powers, Hitler removed the remaining opposition and turned the Weimar Republic into the "Third Reich". (3)<br>http://en.wikipedia.org/wiki/Enabling_Act_of_19 33 | **After 9/11 US passes Patriot Act:**<br>Just 45 days after the September 11 attacks, with virtually no debate, Congress passed the USA PATRIOT Act. There are significant flaws in the Patriot Act, flaws that threaten your fundamental freedoms by giving the government the power to access to your medical records, tax records, information about the books you buy or borrow without probable cause, and the power to break into your home and conduct secret searches without telling you for weeks, months, or indefinitely. (4)<br>http://www.aclu.org/safefree/resources/17343res2 0031114.html |

| Germany And Then | Here and Now |
|---|---|
| **Consolidate federal power:**<br><br>Further consolidation of power was achieved on 30 January 1934, with the Gesetz über den Neuaufbau des Reichs (Act to rebuild the Reich). The act changed the highly decentralized federal Germany of the Weimar era into a centralized state. It disbanded state parliaments, transferring sovereign rights of the states to the Reich central government and put the state administrations under the control of the Reich administration. (5)<br>http://en.wikipedia.org/wiki/Nazi_Germany#Cons olidation_of_power | **National Security and Homeland Security Presidential Directive**<br>This policy establishes "National Essential Functions," prescribes continuity requirements for all executive departments and agencies, and provides guidance for State, local, territorial, and tribal governments, and private sector organizations in order to ensure a comprehensive and integrated national continuity program that will enhance the credibility of our national security posture and enable a more rapid and effective response to and recovery from a national emergency. (6)<br>http://www.whitehouse.gov/news/releases/2007/0 5/20070509-12.html |
| **Reduce the influence of the national military by creating an independent force.**<br>The German army had traditionally been separated from the government and somewhat of an entity of its own. The Nazi paramilitary SA expected top positions in the new power structure and wanted the regime to follow through its promise of enacting socialist legislation for Aryan Germans. Wanting to preserve good relations with the army and the major industries who were weary of more political violence erupting from the SA, on the night of 30 June 1934, Hitler initiated the violent Night of the Long Knives, a purge of the leadership ranks of Röhm's SA as well as socialist-leaning Nazis (Strasserists), and other political enemies, carried out by another, more elitist, Nazi organization, the SS. (7)<br>http://en.wikipedia.org/wiki/Night_of_the_Long_ Knives | **Privitization of US military operations**<br><br>Blackwater USA is a private military company. It has alternatively been referred to as a security contractor or a mercenary organization by numerous reports in the international media. Blackwater is based in the U.S. state of North Carolina, where it operates a tactical training facility that it claims is the world's largest. The company trains more than 40,000 people a year, from all the military services and a variety of other agencies. The company markets itself as being "The most comprehensive professional military, law enforcement, security, peacekeeping, and stability operations company in the world." (8)<br>http://en.wikipedia.org/wiki/Blackwater_USA |

