In the U.S. District Court of the District of Columbia

333 Constitution Avenue, Washington, DC 20001

No. 1:07-cv-1616, RMC

| | |
|---|---|
| Don Hamrick, pro se<br>IN THE CAPACITY OF A<br>PRIVATE ATTORNEY GENERAL<br>5860 Wilburn Road<br>Wilburn, AR 72179<br>    PLAINTIFF/APPELLANT<br>v.<br><br>United Nations<br><br>United States<br>    DEFENDANT/APPELLEE | Civil RICO Act<br>18 U.S.C. § 1964(a) |

# ADDENDUM TO
# AMENDED COMPLAINT

# DO I HAVE ANY ENFORCEABLE RIGHTS?

## "Contumacious Behavior"
## of the Federal Courts and the U.S. Marshals Service

(Cc: Inter-American Commission on Human Rights )

### October 10, 2007

**Docketed:** Emergency MOTION for Exparte Order Verifying and Validating Plaintiff's Citizen's Arrest Warrants and Petition for Ex Parte Order to Federal Law Enforcement Agencies to Assist the Plaintiff With the Citizen's Arrest Warrant. "Leave to File Granted."

### October 19, 2007

**Docketed:** Plaintiff's Ex Parte Memorandum Opinion in Support of His Emergency [MOTION] for Ex Parte Order: Federal Questions! 28 U.S.C. § 1331.

**Docketed:** [KNEE-JERK REACTION?] Memorandum Opinion and ORDER dismissing case.

In Judge Rosemary M. Collyer's Memorandum Opinion she resorts to inapplicable boilerplate case law in order to impart an unjustified prejudice on the merits of my case to the extent that Judge Collyer commits the federal crime of Fraud and False States, 18 U.S.C. § 1001. Could she be retaliating with her dismissal because I criticize the federal courts and the U.S. Government? The merits of my case is based upon government induced injuries to my rights supported by legal precedents and public commentary on current invents constituting the voice and will of We the People.

**RECEIVED**

OCT 2 5 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1

# More Case Law for Judge Collyer to Ignore

*Richman v. General Motors Corp.*, 437 F.2d 196, 199 (1st Cir. 1971) (holding that "[d]ismissal is a harsh sanction which should be resorted to only in extreme cases" that have a clear record of delay or **contumacious conduct**);

6A Wright, Miller & Kane, *Federal Practice & Procedure* ? 1531 (2d ed. 1990) (hereinafter Wright & Miller) ("Parties should not be denied relief solely because of a procedural error or unless clearly **contumacious behavior** is involved.")[1]

6A Wright, Miller & Kane, *Federal Practice & Procedure* ? 1531 n.10 (collecting cases indicating that dismissals absent **contumacious behavior** generally constitute an abuse of discretion).[2]

# MEMORANDUM OPINION

The Court's Memorandum Opinion and ORDER dismissing my case calls into question judge Rosemary M. Collyer's ***probity, fairness, honesty, uprightness, and soundness of character*** under Canon 1 of the Model Code of Judicial Conduct. I now question whether the public confidence in the integrity and independence of judges is damaged. I question whether the integrity and independence of judge Rosemary M. Collyer is damaged due to *favor* to the U.S. Government at the expense of the my statutory, civil, constitutional, and human rights. I question whether judge Rosemary M. Collyer was affected by outside influences (i.e., the U.S. Marshals Service opposition to the Plaintiff's use of Citizen's Arrest Warrant as a last resort in defense of his statutory right under 28 U.S.C. § 1916 because judges committed Extortion under Color of Law, 18 U.S.C. § 872) where Canon 1 dictates that judges must comply with the law.

I began this litigious saga 5 years ago in 2002 as a naïve civil plaintiff expecting fair an unbiased treatment by the federal courts. From the outset of the first case I was shocked, frustrated, and horrified by the unmitigated bias of federal judges. No matter how well I researched my legal arguments, no matter how extensive my case citations were, no matter how well founded my case was in constitutional law, the U.S. Attorney's (Government defense counsel) and the judges had a wealth of opposing case law to defend the U.S. Government in any and all "contumacious behavior" repugnant to the U.S. Constitution.

