# In the U.S. District Court of the District of Columbia
### 333 Constitution Avenue, Washington, DC 20001
## No. 1:07-cv-1616, RMC

| | | |
|---|---|---|
| Don Hamrick, pro se<br>IN THE CAPACITY OF A<br>PRIVATE ATTORNEY GENERAL<br>5860 Wilburn Road<br>Wilburn, AR 72179<br>    PLAINTIFF/APPELLANT<br>v.<br><br>United Nations<br><br>United States<br>    DEFENDANT/APPELLEE | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **Civil RICO Act**<br>**18 U.S.C. § 1964(a)** |

*[handwritten: Let this be filed / R.M. Colly / 11/21/07]*

## MANDATORY JUDICIAL NOTICE OF ADJUDICATIVE FACTS: CHANGE IN RULE 40.2 OF THE RULES OF THE SUPREME COURT OF THE UNITED STATES VALIDATES PLAINTIFF'S CITIZEN'S ARREST WARRANT

## MEMORANDUM OPINION IN SUPPORT OF CITIZEN'S ARREST WARRANT FOR EXTORTION UNDER COLOR OF LAW

## EVIDENCE OF JUDICIAL BIAS BY THE U.S. SUPREME COURT AGAINST AN UNREPRESENTED CIVIL PLAINTIFF

## EVIDENCE OF EXTORTION BY THE U.S. SUPREME COURT UNDER COLOR OF LAW, 18 U.S.C. § 872

## AND

## EVIDENCE OF OBSTRUCTIONS OF JUSTICE BY THE U.S. SUPREME COURT

   From 2002 to the present the DC Circuit, the U.S. Supreme Court, the U.S. District Court for the Eastern District of Arkansas extorted their filing fee from me. The 8th Circuit dismissed my appeal outright because I refused to pay their filing fee standing in defense of my statutory right of exemption under 28 U.S.C. § 1916. The U.S. Department of Justice, the FBI, and the U.S. Marshals Service refuse to acknowledge a prosecutable crime under 18 U.S.C. § 872 when the evidence is clear and convincing. This implies the additional crime of obstructions of justice.

I have exhausted all available traditional remedies. I am forced to pursue the remedy of last resort, the Citizen's Arrest Warrant, under my Tenth Amendment powers reserved to the People (the power of citizen's arrest) and my Ninth Amendment right to exercise that power of citizen's arrest as a civil plaintiff acting in the capacity of a Private Attorney General because my Second Amendment case employs the civil RICO Act alleging the United States of racketeering an unlawful and an unconstitutional protection scheme under the Second Amendment, and alleging the United Nations of racketeering an unlawful protection scheme in violation of international human rights laws.

My Complaints were within my rights as a U.S. seaman to seek judicial review in the interest of justice as a private citizen. My claims were not frivolous nor were they ever ruled to be frivolous. My cases were dismissed with prejudice using inapplicable boilerplate case law generated by judicial bias and political ideologies against the Second Amendment and against an unrepresented civil plaintiff. The docket histories of my case prove that out as facts.

Rule 40.2 of the *Rules of the Supreme Court of the United Staters* went unchanged since May 3, 1999. I have not done the research to determine how for back in time Rule 40.2 remained unchanged. However, because I have been actively pursuing reimbursement of all filing fees (estimated to be a total of $1,465) the above named courts have denied me the traditional remedies. My pursuit of the remedy of last resort, the Citizen's Arrest Warrant, have lead me to have face to facing meetings with the U.S. Marshals Service and the U.S. Supreme Court Police (being treating as a criminal suspect).

Now I discover a change in the 2007 edition of Rule 40.2 of the *Rules of the Supreme Court of the United States.*

I find this change to be far more than just a coincidence not influenced by my pursuit of justice under Rule 40.2, the Seaman's Suit law 28 U.S.C. § 1916, and the law against Extortion under Color of Law 18 U.S.C. § 872. In fact, I rightly suspect that the change in Rule 40.2 was a direct result of my pursuit for a remedy under my Citizen's Arrest Warrant.

I want to know why this change was made! Did my dispute and litigation these past 4 years (since 2003 in Case No. 03-145) over the filing fees and/or my use of the Citizen's Arrest Warrant for Felony Extortion under Color of Law, 18 U.S.C. § 872 VERSUS 18 U.S.C. § 1916 as a remedy of *"Last Resort"* cause the change?

