UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
333 Constitution Avenue, N.W., Washington, DC 20001

| | |
|---|---|
| DON HAMRICK )<br>Plaintiff )<br>)<br>v. )<br>)<br>UNITED NATIONS, *et al.* )<br>Defendants. )<br>_____ ) | Civil Action No. 07-1616 (RMC) |

*Leave to file granted* /s/ RMC 6/23/08

# MOTION FOR RELIEF FROM JUDGMENT
# TO SET ASIDE DISMISSAL FOR AN AMENDED COMPLAINT
# UNDER RULE 60(a), (b)(1), (3), & (6) OF F.R.Cv.P.

# UNLESS I TRULY AM A SLAVE
# WITHOUT ANY ENFORCEABLE RIGHTS

My litigious history these past six years prove, by judicial fiat, that I have no enforceable statutory, constitutional, or human rights under the law as a seaman being a Ward of the Admiralty or even as a private citizen. Stripped of enforceable rights I am relegated to the status of a slave not only in violation of the Bill of Rights, the Thirteenth and Fourteenth Amendments but also in violation of the International Bill of Human Rights and other human rights treaties.

I have been wrongfully denied lawful remedies by all three branches of the U.S. Government:

(1) JUDICIAL REVIEW 5 U.S.C § 701-706. I have been wrongfully denied judicial remedy by every judicial excuse under the sun in order to keep me from going to trial.

(2) JUDICIAL REVIEW OF COAST GUARD FINAL AGENCY ACTION, 46 C.F.R. § 1.01–30(a):

> "Nothing in this chapter shall be construed to prohibit any party from seeking judicial review of any Commandant's decision . . ."

(3) ADMINISTRATIVE PROCEDURES ACT, 5 U.S.C § 551-559; Unlawful Bar Notices prohibiting me from visiting any Coast Guard, FAA, DOT headquarters facilities in Washington, DC without procedural notice or any notice on right to appeal.

(4) ALTERNATIVE MEANS OF DISPUTE RESOLUTION IN THE ADMINISTRATIVE PROCESS 5 U.S.C § 571-584; Ignored and denied by the federal courts and the Coast Guard.

**RECEIVED**

JUN 1 8 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1

(5) NEGOTIATED RULEMAKING PROCEDURE, 5 U.S.C § 560-570a; Ignored and denied by the federal courts and the Coast Guard.

### 33 C.F.R. § 1.05–60 NEGOTIATED RULEMAKING (Coast Guard)

(a) The Coast Guard may establish a negotiated rulemaking committee under the Negotiated Rulemaking Act of 1990 and the Federal Advisory Committee Act (FACA) (5 U.S.C. App. 2) when it is in the public interest.

(b) Generally, the Coast Guard will consider negotiated rulemaking when:

(1) **There is a need for a rule**;

(2) There are a limited number of representatives for identifiable parties affected by the rule;

(3) There is a reasonable chance that balanced representation can be reached in the negotiated rulemaking committee and that the committee members **will negotiate in good faith**;

(4) There is a likelihood of a committee consensus in a fixed time period;

(5) The negotiated rulemaking process will not unreasonably delay the rule;

(6) The Coast Guard has resources to do negotiated rulemaking; and

(7) The Coast Guard can use the consensus of the committee in formulating the NPRM and final rule.

(6) LEGISLATIVE REMEDY BY PRIVATE BILL WRONGFULLY DENIED. I have been wrongfully denied a **legislative remedy by Private Bill** at the hands of clerical staff of Representative Marion Berry and Senator Mark Pryor.

(7) REMEDY OF LAST RESORT: CITIZEN'S ARREST OF FEDERAL JUDGES FOR FELONY EXTORTION UNDER COLOR OF LAW, 18 U.S.C. § 872, FELONY EXTORTION UNDER COLOR OF OFFICIAL RIGHT (RACKETEERING), 18 U.S.C. § 1951(A) AND § 1951(B)(2) OF EXEMPTED FILING FEES, 28 U.S.C. § 1916 SEAMEN'S SUIT.