| Germany And Then | Here and Now |
|---|---|
| **Replace regional civil law enforcement with a nationalized police force.**<br>The inception of the Gestapo, police acting outside of any civil authority, highlighted the Nazis' intention to use powerful, coercive means to directly control German society. Soon, an army estimated to be about 100,000 spies and informants operated throughout Germany, reporting to Nazi officials the activities of any critics or dissenters. Most ordinary Germans, happy with the improving economy and better standard of living, remained obedient and quiet, but many political opponents, especially communists and Marxist or international socialists, were reported by omnipresent eavesdropping spies and put in prison camps where many were tortured and killed. It is estimated that tens of thousands of political victims died or disappeared in the first few years of Nazi rule. (9)<br>http://en.wikipedia.org/wiki/Gestapo | **Authority of the Secretary of Homeland Security.**<br>"All authorities and functions of the Department of Homeland Security to administer and enforce the immigration laws are vested in the Secretary of Homeland Security. The Secretary of Homeland Security may, in the Secretary's discretion, delegate any such authority or function to any official, officer, or employee of the Department of Homeland Security, including delegation through successive redelegation, or to any employee of the United States to the extent authorized by law. Such delegation may be made by regulation, directive, memorandum, or other means as deemed appropriate by the Secretary in the exercise of the Secretary's discretion. A delegation of authority or function may in the Secretary's discretion be published in the Federal Register, but such publication is not required." (10) |
| **Make militarism pay.**<br>Nazi rationale invested heavily in the militarist belief that great nations grow from military power and maintained order, which in turn grow "naturally" from "rational, civilized cultures". The Nazi Party appealed to German nationalists and national pride. ... Many companies dealt with the Third Reich. Volkswagen was a Nazi project. Opel employed Jewish slave labour to run their industrial plants. Additionally, Daimler-Benz used prisoners of war as slaves to run their industrial plants. Other companies that dealt with the Third Reich—many of which claim not to have known the truth of what the Nazis were doing —were: BMW,[55] Krupp (made gas chambers), Bayer (as a small part of the enormous IG Farben chemistry monopoly), and Hugo Boss (designed the SS uniforms, admitted to this in 1997). (11) | **Defense Contractor CEO Pay Up 200 Percent Since 9/11**<br>The ratio between CEO and worker pay across the market climbs to 431 : 1, up from 301 : 1 last year, according to a new CEO pay study from United for a Fair Economy and the Institute for Policy Studies. The report, which surveys 367 leading US corporations, focuses particularly on 34 of the top 100 defense contractors in 2004 with 10 percent or more of their revenues from defense contracts. It finds "a trend towards individual war profiteering by CEOs," with CEO pay at these companies rising 200 percent from 2001 to 2004. Stepping back to look at across-the-board comparisons, the ratio of average total compensation for all 367 CEOs ($11.8 million) to average production worker pay ($27,460) is 431-to-1 in 2004, up from 301-to-1 in 2003. (12) |

| Germany And Then | Here and Now |
|---|---|
| **Prosecute gays and stress "traditional family values."**<br><br>The Nazis opposed women's emancipation and opposed the feminist movement, claiming that it was Jewish-led and was bad for both women and men. The Nazi regime advocated a patriarchial society in which German women would recognize the "world is her husband, her family, her children, and her home." (13) The Nazis believed that male homosexuals were weak, effeminate men who could not fight for the German nation. They saw homosexuals as unlikely to produce children and increase the German birthrate. (15) | **Congress passes Defense of Marriage Act/Don't Ask, Don't Tell.**<br>The Defense of Marriage Act (DOMA) does two things. First, it provides that no State shall be required to give effect to a law of any other State with respect to a same-sex "marriage." Second, it defines the words "marriage" and "spouse" for purposes of Federal law. (14)<br>"What I fail to understand is exactly how the military would be expected to house openly-admitted homosexuals, in an environment where we force people to room together, without seriously violating the sexual privacy rights of the heterosexual majority, or causing major problems with morale." (16) |
| **Eliminate labor unions to reduce labor costs**<br><br>The Nazis abolished trade unions, collective bargaining and the right to strike. An organization called the "Labor Front" replaced the old trade unions, but it was an instrument of the Nazi party and did not represent workers. According to the law that created it, "Its task is to see that every individual should be able... to perform the maximum of work." Workers would indeed greatly boost their productivity under Nazi rule but they also became exploited. Between 1932 and 1936, workers wages fell, from 20.4 to 19.5 cents an hour for skilled labor, and from 16.1 to 13 cents an hour for unskilled labor. (17) | **The New Face of Unionbusting**<br>Last December the Labor Department's top official in California made the most expensive and dangerous call of his life. Richard Sawyer thought he was just enforcing wage and hour laws, and protecting workers' rights. That is, after all, the Labor Department's mandate. Instead, the price for his call was his job. Republican politicians are seeking to ban one of the labor movement's most effective campaign strategies - Justice for Janitors. *Sawyer's predicament highlights the evolving nature of unionbusting. What has traditionally been a business dominated by consultants, guards and lawfirms, conducting dirty campaigns to beat unions in strikes and NLRB elections, has taken on a much wider scope.* (18) |
| **Increase the money supply, ease credit -- go into deficit -- borrow like crazy**<br>The German government expanded the money supply through massive deficit spending. However at the same time the government imposed a 4.5% interest rate ceiling, creating a massive shortage in borrowable funds. This was resolved by setting up a series of dummy companies that would pay for goods with bonds. While it was promised that these bonds could eventually be exchanged for real money, the repayment was put off until after the collapse of the Reich. These complicated manoeuvres also helped conceal armament expenditures. (19) | **Increase the money supply, ease credit, cut taxes, go into deficit -- borrow like crazy.**<br><br>The U.S. budget deficit is financed by borrowing. China's investment in U.S. government debt (bonds) has more than tripled in the past five years, from $71 billion in 2000 to $242 billion in 2005.<br>Under pressure to pay for hurricane recovery, the war in Iraq, a costly transportation bill, tax cuts, and a new prescription drug program, Congress and the president have been unwilling to raise taxes or make deep spending cuts. The only alternative is to borrow. (20) |