Today, I have no faith or trust in the federal judicial system because I have come to believe that the federal courts have evolved into the protective branch of the U.S. Government's transgressions of statutory, civil, constitutional, and human rights at all costs.

In the 5 years of litigation, collectively taken, the federal courts have eliminated my First Amendment right to petition the Government for redress of grievances, eliminated my right to a jury trial under the Seventh Amendment and eliminated my right to due process (substantial

---

[1] Definition: *stubbornly disobedient : rebellious*. The party behaving contumaciously is not the Plaintiff but the Defendants.

[2] Since the Plaintiff has not committed any acts of contumacious behavior the dismissal of the Plaintiff's case is an abuse of discretion. The Plaintiff presumes or suspects the Court's abuse of discretion was possibly triggered by either the Court taking exception to the Plaintiff's political poems and news reports criticizing the U.S. Government and the Federal Courts as noted in the first paragraph on page 1 of the Court's Memorandum Opinion dated October 19, 2007.

due process) under the Fifth and Fourteenth Amendments. The most blatant of these violations is the 8th Circuit dismissing my appeal (Case No. 07-2400) for failure to prosecute simply because I refused to submit to Extortion under Color of Law, 18 U.S.C. § 872 as I stood behind my statutory right as a seamen to be exempt from paying the filing fees of the 8th Circuit, 28 U.S.C. § 1916.

Another blatant example of the federal courts' abuse of discretion is the U.S. District Court for the Eastern District of Arkansas, (Case No. 06-0044) denying my Motion for Gideon Representation as a civil plaintiff in light of the American Bar Association's unanimous recommendation of August 7-8, *"That the American Bar Association urges federal, state, and territorial governments to provide legal counsel as a matter of right at public expense to low income persons in those categories of adversarial proceedings where basic human needs are at stake, such as those involving shelter, sustenance, safety, health or child custody as determined by each jurisdiction."*

> **This Resolution is the Logical Next Step in the ABA's Long History of Support for Achieving Equal Justice in the United States**
>
> The ABA has long held as a core value the principle that society must provide equal access to justice, to give meaning to the words inscribed above the entrance to the United States Supreme Court – "Equal Justice Under Law." As one of the Association's most distinguished former Presidents, Justice Lewis Powell, once observed:
>
>> *"Equal justice under law is not just a caption on the facade of the Supreme Court building. It is perhaps the most inspiring ideal of our society . . . It is fundamental that justice should be the same, in substance and availability, without regard to economic status."*
>
> The ABA also has long recognized that the nation's legal profession has a special obligation to advance the national commitment to provide equal justice. The Association's efforts to promote civil legal aid and access to appointed counsel for indigent litigants are quintessential expressions of these principles.

= = =

## Denying Equal Justice Under the Law

Where is my judicial remedy when contumacious behavior is chargeable to the federal court and to the Executive Branch of the federal government?

Must I commit a federal crime by following through with my Citizen's Arrest Warrant of federal judges and court clerks for Extortion under Color of Law which I perceive as a right and duty as a civil plaintiff acting in the capacity of a Private Attorney General to proceed as authorized by DC Code §23-582(b) codifying and limiting the scope of citizen arrest power, in defiance of threats of arrest from the U.S. Marshals Service before I am treated to equal justice under the law?

Respectfully,

*/s/ Don Hamrick*

Don Hamrick

CERTIFICATION: Service not done because I cannot afford the cost.

# Separation of Powers – Fact or Fiction?

By Gina Parker
March 22, 2006
http://ginaparker.net/gp/separation-powers.html

Federal courts across the nation are silencing the voice of the people. Whether it is a referendum passed by voters in Colorado or a law written by state legislators in Texas, federal courts are destroying the balance of power envisioned by our Founding Fathers.