# Rule 40.2.
## (May 3, 1999 and May 2, 2005 Editions)
http://www.supremecourtus.gov/ctrules/rulesofthecourt.pdf

*A seaman suing under 28 U. S. C. § 1916 may proceed without prepayment of fees or costs or furnishing security therefor, but is not entitled to proceed under Rule 33.2, except as authorized by the Court on separate motion under Rule 39.*

REVISIONS TO RULES
OF THE
SUPREME COURT OF THE UNITED STATES
ADOPTION DATE: JULY 17, 2007
EFFECTIVE DATE: OCTOBER 1, 2007
http://www.supremecourtus.gov/ctrules/2007revisedrules.pdf

# Rule 40.2.
# (October 1, 2007 Revision)

http://www.supremecourtus.gov/ctrules/2007revisedrules.pdf

*A seaman suing under 28 U. S. C. § 1916 may proceed without prepayment of fees or costs or furnishing security therefor **and may file a motion for leave to proceed on papers prepared as required by Rule 33.2. The motion shall ask leave to proceed as a seaman and be accompanied by an affidavit or declaration setting out the moving party's seaman status. A copy of the motion shall precede and be attached to each copy of the petition for a writ of certiorari or other substantive document filed by the seaman.***

[CLERK'S COMMENT [TO 2007 REVISION]:

... THE REVISED RULES ALSO EXTENDS THE EXEMPTION FROM THE PREPARATION OF BOOKLET-FORMAT DOCUMENTS TO SEAMEN. IF THE REASON FOR THE STATUTORY EXEMPTIONS IS TO REMOVE COST BARRIERS, THE EXEMPTION OF THE PRINTING REQUIREMENT REMOVES THE BIGGEST COST BARRIER TO FILING IN THIS COURT.]

===

# TUESDAY, JULY 17, 2007
# ORDER

http://www.supremecourtus.gov/orders/courtorders/071707pzr.pdf

IT IS ORDERED that the revised Rules of this Court, today approved by the Court and lodged with the Clerk, shall be effective October 1, 2007, and be printed as an appendix to the United States Reports.

IT IS FURTHER ORDERED that the Rules promulgated May 2, 2005, see 544 U.S. 1071, shall be rescinded as of September 30, 2007, and that the revised Rules shall govern all proceedings in cases commenced after that date and, to the extent feasible and just, cases then pending.

===

I want copies of all documents regarding the reasons for the change in Rule 40.2 with web links to the same documents.

# EVIDENCE OF JUDICIAL BIAS AGAINST AN UNREPRESENTED CIVIL PLAINTIFF BY THE U.S. SUPREME COURT

==========================================

*Sean Silveira, et al.* v. *Bill Lockyer, Atty. General of California, et al.*
U.S. Supreme Court
Case No. 03-51

**Docketed: July 8, 2003**
Lower Ct: United States Court of Appeals for the Ninth Circuit
Case Nos.: (01-15098)
Decision Date: December 5, 2002
Rehearing Denied: May 6, 2003

| ~~~Date~~~ | ~~~~~~~Proceedings and Orders~~~~~~~~~~~~~~~ |
|---|---|
| Jul 3 2003 | Petition for writ of certiorari filed. (Response due August 7, 2003) |
| Jul 30 2003 | Brief amicus curiae of Pink Pistols filed. |
| Jul 30 2003 | Brief amicus curiae of Women Against Gun Control filed. |
| Jul 30 2003 | Brief amicus curiae of Jews for the Preservation of Firearms Ownership filed. |
| Aug 6 2003 | Brief amicus curiae of Second Amendment Sisters, Inc. filed. |
| Aug 7 2003 | Brief amicus curiae of National Rifle Association filed. |
| Aug 7 2003 | Brief amicus curiae of Doctors for Sensible Gun Laws filed. |
| **Aug 7 2003** | **Waiver of right of respondent Bill Lockyer, Attorney General of California to respond filed.** |
| Aug 20 2003 | DISTRIBUTED for Conference of September 29, 2003. |
| **Sep 22 2003** | **Response Requested . (Due October 22, 2003)** |
| Oct 22 2003 | **Brief of respondents Bill Lockyer, Attorney General of California, and Gray Davis, Governor in opposition filed.** |
| Oct 27 2003 | **Reply of petitioners Sean Silveira, et al. filed.** |
| Nov 5 2003 | DISTRIBUTED for Conference of November 26, 2003. |
| **Dec 1 2003** | **Petition DENIED.** |