*For the Love of God, if I cannot even enforce this statutory right of exemption from filing fees proving that judges are not above the law without the U.S. Marshals Service threatening to arrest me then I am truly a slave with no enforceable rights.*

Citing Robert J. Grey, Jr., ACCESS TO THE COURTS: EQUAL JUSTICE FOR ALL,[1] in Issues of Democracy: Access to the Courts - Equal Justice for All, U.S. Department of State, Bureau of International Information Programs, August 2004, 6-11:

> A fundamental value in the American system of justice is that the stability of our society depends upon the ability of the people to readily obtain access to the courts, because the court system is the mechanism recognized and accepted by all to peacefully resolve disputes. Denying access to the

---

[1] Available Online at http://usinfo.state.gov/journals/itdhr/0804/ijde/ijde0804.pdf

courts forces dispute resolution into other arenas and results in vigilantism and violence.

. . .

### EQUAL JUSTICE IN PRACTICE

When discussing the idea of access to the courts, mere access in the theoretical or legal sense is not enough; rather, it is the results that flow from the decisions made by the courts that give it meaning. For example, the value of "access" is evident when the courts decide that no one, especially those in positions of power, is above the law, or when access requires the right to counsel in cases where one's liberty is in jeopardy.

---

### FREDERICK DOUGLASS 1857 QUOTATION

"Let me give you a word of the philosophy of reform. The whole history of the progress of human liberty shows that all concessions yet made to her august claims, have been born of earnest struggle. The conflict has been exciting, agitating, all-absorbing, and for the time being, putting all other tumults to silence. It must do this or it does nothing. If there is no struggle there is no progress. Those who profess to favor freedom and yet depreciate agitation, are men who want crops without plowing up the ground, they want rain without thunder and lightening. They want the ocean without the awful roar of its many waters."

"This struggle may be a moral one, or it may be a physical one, and it may be both moral and physical, but it must be a struggle. Power concedes nothing without a demand. It never did and it never will. Find out just what any people will quietly submit to and you have found out the exact measure of injustice and wrong which will be imposed upon them, and these will continue till they are resisted with either words or blows, or with both. The limits of tyrants are prescribed by the endurance of those whom they oppress. In the light of these ideas, Negroes will be hunted at the North, and held and flogged at the South so long as they submit to those devilish outrages, and make no resistance, either moral or physical. Men may not get all they pay for in this world; but they must certainly pay for all they get. If we ever get free from the oppressions and wrongs heaped upon us, we must pay for their removal. We must do this by labor, by suffering, by sacrifice, and if needs be, by our lives and the lives of others." Frederick Douglass, 1857

Source: Frederick Douglass. [1857] (1985). *"THE SIGNIFICANCE OF EMANCIPATION IN THE WEST INDIES."* Speech, Canandaigua, New York, August 3, 1857; collected in pamphlet by author. In *THE FREDERICK DOUGLASS PAPERS. SERIES ONE: SPEECHES, DEBATES, AND INTERVIEWS.* Volume 3: 1855-63. Edited by John W. Blassingame. New Haven: Yale University Press, p. 204.

"<u>Dismissal is the most severe sanction available to the court in a civil case. An underlying purpose of the judicial system is to decide cases on their merits, not dismiss parties' causes of action for mere procedural violations. In accord with this purpose, claims should be involuntarily dismissed only when lesser sanctions are not appropriate to remedy the procedural violation.</u>" *Wilder v. Wilder*, 146 N.C. App. 574, 576, 553 S.E.2d 425, 427 (2001) (internal citations omitted).

<u>Dismissal is the most severe sanction available to the court in a civil case</u>. *See Daniels*, 81 N.C. App. at 604, 344 S.E.2d at 849. An <u>underlying purpose of the judicial system is to decide cases on their merits, not dismiss parties' causes of action for mere procedural violations</u>. *See Jones v. Stone*, 52 N.C. App. 502, 505, 279 S.E.2d 13, 15, *disc. rev. denied*, 304 N.C. 195, 285 S.E.2d 99 (1981) (<u>holding that the trial court correctly refused to granta motion to dismiss for failure to prosecute</u>); *Green v. Eure, Secretary of State*, 18 N.C. App. 671, 672, 197 S.E.2d 599, 600 (1973) (<u>holding that the trial court erred in dismissing plaintiff's action for failure to prosecute</u>). In accord with this purpose, claims should be involuntarily dismissed only when lesser sanctions are not appropriate to remedy the procedural violation. *See Daniels*, 81 N.C. App. at 604, 344 S.E.2d at 849; *Harris v. Maready*, 311 N.C. 536, 551, 319 S.E.2d 912, 922 (1984).