| Germany And Then | Here and Now |
|---|---|
| **No unions, imported labor, slave labor keep wages low.**<br><br>While the strict state intervention into the economy, and the massive rearmament policy, led to full employment during the 1930s, real wages in Germany dropped by roughly 25% between 1933 and 1938. In addition, more than ten million people were put into forced (slave) labor, further depressing wages. [21] | ***Weakened unions, cheap labor from Mexico keep wages low.***<br>With the economy beginning to slow, the current expansion has a chance to become the first sustained period of economic growth since World War II that fails to offer a prolonged increase in real wages for most workers.The median hourly wage for American workers has declined 2 percent since 2003, after factoring in inflation. The drop has been especially notable, economists say, because productivity has risen steadily over the same period. [22] |
| Share the booty with helpful elite.<br><br>What may have looked like utter confusion -- within the German government -- was in fact a cunningly orchestrated program, one that was able to mobilize such groups as Germany's elites, who were not simply delirious with religious hope and hatred. Other more specialized works have shown that the amount of nepotism and cold-blooded corruption under the Third Reich was just incredible. (V.R. Berghahn is the Seth Low professor of history and the director of the Institute for the Study of Europe at Columbia University.) | Share the booty with helpful companies<br>The payback from these lobbying efforts can be enormous. Between 1998 and 2004, the 41 defense contractors that paid fees to PMA collectively won $266 billion in contracts from the Pentagon, according to CRP. That amounts to almost 30% of the total value of all contracts awarded by the Department of Defense. Moreover, of this amount, $167 billion — nearly two out of three dollars — was received from contracts that were awarded without "full and open" competition. In fact, PMA clients account for 47% of all such non-competitive contracts — contracts in which the government negotiates with a single contractor [23] |
| **Deny atrocities**<br><br>The first Holocaust deniers were the Nazis themselves. Historians have documented evidence that Heinrich Himmler instructed his camp commandants to destroy records, crematoria and other signs of mass extermination, as Germany's defeat became imminent and the Nazi leaders realized they would most likely be captured and brought to trial. Following the end of World War II, many of the former leaders of the SS left Germany and began using their propaganda skills to defend their actions (or, their critics contended, to rewrite history). Denial materials began to appear shortly after the war. [24] | **"This Governement Does Not Torture People."**<br>**(George W. Bush)**<br><br>There is a growing consensus that the harrowing images of Abu Ghraib did great trauma to our national psyche - and was one of the steepest falls from grace in our nation's history. Like everyone else, I had seen the images that came out of Abu Ghraib and was shocked and saddened by them. And like so many others, I wondered how could people, particularly Americans, treat others so inhumanely? I initially set out to do a documentary about why ordinary people commit extraordinary acts of evil. Were the people who committed these acts psychopaths? Or were they the sweet kids next door behaving badly in times of war? [25] |

Of course the enemy of all the above is truth. No people can be led willingly into a fascist nightmare if truth prevails. Which is why it was among the first casualties in Germany.

**First a definition: The Big Lie:**

"The Big Lie is a propaganda technique in which the lie is so complex that the public will either dismiss it as impossible or choose not to believe it out of willful ignorance. It was defined by Adolf Hitler in his 1925 autobiography Mein Kampf as a lie so "colossal" that no one would believe that someone "could have the impudence to distort the truth so infamously". (Wikipedia)

And

"To tell deliberate lies while genuinely believing in them, to forget any fact that has become inconvenient, and then when it becomes necessary again, to draw it back from oblivion for just so long as it is needed." George Orwell on "The Big Lie" method of governance.