President Abraham Lincoln wisely warned us of the danger of a judiciary imposing its will on the people. President Lincoln stated, "*if the policy of the government, upon which vital questions, affecting the whole people, is to be irrevocably fixed by decisions of the Supreme Court ... the people will have ceased to be their own rulers, having, to that extent, practically resigned their government into the hands of the eminent tribunal.*"

Alexander Hamilton also professed in The Federalist 78, "*the judiciary is beyond comparison the weakest of the three departments of power,*" but today the tides have changed, and the judiciary is by far the most powerful of the three branches of government. Article III, Section II of the U.S. Constitution provides, "*The Supreme Court shall have appellate jurisdiction, both as to law and fact, with such exceptions, and under such regulations as the Congress shall make.*" Even though our Founding Fathers believed the judiciary to be the weakest branch of the government, they envisioned a scenario where it could become too powerful, and they vested Congress with the authority to limit federal court jurisdiction.

Congress recently used this provision when passing the "*Protection of Lawful Commerce in Arms Act*" in protecting manufacturers from expensive, frivolous litigation throughout the country. The Arms Act specifically states as one of its purposes, "*to preserve and protect the Separation of Powers doctrine and important principles of federalism, state sovereignty and comity between sister States.*"

The U.S. Senate is now considering similar legislation that has passed in the House, which would prevent the federal courts from interfering with border security in California. Environmentalists near San Diego have succeeded in preventing an integral 3.5 mile stretch of fence to be built across "Smuggler's Gulch" since 2003. If this piece of legislation passes, the fence will be built without the threat of further opposition and legal expenses in federal court. Essentially, the bill will exempt this small stretch of desert from state and federal environmental laws, placing our nation's security at the forefront. As Supervisor Bill Horn, San Diego County Board of Supervisors stated, "*the environment is important, but not as important as the lives of Americans.*"

Continually federal courts silence the people's voice and destroy the separation of powers that our Founding Fathers envisioned; Congress, however, can prevent the courts from infringing further upon our rights. We must encourage our elected officials to continue passing laws that protect values we hold dear by excluding federal courts from hearing specific types of cases, such as lawsuits to overturn *Defense of Marriage* laws, and passing laws that prohibit federal courts' reliance upon foreign laws when ruling on cases. The Constitution will protect our voice, but only if "*We the People*" use it!

# Discriminating against American culture

David Limbaugh
WorldNetDaily.com
March 15, 2002
http://www.worldnetdaily.com/news/article.asp?ARTICLE_ID=26841

Whether or not you subscribe to Pat Buchanan's view that the West is dying, how can you deny that our society is becoming increasingly fragmented and balkanized? Why, then, does our government so often discourage, rather than encourage, immigrants from assimilating into our culture?

On Aug. 11, 2000, President Clinton signed Executive Order 13166, which requires federal agencies and any other entities that receive federal funds to make their programs and activities "accessible" to non-English speaking persons. The order provides that entities that do not comply are guilty of discriminating on the basis of national origin in violation of the Civil Rights Act of 1964.

Are you outraged yet? You probably assume that President Bush will just revoke this ill-conceived fiat and be done with it. But no. The order remains in full force and effect – so much so, that a pro-English advocacy group (and others who come within the order's pernicious reach) is suing the Bush administration to block its enforcement.

What's the big deal? Well, on Aug. 16, 2000, the Justice Department issued guidelines to implement the Executive Order, which require all federal agencies and fund recipients to provide immediate translation and interpretation services to any person who is not proficient in English. Then, on Aug. 30, 2000, the Department of Health and Human Services issued its own implementing guidelines.

The HHS guidelines require medical providers subject to the order to provide, at no charge, (Limited English Proficient) patients, upon request, with translation services into any language. Otherwise, they'll be subject to a national origin discrimination complaint. Don't worry, if I were reading this, I wouldn't believe me either. But, sadly, it's true.

Some medical doctors are mad as hell and aren't going to take it anymore. They've joined with ProEnglish, a non-profit organization dedicated to the promotion of English as our common language, to seek an injunction against enforcement of the order and the HHS implementing guidelines.

One of the plaintiffs, Dr. Anthony Bull, is a California anesthesiologist. He alleges that the government policies require him to provide translators inside operating rooms, and pre- and post-op areas – at his own expense. Another, Dr. Clifford Colwell, is head of the Musculoskeletal Center at the Scripps Clinic in La Jolla, Calif.. His clinic already provides translators for some languages, but the oppressive federal rules would require translation in all languages.