==========================================

4

*Don Hamrick v. George W. Bush, et al.*
U.S. Supreme Court
Case No. 03-145

# Docketed: July 28, 2003

Lower Ct: United States Court of Appeals for the District of Columbia Circuit
Case Nos.: (02-5334), Rule 11

~~~Date~~~          ~~~~~~~Proceedings and Orders~~~~~~~~~~~~~~~

**Dec 27 2002**   Petition for writ of certiorari before judgment filed.
                  (Response due August 27, 2003)

**Aug 19 2003**   **Waiver of right of respondent George W. Bush, President of the United States, et al. to respond filed.**

Aug 20 2003       DISTRIBUTED for Conference of September 29, 2003.

Oct 6 2003        Petition DENIED.

The Court should note the passage of time between the date, December 27, 2002, when I filed my appeal under Rule 33.2, generating the case number, but the Supreme Court rejected my appeal on technicalities under Rule 33.1, and the date, July 28, 2003, my appeal was docketed under Rule 33.1. It took me a full 7 months and 4 redos of my Petition for Writ of Certiorari before I achieved perfection to the standards of an attorney as required by the U.S. Supreme Court under Rule 33.1.

The U.S. Supreme Court, in effect, used Rule 33.1 as a barrier to prevent me from filing my Petition for Writ of Certiorari as a seaman in a timely manner under Rule 40.2. This allegation is supported by the fact that that the U.S. Supreme Court twice denied (see also, No. 04-1150) my statutory exemption under Rule 40.2 and under 28 U.S.C. § 1916 imposing the condition of payment of the filing fee before my Petition for Writ of Certiorari would be accepted as filed. By definition the U.S. Supreme Court twice committed Extortion under Color of Law, 18 U.S.C. § 872.

The bottom line here is that the federal courts have used every dirty trick in the book to keep me from going to trial as an unrepresented civil plaintiff. What is even worse than that is that the U.S. District Court for the Eastern District of Arkansas even denied my Motion for Civil Gideon Representation under the American Bar Association's Task Force on Access to Civil Justice unanimous recommendation:

> RESOLVED, That the American Bar Association urges federal, state, and territorial governments to provide legal counsel as a matter of right at public expense to low income persons in those categories of adversarial proceedings where basic human needs are at stake, such as those involving shelter, sustenance, safety, health or child custody as determined by each jurisdiction.

SOURCE: http://www.abanet.org/media/docs/112Arevised.pdf

And now, Judge Rosemary M. Collyer of the U.S. District Court for the District of Columbia joins the rebellious and treasonous ranks of federal judges standing in defiance of basic human rights with her *sua sponte* dismissal of my case Ordering me to file an Amended Complaint just because an unrepresented civil plaintiff openly criticizes the United States Government for transgressions against the United States Constitution by the inclusion of highly critical political poems. Isn't the action of ordering an Amended Complaint because Judge Rosemary M. Collyer found the content to be objectionable a form of judicial censorship?

The 5 years of federal litigation I have endured has been like the old TV game show, Concentration. The game show was involved the combination of two key creative concepts: the children's game of matching cards, and the use of a *rebus puzzle* that was revealed as matching cards were removed from the board. In place of the playing cards, the gameboard featured numbered boxes (30 in all) on one side of each card, and prizes, that were to be matched, on the other. The gradual matching of card pairs slowly revealed elements of the rebus, a picture puzzle.

The original network daytime series, Concentration, aired on NBC for 14 years, 7 months and 3,796 telecasts (August 25, 1958 - March 23, 1973), the longest run of any game show on that network. This series was hosted by Hugh Downs and later by Bob Clayton. For a brief period in 1969, Ed McMahon hosted the series.

So it is not unlike the TV game show Concentration that the American people are beginning to recognize the United States Government as operating outside the limits of the United States Constitution. The *rebus* puzzle is rapidly being exposed to the extent that the American people are beginning to decypher the *rebus* puzzle of tyranny and oppression and are now defensively taking action against the deceptive *rebus* actions of the United States Government.

# America's Nuremberg Trials:
# Those who violate their oaths, take note.

Melinda Pillsbury-Foster
American Chronicle
Thursday, October 4, 2007
http://www.americanchronicle.com/articles/viewArticle.asp?articleID=39368

There is no greater need in America today than the need to get the Federal government out of our lives. That is the opinion expressed by individuals across the political spectrum.

America's Constitution laid out a limited role for the Federal government. That role was clearly defined; nearly all of the functions for government staying either with the states or the people; instead of respecting the limited scope of the duties assigned Federal government has ignored every barrier intended to protect Americans from the assault of misapplied authority.

Those acting under orders from Congress, the President, or any other authority should take note; under the mandate of the Constitution you are guilty of treason. They shoot traitors. The question is not if, but when.