If I am NOT a slave then I have the right to preserve my Seventh Amendment right to a civil jury trial. The proper remedy for the Court's failure to protect the Plaintiff Seaman as a Ward of the Admiralty (court clerk's refusal to make copies of the complaint for the purpose of assisting the Plaintiff Seaman under Rule 4(c)(1), & (3) Service of Summons and Complaint via U.S. United States marshal or deputy marshal or by a person specially appointed by the court on the basis that the Plaintiff is a seaman under 28 U.S.C. § 1916;

The U.S. Supreme Court, in *Bell Atlantic Corp., et al, v. Twombly, et al*, No. 05-1126 (May 21, 2007) created the new **Plausible Pleading Standard**, pleading "*only enough facts to state a claim to relief that is plausible on its face.*" The Plausible Standard sets aside *Conley v. Gibson*, 355 U.S. 41, 45-46 (1957), that a complaint should not be dismissed for failure to state a claim "*unless it appears beyond doubt that the plaintiff can prove no set of facts in support of his claim which would entitle him to relief.*" I was not aware of the Plausible Standard when I filed my complaint;

The U.S. Supreme is expected to issue their Opinion in *District of Columbia, et al., v. Heller*, No. 07-270 on June 9, 16, or 23, 2008. *Heller* is a Second Amendment case and the U.S. Supreme Court's Opinion will directly impact the merits of my case now before this Court.

Furthermore, combining the Supreme Court's Opinion with *Suja A. Thomas*' law review articles:

"**THE UNCONSTITUTIONALITY OF SUMMARY JUDGMENT: A STATUS REPORT,**" 93 Iowa Law Review __ (forthcoming 2008), Iowa Law Review Symposium on Procedural Justice, available online at
http://papers.ssrn.com/sol3/papers.cfm?abstract_id=1117629,

"**WHY SUMMARY JUDGMENT IS STILL UNCONSTITUTIONAL: A REPLY TO PROFESSORS BRUNET AND NELSON,**" 93 Iowa Law Review __ (forthcoming 2008), Iowa Law Review Symposium on Procedural Justice, asvailable at
http://papers.ssrn.com/sol3/papers.cfm?abstract_id=1117636,

*"WHY THE MOTION TO DISMISS IS NOW UNCONSTITUTIONAL,"* Minnesota Law Review, Vol. 92, (forthcoming in 2008), available at http://papers.ssrn.com/sol3/papers.cfm?abstract_id=1010062,

*"WHY SUMMARY JUDGMENT IS UNCONSTITUTIONAL,"* 93 Virginia Law Review 139 (2007), available at http://papers.ssrn.com/sol3/papers.cfm?abstract_id=886363

will give me due process cause to file a **Rule 60 Motion for Relief From Judgment or Order** to re-open my previous cases noted below as unconstitutionally adjudicated in favor of the defendant U.S. Government and in parallel violation of Canon 1(A); Canon 2(A); Canon 3(B)(2), (5), & (8); Canon 3(C)(1), & (2):

> U.S. District Court/DC, No. 02-1434 (OBEYED 28 U.S.C. § 1916)
> U.S. District Court/DC, No. 02-1435 (OBEYED 28 U.S.C. § 1916)
> U.S. District Court/DC, No. 03-2160 (OBEYED 28 U.S.C. § 1916)
> U.S. District Court/DC, No. 04-0422 (OBEYED 28 U.S.C. § 1916)
> U.S. District Court/DC, No. 04-2040 (OBEYED 28 U.S.C. § 1916)
> U.S. District Court/DC, No. 05-1993 (OBEYED 28 U.S.C. § 1916)
> U.S. District Court/Charlotte, NC), No. 04-0065 (OBEYED 28 U.S.C. § 1916)
> U.S. District Court/Charlotte, NC), No. 04-0344 (OBEYED 28 U.S.C. § 1916)
> DC Circuit, No. 02-5334  (VIOLATED THE LAW)
> DC Circuit, No. 04-5316  (VIOLATED THE LAW)
> DC Circuit, No. 05-5414  (VIOLATED THE LAW)
> DC Circuit, No. 05-5429  (VIOLATED THE LAW)
> 8th CIRCUIT, CASE NO. 07-2400 (VIOLATED THE LAW)
> U.S. District Court/Little Rock, No. 06-0044. (VIOLATED THE LAW)
> U.S. Supreme Court, Nos. 03-145 (VIOLATED THE LAW)
> U.S. Supreme Court, Nos. 04-1150 (VIOLATED THE LAW)
> U.S. Supreme Court, Nos. 04M56 (VIOLATED THE LAW)