But who better to define the Big Lie than one of it's most successful practitioners, Hitler's very own Karl Rove – Joesph Goebbels:

"Never allow the public to cool off; never admit a fault or wrong; never concede that there may be some good in your enemy; never leave room for alternatives; never accept blame; concentrate on one enemy at a time and blame him for everything that goes wrong; people will believe a big lie sooner than a little one; and if you repeat it frequently enough people will sooner or later believe it….The lie can be maintained only for such time as the State can shield the people from the political, economic and/or military consequences of the lie. It thus becomes vitally important for the State to use all of its powers to repress dissent, for the truth is the mortal enemy of the lie, and thus by extension, the truth is the greatest enemy of the (fascist) State."

And so it came to pass -- then and there and here and now. Which is why I say, Ich bin ein Berliner. I – we – have begun down the same road. On September 12, 2001 we stood where the German people did on February 28, 1933, the morning after the Reichstag building was destroyed. They were lied to by their leaders and allowed the fear of enemies – real and imagined -- seen and unseen -- to replace common sense and reason. They allowed those lies to supplant curiousity, suspicion and the search for truth. They allowed false patriotism to mask the genuine motivations. And thus they shared the guilt for the horrors that followed.

I now understand how it happened, though that understanding has not -- and cannot -- led to forgiveness. Some things are simply, and literally, unforgivable.

And I better understand how we got where we are today.

I also understand that history is unlikely to forgive us either.

EMAIL

DATE: Oct 16, 2007 1:15 PM

FROM: Don Hamrick<4donhamrick@gmail.com>

TO:    AskDOJ@usdoj.gov,          U.S. Department of Justice
inspector.general@usdoj.gov, U.S. Department of Justice
Daisy.D.Correa@usdoj.gov,  U.S. Department of Justice
Scott.A.Myers@usdoj.gov,   U.S. Department of Justice
dc.outreach@usdoj.gov,     U.S. Attorney's Office, Washington, DC
jane.duke@usdoj.gov,       U.S. Attorney's Office, Little Rock, AR
Kim.Squires@usdoj.gov,    U.S. Attorney's Office, Little Rock, AR
richard.pence@usdoj.gov,   U.S. Attorney's Office, Little Rock, AR
william.jessup@usdoj.gov,  U.S. Marshals Service, Washington, DC
robert.robeson@usdoj.gov, U.S. Marshals Service, Washington, DC
us.marshals@usdoj.gov,    U.S. Marshals Service, Washington, DC
dave.loyer@usdoj.gov,     U.S. Marshals Service, Little Rock, AR
little.rock@ic.fbi.gov,      FBI Field Office, Little Rock, AR
stlouis@ic.fbi.gov,         FBI Field Office, St. Louis, MO
washington.field@ic.fbi.gov FBI Field Office, Washington, DC

# Over Half of the 50 States Have Secession Movements

## TUESDAY - JUNE 26, 2007:

http://www.thepowerhour.com/past_shows/schedule_06_25_07.htm

Author **THOMAS NAYLOR** reports on "Secession" fever - - - as it spreads across America - - - because our current Government and it's size have become ungovernable and, therefore, unfixable, our only path back to freedom is by Secession. Find out how Bill O'Reilly inadvertently endorsed this Secession Movement!

"With nearly 64,000 eligible voters in Vermont supporting secession, SVR is arguably the largest secession movement in America. **Over half of the 50 states now have active secession movements.** The AP piece reported on the results of a recent UVM Center for Rural Studies poll which found that 13 percent of those surveyed support secession, up from 8 percent a year before."