A third plaintiff, Joseph Daugherty, M.D., a family practitioner who himself speaks German and Spanish, is already burdened with treating Medicare patients at low reimbursement. He fears that adding translation costs would mean that each patient would cost him more than he would be reimbursed. Think about that: In effect, he would be paying to treat Medicare patients.

The plaintiffs are on strong legal footing. Federal courts have consistently ruled that using English alone does not constitute national-origin discrimination. In one case, the court went so far as to hold that an employer's rule forbidding bilingual employees from speaking anything but English in public areas while on the job did not discriminate on the basis of

5

national origin. If it is not discrimination to require speaking English in the workplace, how can it possibly be discrimination not to provide translators?

Don't get me wrong. These days, a court is liable to do anything. But that's not the point. Forget the legalities for a minute. Let's just be blunt. These kinds of do-gooder regulations are anything but good. They are tearing our society apart. And by discouraging foreigners from learning English, the do-gooders are doing them no favors either.

What kind of nonsense is it that makes people believe that it is healthy for this nation to discourage foreign cultures from assimilating – from learning the language, from becoming a part of the unique American culture? How can rational people fail to comprehend that by destroying the unity of the American culture you will eventually destroy America itself?

Of course, it doesn't make sense, except to people who believe that western civilization and American culture are evil. It is patently ridiculous to make federal fund recipients provide translators for their clients. It is more ridiculous to make them pay for them. And it is even more ridiculous to say that if they don't, they are discriminating against people on the basis of their national origin.

You want to talk about discrimination? It's time for these do-gooders to quit discriminating against America, Americans, the English language and the American way of life. It's past time for the Bush administration to revoke Executive Order 13166.

# Can We Destroy the United States?

Vicktor
*Clovis CA from the people, for the people.*
Tuesday February 20, 2007
http://www.myclovis.com/main/?q=node/27

According to the former state of Colorado Governor we can. We know Dick Lamm as the former Governor of Colorado. In that context his thoughts are particularly poignant. Last week there was a n immigration overpopulation conference in Washington, DC , filled to capacity by many of America 's finest minds and leaders. A brilliant college professor by the name of Victor Davis Hanson talked about his latest book, "Mexifornia," explaining how immigration - both legal and illegal was destroying the entire state of California . He said it would march across the country until it destroyed all vestiges of The American Dream. Moments later, former Colorado Governor Richard D. Lamm stood up and gave a stunning speech on how to destroy America . The audience sat spellbound a s he described eight methods for the destruction of the United States . He said, "If you believe that America is too smug, too self-satisfied, too rich, then let's destroy America. It is not that hard to do. No nation in history has survived the ravages of time. Arnold Toynbee observed that all great civilizations rise and fall and that 'An autopsy of history would show that all great nations commit suicide.'" Here is how they do it," Lamm said:

"First, to destroy America , turn America into a bilingual or multi-lingual and bicultural country." History shows that no nation can survive the tension, conflict, and antagonism of two or more competing languages and cultures. It is a blessing for an individual to be bilingual; however, it is a curse for a society to be bilingual. The historical scholar, Seymour Lipset, put it this way: "The histories of bilingual and bi-cultural societies that do not assimilate are histories of turmoil, tension, and tragedy." Canada , Belgium , Malaysia , and Lebanon all face crises of national existence in which minorities press for autonomy, if not independence. Pakistan and Cyprus have divided. Nigeria suppressed an ethnic rebellion. France faces difficulties with Basques, Bretons, and Corsicans.". Lamm went on:

Second, to destroy America , "Invent 'multiculturalism' and encourage immigrants to maintain their culture. Make it an article of belief that all cultures are equal. That there are no cultural differences. Make it an article of faith that the Black and Hispanic dropout rates are due solely to prejudice and discrimination by the majority Every other explanation is out of bounds.