Just because those now abusing power are not now charged does not mean they can evade accountability. That accounting will, inevitably, come.

The precedents are how firmly loaded and locked. Americans are patient. During the period leading up to the Revolution there was a long period when the colonists asked for redress. Then they stopped asking, establishing a new theory of government from the idea wherein the sovereignty was directly in the people. That theory was immortalized in the Declaration of Independence.

"We hold these truths to be self-evident, that all men are created equal, that they are endowed by their Creator with certain unalienable Rights, that among these are Life, Liberty and the pursuit of Happiness. — That to secure these rights, Governments are instituted among Men, deriving their just powers from the consent of the governed, —"

The Constitution is merely the tool adopted to carry out that mission, covered in the subsequent paragraph.

"That whenever any Form of Government becomes destructive of these ends, it is the Right of the People to alter or to abolish it, and to institute new Government, laying its foundation on such principles and organizing its powers in such form, as to them shall seem most likely to effect their Safety and Happiness."

The government of the Constitution is the plumbers helper the Founders chose. It of itself has no rights and can be changed at will. Despite the manipulations on the part of all branches of the hired help, Congress, Executive, and the Supreme Court, the mission statement remains the foundation on which the rights of individuals stand. America is not its government; America is the people who decide what they will use to organize their communities. Government is just that plumbers helper we use to keep the lines flowing smoothly.

Attempts on the part of those now in power to create the appearance of a

7

continued mandate through stolen elections, lies, and fraud are all actionable offenses covered under Title XI. Those involved have no place to hide when accountability is exacted.

The logic of events now unfolding will take us to America's own Nuremberg Trials; those considering whether or not to cooperate with the treasonous agenda now in motion need to confront that reality.

Americans, right and left, are now moving towards a consensus on taking governance back to the most local level. Formerly big government leftists are reregistering Republican to support Ron Paul, the only presidential candidate whose record is consistent regarding the Constitution. Other campaigns, largely funded and promoted through corporate interests gauge only their popularity with the corporations in control.

Paul promises nothing but to get the Federal government out of the lives of Americans and Americans are listening and working to get him the Republican nomination.

The Paul campaign, divided into the formal, reporting Headquarters located in Arlington, Virginia and the fluid, volunteer driven, decentralized campaign that is redefining the tools provided by the Internet, represent a revolution themselves. The formal organization is largely ineffective, according to activists across the country. The power and weight of the Paul Campaign comes from the people, most of them focused on the issue of the Constitution.

Because of the media blackout and the lack of means for assessing the grassroots factors the real size of the campaign is mostly unreported and overlooked. Those involved, who see it on the ground estimate its size to be four times as large as indicated by conventional means of measuring effectiveness.

Therefore, the amount associated for the third quarter, in this week, should not be the $5,100,000.00 raised but $20,000,000.00. In that third quarter the money raised came from 127,000 individuals. That is monumental.

All signs point to a massive movement coming into existence, involving factions and factors that are all but invisible to those in power. Over the last months the cooperation and communications between those diverse factions has increased.

When historians write the history of this time the continuing oblivion of those in power will strike the reader.

# They Ain't Just Whistling Dixie

Modern-day secessionists serious about their goal of separating from the Union

Jeff O'Bryant
Catoosa County News
Ringgold, Georgia
October 24, 2007

*Jeff O'Bryant is an amateur historian and holds two degrees, a bachelor's in education and a bachelor's with honors in history. He can be contacted at jeffobryant@catt.com. or through his blog, rightnewsandviews.com.*

In November of 1863, Confederate forces forever abandoned Chattanooga and fell back into North Georgia. The city, which had not been part of the Union since Tennessee voted to secede on June 8, 1861, remained under Federal control for the remainder of the Civil War.

Although the fighting and carnage would drag on for almost another year and a half, the South's dreams of independence were already doomed. Or were they?

Michael Hill, president of the League of the South, doesn't think so. Almost 150 years after the city fell to Federal armies, Hill and fellow members of the league met in Chattanooga for their 14th annual conference. Held on October 5 and 6, participants attended workshops and listened to speakers to discuss peaceable separation from the United States.

And this time, instead of vs. its North with South as Kirkpatrick Sale of New York's Middlebury Institute teamed with the Southerners to co-sponsor the convention.