And furthermore, citing David Sloss' law review article, *"When Do Treaties Create Individually Enforceable Rights? The Supreme Court Ducks the Issue in Hamdan and Sanchez-Llamas,"* 45 Columbia Journal of Transnational Law 20 (2006), I will restyle my complaint to include **28 U.S.C. § 1331 Federal Question** ("The district courts shall have original jurisdiction of all civil actions arising under *the Constitution, laws, or treaties* of the United States") on whether I can enforce my human rights under international human rights treaties for violations of my Seventh Amendment right to a civil jury trial in reference to the above noted cases in their individual and in their aggregate effect of unconstitutional summary judgment dismissals under the following human rights treaties:

**United Nations DECLARATION ON HUMAN RIGHTS DEFENDERS**
> Article 6. Obstruction of Justice.
> Article 9 The Right to Effective Remedy of Human Rights Violations
> Article 13. Obstruction of Justice.

**THE INTER-AMERICAN CONVENTION AGAINST CORRUPTION**
> Article III.1. Abuse of Authority, (Equivalent to 18 U.S.C. § 4. Misprision of Felony).
> Article III.11. Obstruction of Justice.
> Article IV. Acts of Corruption (18 U.S.C. § 872 Extortion Under Color of Law)

**United Nations CONVENTION AGAINST CORRUPTION**
    Article 11. Measures Relating to the Judiciary and Prosecution Services;
    Article 19. Abuse of Functions;
    Article 24. Concealment;
    Article 25. Obstruction of Justice;
    Article 27. Participation and Attempt;
    Article 28. Knowledge, Intent and Purpose as Elements of an Offence;
    Article 30. Prosecution, Adjudication and Sanctions;
    Article 32. Protection of . . . Victims;
    Article 33. Protection of Reporting Persons;
    Article 34. Consequences of Acts of Corruption ["Citizen's Arrest Warrant"]
    Article 39. Cooperation Between National Authorities and the Private Sector.
    NOTE:
United States Declaration No. (2) The United States declares that the provisions of the Convention (with the exception of Articles 44 and 46) are non-self-executing. None of the provisions of the Convention creates a private right of action.

**INTERNATIONAL COVENANT ON CIVIL AND POLITICAL RIGHTS**
    Article 14.1. Denial of Equal Justice Under the Law
    Article 15.1. Threatened False Arrest (As applied against U.S. Marshals Service)
    Article 16. Denial of Equal Justice Under the Law
    NOTE:
United States Declaration No. (1) "That the United States declares that the provisions of articles 1 through 27 of the Covenant are not self-executing." The Senate declared in 138 Cong. Rec. S4781-84 (1992) that "the provisions of Article 1 through 27 of the Covenant are not self-executing", and in S. Exec. Rep., No. 102-23 (1992) stated that the declaration was meant to "clarify that the Covenant will not create a private cause of action in U.S. Courts."

**UNIVERSAL DECLARATION OF HUMAN RIGHTS**
    Article 6. Denial of Equal Justice Under the Law (Treated without rights).
    Article 7. Denial of Equal Justice Under the Law (Unrepresented Civil Plaintiff)
    Article 8. Denial of Effective Remedy. Obstruction of Justice.
    Article 9. Threatened False Arrest (As applied against U.S. Marshals Service)
    Article 10. Wrongfully Denied a Jury Trial (Violation of my Seventh Amendment)

**AMERICAN DECLARATION OF THE RIGHTS AND DUTIES OF MAN**
    Article II. Denial of Equal Justice Under the Law
    Article XVIII. Denial of a Fair Civil Trial (Seventh Amendment)
    Article XXIV. Denial of Right to Petition for Redress (First Amndment)
    Article XXVI. Denial of Due Process Rights (Fifth & Fourteenth Amendments)

**THEREFORE,** I hereby motion the Court to set aside the Order dismissing my case and Motion for leave to file an Amendment Complaint in order to fully execute Rule 4(c)(1) & (3) Service of Summons and Complaint upon the Government Defendants.

Respectfully

*Don Hamrick*