**Websites:**
http://www.VermontRepublic.org
http://www.VTCommons.org

**More info at:**
http://www.vermontrepublic.org/issues_essays/thomas_naylors_writings
http://www.middleburyinstitute.org

South Carolina "Ordinance of Secession"
http://www.youtube.com/watch?v=74maNDaC1Rs&mode=related&search =

Alabama "Ordinance of Secession" http://www.youtube.com/watch?v=dAJgTHrn5WQ

There are 13 states with secession ordinances (grassroots movement, not official state

ordincances):

see: http://members.aol.com/jfepperson/ordnces.html#Kentucky

South Carolina
Mississippi
Florida
Alabama
Georgia
Louisiana
Texas
Virginia
Arkansas
North Carolina
Tennessee
Missouri
Kentucky

http://www.secessionist.us/chattanooga_declaration.htm

## THE CHATTANOOGA DECLARATION, October 4, 2007

## YouTude Video Version: http://www.youtube.com/watch?v=sErJMgeR1mg

The Chattanooga Declaration was drafted and approved by delegates to the Second North American Secessionist Convention on 4 October 2007.

We, the delegates of the Secession movements represented at the Second North American Secessionist Convention, acknowledging our differences, yet agree on the following truths:

1. The deepest questions of human liberty and government facing our time go beyond right and left, and in fact have made the old right-left split meaningless and dead.

2. The privileges, monopolies, and powers that private corporations have won from government threaten everyone's health, prosperity, and liberty, and have already killed American self-government by the people.

3. The power of corporations endangers liberty as much as government power, especially when they are combined as in the American Empire.

4. Liberty can only survive if political power is returned from faraway and self-interested centers to local communities and States.

5. The American Empire is no longer a nation or a republic, but has become a tyrant aggressive abroad and despotic at home.

6. The States of the American union are and of right ought to be, free and self-governing.

7. Without secession, liberty and self-government can never be sustained, and diversity among human societies can never survive.

## THE BURLINGTON DECLARATION, November 4, 2006

We, the participants in the First North American Secessionist Convention, though representing many different and diverse groups and constituencies, agree on the following principles as

43

representing the truths of natural law and historical experience:

1. Any political entity has the right to separate itself from a larger body of which it is a part and peaceably to establish its independence as a free and legitimate state in the eyes of the world.

2. Governments are instituted among peoples, deriving their just powers from the consent of their citizens, and whenever any form of government becomes destructive of the legitimate goals of life, liberty, prosperity, and self-determination, it is the right of the people in democratic fashion to alter or abolish it, and to institute new government in such form as to them shall seem most likely to effect their safety and happiness.

3. Any government formed by and dependent upon a constitution to regulate its actions and affairs has certain legitimate powers delegated to it, but any powers not so delegated are reserved to the people of that state and their democratically chosen political bodies.

4. Nations once independent should engage in peace, commerce, good will, and honest friendship with all nations, and observe good faith, justice, and harmony toward all, but establish entangling relationships with none, nor engage in colonial dominance, political or economic, over any.

5. Direct democracy, with one vote for each and every citizen (as the polity shall designate citizenship), has proven to be a desirable form of governance among people, but it can operate with justice and equality only when at a small enough scale that each person may be known to every other person; when representative forms of government are undertaken, they should likewise best be established at a scale small enough so that each representative can be informed of the opinions and beliefs of the general run of the people in the constituency or community which that person is chosen to represent.

It is within this body of principles that we ask all governments to operate and it is by them that we ourselves, individually and the organizations we represent, intend to be guided.

Burlington, Vermont
November 4, 2006

# A Vision of a Nation No Longer in the U.S.

By Peter Applebome
New York Times: N.Y. / Region / Our Towns
October 18, 2007
http://www.nytimes.com/2007/10/18/nyregion/18towns.html?ref=nyregion



Kirkpatrick Sale at home in Cold Spring, N.Y. He is the director of the Middlebury Institute, dedicated to secessionist issues. Photographer Joyce Dopkeen/The New York Times

COLD SPRING, N.Y.

If any New Yorker were to become the theoretician for a new secessionist movement, it figured to be Kirkpatrick Sale.

Mr. Sale, 70, was a campus rabble-rouser at Cornell in the 1950s long before Berkeley made being one fashionable, a model for a character in Richard Fariña's classic '60s novel, "Been Down So Long It Looks Like Up to Me," a writer who worked briefly with his college pal Thomas Pynchon on a musical called "Minstral Island."