Third, "We could make the United States an 'Hispanic Quebec' without much effort. The key is to celebrate diversity rather than unity. As Benjamin Schwarz said in the Atlantic Monthly recently: "The apparent success of our own multiethnic and multicultural experiment might have been achieved not by tolerance but by hegemony. Without the dominance that once dictated ethnocentricity and what it meant to be an American, we are left with only tolerance and pluralism to hold us together." Lamm said, "I would encourage all immigrants to keep their own language and culture. I would replace the melting pot metaphor with the salad bowl metaphor. It is important to ensure that we have various cultural subgroups living in America enforcing their differences rather than as Americans, emphasizing their similarities."

"Fourth, I would make our fastest growing demographic group the least educated. I would add a second underclass, unassimilated, undereducated, and antagonistic to our population. I would have this second underclass have a 50% dropout rate from high school."

"My fifth point for destroying America would be to get big foundations and business to give these efforts lots of money. I would invest in ethnic identity, and I would establish the cult of 'Victimology.' I would get all minorities to think that their lack of success was the fault of the

majority. I would start a grievance industry blaming all minority failure on the majority population."

My sixth plan for America 's downfall would include dual citizenship, and promote divided loyalties. I would celebrate diversity over unity. I would stress differences rather than similarities.

Diverse people worldwide are mostly engaged in hating each other "- that is, when they are not killing each other. A diverse, peaceful, or stable society is against most historical precedent. People undervalue the unity it takes to keep a nation together. Look at the ancient Greeks. The Greeks believed that they belonged to the same race; they possessed a common Language and literature; and they worshipped the same gods. All Greece took part in the Olympic games. A common enemy, Persia , threatened their liberty. Yet all these bonds were not strong enough to overcome two factors: local patriotism and geographical conditions that nurtured political divisions. Greece fell. "E. Pluribus Unum" --From many, one. In that historical reality, if we put the emphasis on the 'pluribus' instead of the 'Unum,' we will balkanize America as surely as Kosovo.

"Next to last, I would place all subjects off limits; make it taboo to talk about anything against the cult of 'diversity.' I would find a word similar to 'heretic' in the 16th century - that stopped discussion and paralyzed thinking. Words like 'racist' or 'xenophobe' halt discussion and debate. Having made America a bilingual/bicultural country, having established multi-culturalism, having the large foundations fund the doctrine of 'Victimology,' I would next make it impossible to enforce our immigration laws. I would develop a mantra: That because immigration has been good for America , it must always be good. I would make every individual immigrant symmetric and ignore the cumulative impact of millions of them."

In the last minute of his speech, Governor Lamm wiped his brow. Profound silence followed. Finally he said,.

"Lastly, I would censor Victor Davis Hanson's book "Mexifornia." His book is dangerous. It exposes the plan to destroy America . If you feel America deserves to be destroyed, don't read that book." There was no applause. A chilling fear quietly rose like an ominous cloud above every attendee at the conference. Every American in that room knew that everything Lamm enumerated was proceeding methodically, quietly, darkly, yet pervasively across the United States today.

Discussion is being suppressed. Over 100 languages are ripping the foundation of our educational system and national cohesiveness. Even barbaric cultures that practice female genital mutilation are growing as we celebrate 'diversity.' American jobs are vanishing into the Third World as corporations create a Third World in America - take note of California and other states - to date, ten million illegal aliens and growing fast. It is reminiscent of George Orwell's book "1984." In that story, three slogans are engraved in the Ministry of Truth building:

*"War is peace," "Freedom is slavery," and "Ignorance is strength."*

Governor Lamm walked back to his seat. It dawned on everyone at the conference that our nation and the future of this great democracy is deeply in trouble and worsening fast. If we don't get this immigration monster stopped within three years, it will rage like a California wildfire and destroy everything in its path especially The American Dream.

Richard D. Lamm was a democrat who served as Governor of Colorado for twelve years from 1975 to 1987. He acknowledge that this was he's speech on the perils of multiculturalism on mid June 2005.  Please let us know your  comments regarding this speech. Knowledge is power only when it is put to work. After reading this article I felt compel to once again publish it and allow our valley citizens to voice their opinions once again regarding this very important

topic. Paraphrasing Benjamin Franklin's "Every Country has the government that they deserve" I submit to you that if we do not vote we will not be represented with accuracy. Like it or not we are at war and everything we care about is at stake. Even our own civilization.

===