Sale said the task is to get people to stop thinking that secessionists are crazy and to "take the idea of secession seriously." He hopes the media coverage of the event will raise awareness of the secession movement.

According to the Middlebury Declaration, the institute is "pledged to create a movement that will place secession on the national agenda, encourage secessionist organizations, develop communication among existing and future secessionist groups, and create a body of scholarship to examine and promote the ideas and principles of secessionism."

This declaration naturally fits with the League of the South Statement of Purpose: "We seek to advance the cultural, social, economic, and political well-being and independence of the Southern people by all honourable means."

The institute believes that there are many insurmountable problems in what Sale calls "the American Empire." The answer is peacefully decentralizing the power into smaller units of government, be they individual states or perhaps entire regions (such as the South). It is all up to the people in those states or regions to decide.

While the League of the South (which is specifically dedicated to Southern independence and firmly grounds its views and goals in the Christian faith) and the Middlebury Institute (which is decidedly more liberal) greatly differ in outlook, both agree that secession is the answer to their mutual problem: the federal government in Washington, D.C.

9

In co-sponsoring the convention the pair agreed to put their differences aside at the door. "They are helping us get where we want to be and we're helping them get where they want to be," Hill said. "And once we both get there we will go our separate ways."

One of the most controversial issues where the two appear as strange bedfellows is race relations. The League of the South makes free and frequent use of the Confederate battle flag as a symbol. But Hill denies that the League of the South has any desire to promote a racist agenda. "Obviously, there are things associated with the old Confederacy we would not want to bring back," he said. "But there are some good things and we felt we could not completely divorce ourselves from what our ancestors had done."

According to Hill, those good things include the founding principles of the United States. "When Robert E. Lee drew his sword for Virginia, he drew it for the same principles his father drew his for," Hill said. Lee's father, Henry "Light Horse Harry" Lee, served alongside General George Washington in the Revolutionary War.

Wouldn't the federal government forcibly put down any attempt by a state to secede? "If it was done right they would have no choice," but to accept secession, Sale said. "Secession is not illegal or unconstitutional."

Further, Sale believes that the backing of other states as well as support from the international arena would help to force Washington to concede.

"There would be objections, of course," he said. But ultimately he feels that with this support, along with what he foresees as a gradual weakening of federal power, secession will become a reality. According to Sale, this weakness will occur at some future date due to the pressures of a significant increase in the price of oil as well as the strain on federal resources due to responses to weather disasters induced by global warming.

Hill also believes secession would occur without bloodshed. The year 1861 "was then, this is now," he said. "In the early part of the 21st century, I think it would be a peaceful process."

Peaceful or not, is secession even possible? Hill and Sale both cited similar political events, such as the fall of the Berlin Wall and the collapse of the Soviet Union, as examples of radical change that came suddenly and surprisingly. "Once these things get underway they take on a life of their own," Hill said.

Georgia member of the U.S. House of Representatives, and later, vice president of the Confederacy, Alexander Stephens, bears this out: "The feelings among the southern members for dissolution of the Union is becoming more general. Men are now beginning to talk of it seriously, who twelve months ago, hardly permitted themselves to think of it."

The election of Abraham Lincoln in 1860 served as the final proverbial straw for these secessionists. And though as disastrous as opposing viewpoints may consider the election of Hillary Clinton on one side or Fred Thompson on the other, it is hard to imagine that the election of 2008 could lead to a similar crisis. But if not the election of a president then perhaps some other event could trigger secessionist fever? In the current polarized political climate, who can tell?

===========================================

If the federal courts and federal law enforcement block traditional remedies to U.S. Government transgressions while operating outside the limits of the U.S. Constitution the only remedy left is either citizen's arrest (Tenth Amendment powers reserved to the People) or secession (Tenth Amendment powers delegated to the States).

Respectfully,

*Don Hamrick*

CERTIFICATION:

Service not provided to government defense counsel because I cannot afford the cost. *(Incidental information: Because of the time and expense of pursuing justice in the federal courts these past 5 years I have neglected my health and income as a seaman. I was recently found to be not fit for duty aboard a ship due to high blood pressure. I attribute my medical condition to the obstructions of justice by the federal courts and the executive branch of the U.S. Government.)*

Respectfully,

Don Hamrick