For half a century, he's written more or less from the left on issues of decentralization, the environment and technology — in praise of Luddites, envisioning with dread the rise of the Sun Belt, lambasting Christopher Columbus as a despoiler of the American Eden and predicting environmental doom in a way that is making him at the moment look more prescient than cranky.

And though he once described the personal computer as the devil's work (its efficiencies producing more "social disintegration, economic polarization, and environmental devastation"), there he was Tuesday at his modern Adirondack-style house in the woods looking in delight at the inbox on his laptop.

"Look at this," he said. "There are 177 more messages from people who want to get on our mailing list. There's nothing that has brought right and left together like this."

"This" was the Second North American Secessionist Convention, held Oct. 3 and 4 in Chattanooga, and attended by 15 delegates representing 25 states, plus 40 sympathetic observers. It followed, amazingly enough, the First North American Secessionist Convention, held the year before in Burlington, Vt.

In this country, secession has not had the greatest odor since the 1860s, when it produced a movement now seen as racist, violent and a loser. But the spirit of Mr. Sale and his pro-secession Middlebury Institute actually has more to do with Vermont.

There, a group called the Second Vermont Republic has become a small-bore local phenomenon, with its call for a "genteel revolution," opposed to "the tyranny of Corporate America and the U.S. government," and committed to "the peaceful return of Vermont to its status as an independent republic and more broadly the dissolution of the Union." Hence those "U.S. Out of Vt!" T-shirts.

Similarly, the language of the convention's Chattanooga Declaration decries excess corporate and governmental power, says that the deepest issues of the time go beyond left and right and declares that liberty can survive only if political power is returned to local communities and states.

"The American Empire is no longer a nation or a republic," it says, "but has become a tyrant aggressive abroad and despotic at home."

Even those ill-disposed toward the idea of an independent Vermont, Hawaii or Alaska or to the new Confederacy envisioned by the League of the South might see some logic here. Back in 1981, the journalist Joel Garreau published "The Nine Nations of North America," mapping out how economics, geography and culture really made it more logical for the United States, Canada and Mexico to be nine nations than three.

Mr. Sale argues that the big theme of contemporary history, from the collapse of the Soviet Union to the evolution of the United Nations from 51 nations in 1945 to 192 now, is the breakup of great empires. And some on both left and right agree that the only cure for a federal government that's too big and too powerful is to make it less big and less powerful.

His relentlessly bleak vision is that catastrophic events, long term (collapsing dollar, out-of-control oil prices, climate change) and short term (Iraq, Katrina, government-sanctioned torture), will produce the downsizing of America, secession movement or no.

"The virtue of small government is that the mistakes are small as well," he said.

Still, he concedes, there are a few roadblocks. Another 177 e-mail messages might feel like a revolution, but in that big, bad, computer-fueled world it's just another tiny blip in the din. Local control might look fine in green, crunchy Vermont but perhaps looks less fine if it meant Southern states maintaining segregated schools and water fountains through the '60s. Who is going to pay your Social Security, build interstate highways or finance NASA?

And just how to make secession happen — legally and geographically — is, he concedes, still a work in progress. One option might be state by state, but then there are those Neo-Confederates in the South, or advocates of independent New England, Cascadia (Washington, Oregon, British Columbia) or New Acadia (Vermont, New Hampshire, Maine and the four Atlantic provinces of Canada).

Mr. Sale was asked what nation he's prepared to live in.

"I'd like the Hudson Valley," he said. "I'd even include New York City, the whole Hudson watershed. It would be rich in resources and culturally unified. That's the whole point of secession. If you want to leave a nation you think is corrupt, inefficient, militaristic, oppressive, repressive, but you don't want to move to Canada or France, what do you do? Well, the way is through secession, where you could stay home and be where you want to be."

Of course, there might be problems here, too. What about the poor orphaned folks in distant Buffalo or Rochester or the vast empty acres upstate? What if the city didn't want to join and wanted to be its own smug Cosmopolitania instead? Where would the Bronx, the one borough on the mainland, end up?

Oh, well, life's difficult.

"You would call it Hudsonia," he said, warming to the thought. "That's the thing about secession. It fires up the imagination like nothing else."

E-mail: peappl@nytimes.com